

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN THE MATTER of the ADMINISTRATION
of the CIVIL DOCKET at the WHITE PLAINS
COURTHOUSE

STANDING ORDER

M10-468

------------------------------------------------------------x
HON. KIMBA M. WOOD,
Chief United States District Judge

     This Order applies to the administration of civil cases at the United States District Court

at White Plains, New York and shall remain in effect subject to the further Order of this Court

until such time as a third Active Status District Judge is assigned to the White Plains Courthouse.


1)  Effective January 2, 2007, a WP-4 Docket for Civil Cases will be reopened.

    One-third of new civil case filings (net of Judge Conner's monthly case draw)

    will be assigned by random to Docket WP-4.


2)  Immediately upon filing, all cases on WP-4 shall be referred by the Clerk of

    the Court under the authority of this Standing Order to one of the three

    resident United States Magistrate Judges at White Plains for all purposes

    permitted by law, including case management to insure prompt trial readiness.


3)  Trial Consents will be sought by the assigned Magistrate Judge; if refused as to a

    trial ready case, such case will be reassigned at random from the WP-4 Docket

    to a resident District Judge at White Plains.

MICROFILM DEC 19 2006 -2:08 PM

4) All actions taken pursuant to this Standing Order will be monitored by the resident Judges at White Plains together with the Chief Judge to consider any adjustments or other actions which may be appropriate.

Questions concerning this matter may be directed to Robert Rogers, Deputy-in-Charge of the White Plains Courthouse at (914) 390-4000.

SO ORDERED.

Dated: New York, New York
       December 18 , 2006

_____
Hon. Kimba M. Wood, Chief
United States District Court Judge
Southern District of New York

2