```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07

------------------------------------x
:
ROGER REIFF,                        :   07 CV 6011 (LAP)
:
               Plaintiff,  :   ORDER
:
   v.                             :
:
FRANK A. METZ, JR., et al.,         :
:
              Defendants.  :
:
------------------------------------x

LORETTA A. PRESKA, United States District Judge:

     Having reviewed Mr. Dell's letters of June 28 and July 3 and Mr. Saraff's letter of June 29, the above entitled action is accepted as related to <u>Dickerson v. Feldman</u>, 04 Civ. 7935, in that a substantial saving of judicial resources would result.

SO ORDERED:

Dated: July 9, 2007

                                        */s/ Loretta A. Preska*
                                       LORETTA A. PRESKA, U.S.D.J.