Robert M. Stern (RS 3005)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 385-5414

Attorneys for Defendants
Frank A. Metz, Jr., Sheila Feldman, Helen L. Nelling,
Susan E. Bevington, Nancy Stemme, Christopher N.
Ast, Employee Benefits Plan Committee,
Pension and Savings Fund Committee,
John Hunter, Robert Clausen, and Robert Potter,
Michael E. Miller, Paul H. Hatfield, J. Patrick Mulcahy,
Sally G. Narodick, Paul Donovan, Robert H. Jenkins,
William D. Ruckelshaus, John B. Slaughter, Philip R. Lochner, Jr.,
Robert T. Blakely

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER REIFF,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK A. METZ, JR., SHEILA FELDMAN, HELLEN L. NELLING, SUSAN E. BEVINGTON, NANCY STEMME, CHRISTOPHER N. AST, EMPLOYEE BENEFITS PLAN COMMITTEE, PENSION AND SAVINGS FUND COMMITTEE, JOHN HUNTER, ROBERT CLAUSEN, ROBERT POTTER, MICHAEL E. MILLER, PAUL H. HATFIELD, J. PATRICK MULCAHY, SALLY G. NARODICK, PAUL DONOVAN, ROBERT H. JENKINS, WILLIAM D. RUCKELSHAUS, JOHN B. SLAUGHTER, PHILIP R. LOCHNER, JR., ROBERT T. BLAKELY, NORTHERN TRUST COMPANY, and JOHN DOES 1-100,<br><br>　　　　Defendants. | **CIVIL ACT. NO. 7:07-CV-06011-UA-MDF**<br><br>**Magistrate Judge Mark D. Fox**<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Robert M. Stern as attorney for defendants Frank A. Metz, Sheila Feldman, Helen L. Nelling (incorrectly named in the Complaint as "Hellen L. Nelling"), Susan E. Bevington, Nancy Stemme, Christopher N. Ast, Employee Benefits Plan Committee, Pension and Savings Fund Committee, John Hunter, Robert Clausen, Robert Potter, Michael E. Miller, Paul H. Hatfield, J. Patrick Mulcahy, Sally G. Narodick, Paul Donovan, Robert H. Jenkins, William D. Ruckelshaus, John B. Slaughter, Philip R. Lochner, Jr., and Robert T. Blakely in the above-captioned case.

Dated: July 13, 2007

Respectfully submitted,

O'MELVENY & MYERS LLP

___s/Robert M. Stern_____
Robert M. Stern (RS 3005)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300