UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

ROGER REIFF, individually and on            :
behalf of all others similarly situated,    :
                                            :
                    Plaintiff,              :
                                            :      07 Civ.  6011 (LAP)
            - against -                      :
                                            :      **NOTICE OF APPEARANCE**
FRANK A. METZ, JR., SHEILA FELDMAN,         :
HELEN L. NELLING, SUSAN E. BEVINGTON,       :
NANCY STEMME, CHRISTOPHER N. AST,           :
EMPLOYEE BENEFITS PLAN COMMITTEE,           :
PENSION AND SAVINGS FUND COMMITTEE,         :
JOHN HUNTER, ROBERT CLAUSEN, ROBERT         :
POTTER, MICHAEL E. MILLER, PAUL H.          :
HATFIELD, J. PATRICK MULCAHY, SALLY G.      :
NARODICK, PAUL DONOVAN, ROBERT H.           :
JENKINS, WILLIAM D. RUCKELSHAUS, JOHN       :
B. SLAUGHTER, PHILIP R. LOCHNER, JR.,       :
ROBERT T. BLAKELY,  NORTHERN TRUST          :
COMPANY, and JOHN DOES 1-100,               :
                                            :
                    Defendants.             :
                                            :
                                            :
                                            :
———————————————————————— x

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled action as counsel for Defendant The Northern Trust Company and demands that copies of all papers hereafter served in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
       July 18, 2007

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____s/ Michael Dell_____
        Michael Dell (MD-7714)
        Brendan M. Schulman (BS-5589)
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100

Attorneys for Defendant The Northern Trust
Company


TO:    Ronen Sarraf, Esq.
       Sarraf Gentile LLP
       485 Seventh Avenue
       New York, NY  10018

       Attorneys for Plaintiff


       Robert M. Stern, Esq.
       Karen  M. Wahle, Esq.
       O'MELVENY & MYERS LLP
       1625 Eye Street, NW
       Washington, DC 20006-4001

       Attorneys for Defendants Metz, Feldman,
       Nelling, Bevington, Ast, Employee Benefits
       Plan Committee, Pension and Savings Fund
       Committee, Hunter, Clausen, Potter, Miller,
       Hatfield, Mulcahy, Narodick, Donovan, Jenkins,
       Ruckelshaus, Slaughter, Lochner, and Blakely

KL3 2604073.1