UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

| | |
|---|---|
| ROGER REIFF, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  - against -<br><br>FRANK A. METZ, JR., SHEILA FELDMAN, HELEN L. NELLING, SUSAN E. BEVINGTON, NANCY STEMME, CHRISTOPHER N. AST, EMPLOYEE BENEFITS PLAN COMMITTEE, PENSION AND SAVINGS FUND COMMITTEE, JOHN HUNTER, ROBERT CLAUSEN, ROBERT POTTER, MICHAEL E. MILLER, PAUL H. HATFIELD, J. PATRICK MULCAHY, SALLY G. NARODICK, PAUL DONOVAN, ROBERT H. JENKINS, WILLIAM D. RUCKELSHAUS, JOHN B. SLAUGHTER, PHILIP R. LOCHNER, JR., ROBERT T. BLAKELY, NORTHERN TRUST COMPANY, and JOHN DOES 1-100,<br><br>      Defendants. | 07 Civ. 6011 (LAP) (RLE)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

_____ x

    PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled action as counsel for Defendant The Northern Trust Company and demands that copies of all papers hereafter served in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
   July 20, 2007

- 2 -

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                      By:        s/ Brendan M. Schulman
                                             Michael Dell (MD-7714)
                                             Brendan M. Schulman (BS-5589)
                                      1177 Avenue of the Americas
                                      New York, New York  10036
                                      (212) 715-9100

                                      Attorneys for Defendant The Northern Trust Company

TO:    Ronen Sarraf, Esq.
          Sarraf Gentile LLP
          485 Seventh Avenue
          New York, NY  10018

          Attorneys for Plaintiff


          Robert M. Stern, Esq.
          Karen  M. Wahle, Esq.
          O'MELVENY & MYERS LLP
          1625 Eye Street, NW
          Washington, DC 20006-4001

          Attorneys for Defendants Metz, Feldman, Nelling, Bevington, Ast, Employee Benefits Plan Committee, Pension and Savings Fund Committee, Hunter, Clausen, Potter, Miller, Hatfield, Mulcahy, Narodick, Donovan, Jenkins, Ruckelshaus, Slaughter, Lochner, and Blakely

KL3 2604073.2