

Robert M. Stern (RS 3005)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 385-5414

Attorneys for Defendants
Frank A. Metz, Jr., Sheila Feldman, Helen L. Nelling,
Susan E. Bevington, Nancy Stemme, Christopher N.
Ast, Employee Benefits Plan Committee,
Pension and Savings Fund Committee,
John Hunter, Robert Clausen, and Robert Potter,
Michael E. Miller, Paul H. Hatfield, J. Patrick Mulcahy,
Sally G. Narodick, Paul Donovan, Robert H. Jenkins,
William D. Ruckelshaus, John B. Slaughter, Philip R. Lochner, Jr.,
Robert T. Blakely

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER REIFF,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK A. METZ, JR., SHEILA FELDMAN, HELLEN L. NELLING, SUSAN E. BEVINGTON, NANCY STEMME, CHRISTOPHER N. AST, EMPLOYEE BENEFITS PLAN COMMITTEE, PENSION AND SAVINGS FUND COMMITTEE, JOHN HUNTER, ROBERT CLAUSEN, ROBERT POTTER, MICHAEL E. MILLER, PAUL H. HATFIELD, J. PATRICK MULCAHY, SALLY G. NARODICK, PAUL DONOVAN, ROBERT H. JENKINS, WILLIAM D. RUCKELSHAUS, JOHN B. SLAUGHTER, PHILIP R. LOCHNER, JR., ROBERT T. BLAKELY, NORTHERN TRUST COMPANY, and JOHN DOES 1-100,<br><br>    Defendants. | CIVIL ACT. NO. 7:07-CV-06011-UA-MDF<br><br>**Magistrate Judge Mark D. Fox**<br><br>**MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

Upon the annexed Affidavits in Support of Motion to Admit Counsel *Pro Hac Vice*, defendants Frank A. Metz, Sheila Feldman, Helen L. Nelling (incorrectly named in the Complaint as "Hellen L. Nelling"), Susan E. Bevington, Nancy Stemme, Christopher N. Ast, Employee Benefits Plan Committee, Pension and Savings Fund Committee, John Hunter, Robert Clausen, Robert Potter, Michael E. Miller, Paul H. Hatfield, J. Patrick Mulcahy, Sally G. Narodick, Paul Donovan, Robert H. Jenkins, William D. Ruckelshaus, John B. Slaughter, Philip R. Lochner, Jr., and Robert T. Blakely (together, the "Solutia Defendants") hereby move this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, for an order admitting Karen M. Wahle, Esq. and Khuong G. Phan, Esq., to the Bar of this Court, *pro hac vice*, for the purposes of representing the Solutia Defendants in the above-captioned proceeding.

A proposed order is attached.

Dated: July 26, 2007

Respectfully submitted,

O'MELVENY & MYERS LLP

Robert M. Stern (RS 3005)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300

2

## CERTIFICATE OF SERVICE

I hereby certify that copies of the Affidavits in Support of Motion to Admit Counsel *Pro Hac Vice* and Motion to Admit Counsel *Pro Hac Vice* were delivered by U.S. Mail on this 26th day of July, 2007 to the following:

> Ronnen Sarraf
> SARRAF GENTILE, LLP
> 485 Seventh Avenue
> New York, NY 10018
> (212) 868-3610

Attorney for Plaintiff Roger Reiff

_/s/_____

DC1:714950.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER REIFF,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK A. METZ, JR., SHEILA FELDMAN, HELLEN L. NELLING, SUSAN E. BEVINGTON, NANCY STEMME, CHRISTOPHER N. AST, EMPLOYEE BENEFITS PLAN COMMITTEE, PENSION AND SAVINGS FUND COMMITTEE, JOHN HUNTER, ROBERT CLAUSEN, ROBERT POTTER, MICHAEL E. MILLER, PAUL H. HATFIELD, J. PATRICK MULCAHY, SALLY G. NARODICK, PAUL DONOVAN, ROBERT H. JENKINS, WILLIAM D. RUCKELSHAUS, JOHN B. SLAUGHTER, PHILIP R. LOCHNER, JR., ROBERT T. BLAKELY, NORTHERN TRUST COMPANY, and JOHN DOES 1-100,<br><br>    Defendants. | CIVIL ACT. NO. 7:07-CV-06011-UA-MDF<br><br>**Magistrate Judge Mark D. Fox**<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

**DISTRICT OF COLUMBIA**      )    SS:
                                               )

KAREN M. WAHLE, being duly sworn, hereby deposes and says as follows:

1.     I am an attorney and a partner of the law firm of O'Melveny & Myers LLP, attorneys for defendants Frank A. Metz, Sheila Feldman, Helen L. Nelling (incorrectly named in the Complaint as "Hellen L. Nelling"), Susan E. Bevington, Nancy Stemme, Christopher N. Ast, Employee Benefits Plan Committee, Pension and Savings Fund Committee, John Hunter, Robert Clausen, Robert Potter, Michael E. Miller, Paul H. Hatfield, J. Patrick Mulcahy, Sally G.

Narodick, Paul Donovan, Robert H. Jenkins, William D. Ruckelshaus, John B. Slaughter, Philip R. Lochner, Jr., and Robert T. Blakely (together, the "Solutia Defendants") in this action. I make this affidavit in support of the motion for an order admitting me, *pro hac vice*, to the bar of this Court pursuant to Local Civil Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York.

2. I am a member in good standing of the Bar of the District of Columbia. The Certificate of Good Standing from the Bar of the District of Columbia is annexed hereto.

3. There are no pending disciplinary proceedings against me in any State or Federal court.

4. Robert M. Stern, a member of the bar of this Court, will continue to be involved in all aspects of the defense of this litigation and will supervise all work that I perform on this case.

5. I respectfully request that I be admitted *pro hac vice* to the bar of this Court for purposes of representing the Solutia Defendants in the above-captioned proceeding.

Further, affiant sayeth not.

_____
Karen M. Wahle

Dated: July 10, 2007

Subscribed and sworn to before me
this 10 day of July ___, 2007.

_____
NOTARY PUBLIC

JORETHA C. BARNES
Notary Public, District of Columbia
My Commission Expires March 14, 2010

2



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

           Karen M. Wahle

was on the 10th day of January, 1994 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 11, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER REIFF,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK A. METZ, JR., SHEILA FELDMAN, HELLEN L. NELLING, SUSAN E. BEVINGTON, NANCY STEMME, CHRISTOPHER N. AST, EMPLOYEE BENEFITS PLAN COMMITTEE, PENSION AND SAVINGS FUND COMMITTEE, JOHN HUNTER, ROBERT CLAUSEN, ROBERT POTTER, MICHAEL E. MILLER, PAUL H. HATFIELD, J. PATRICK MULCAHY, SALLY G. NARODICK, PAUL DONOVAN, ROBERT H. JENKINS, WILLIAM D. RUCKELSHAUS, JOHN B. SLAUGHTER, PHILIP R. LOCHNER, JR., ROBERT T. BLAKELY, NORTHERN TRUST COMPANY, and JOHN DOES 1-100,<br><br>    Defendants. | CIVIL ACT. NO. 7:07-CV-06011-UA-MDF<br><br>**Magistrate Judge Mark D. Fox**<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

```
                        )
COUNTY OF ORANGE        )    SS:
    CALIFORNIA          )
```

    KHUONG G. PHAN, being duly sworn, hereby deposes and says as follows:

    1.    I am an attorney in the law firm of O'Melveny & Myers LLP, attorneys for defendants Frank A. Metz, Sheila Feldman, Helen L. Nelling (incorrectly named in the Complaint as "Hellen L. Nelling"), Susan E. Bevington, Nancy Stemme, Christopher N. Ast, Employee Benefits Plan Committee, Pension and Savings Fund Committee, John Hunter, Robert Clausen, Robert Potter, Michael E. Miller, Paul H. Hatfield, J. Patrick Mulcahy, Sally G.

Narodick, Paul Donovan, Robert H. Jenkins, William D. Ruckelshaus, John B. Slaughter, Philip R. Lochner, Jr., and Robert T. Blakely (together, the "Solutia Defendants") in this action. I make this affidavit in support of the motion for an order admitting me, *pro hac vice*, to the bar of this Court pursuant to Local Civil Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York.

2. I am a member in good standing of the Bar of the District of Columbia. The Certificate of Good Standing from the Bar of the District of Columbia is annexed hereto.

3. There are no pending disciplinary proceedings against me in any State or Federal court.

4. Robert M. Stern, a member of the bar of this Court, will continue to be involved in all aspects of the defense of this litigation and will supervise all work that I perform on this case.

5. I respectfully request that I be admitted *pro hac vice* to the bar of this Court for purposes of representing the Solutia Defendants in the above-captioned proceeding.

Further, affiant sayeth not.

_____
Khuong G. Phan

Dated: June 29 2007

Subscribed and sworn to before me
this ___ day of June, 2007.

_____
NOTARY PUBLIC

2

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California

County of _Orange_ } ss.

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

~~_____~~         ~~_____~~
Signature of Document Signer No. 1         Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this
_29th_ day of _June_, _2007_, by
Date         Month         Year

(1) _Khuong G. Phan_,
Name of Signer

☑ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)
(and

(2) _____,
Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)


NANCY A. JAFFEE
Commission # 1541076
Notary Public - California
Orange County
My Comm. Expires Jan 2, 2009


Signature of Notary Public

Place Notary Seal Above

——————— **OPTIONAL** ———————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5910    Reorder: Call Toll-Free 1-800-876-6827



### District of Columbia Court of Appeals
#### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Khung G. Phan

was on the 3rd day of June, 2002 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 11, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
    Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER REIFF,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK A. METZ, JR., SHEILA FELDMAN, HELLEN L. NELLING, SUSAN E. BEVINGTON, NANCY STEMME, CHRISTOPHER N. AST, EMPLOYEE BENEFITS PLAN COMMITTEE, PENSION AND SAVINGS FUND COMMITTEE, JOHN HUNTER, ROBERT CLAUSEN, ROBERT POTTER, MICHAEL E. MILLER, PAUL H. HATFIELD, J. PATRICK MULCAHY, SALLY G. NARODICK, PAUL DONOVAN, ROBERT H. JENKINS, WILLIAM D. RUCKELSHAUS, JOHN B. SLAUGHTER, PHILIP R. LOCHNER, JR., ROBERT T. BLAKELY, NORTHERN TRUST COMPANY, and JOHN DOES 1-100,<br><br>    Defendants. | CIVIL ACT. NO. 7:07-CV-06011-UA-MDF<br><br>**Magistrate Judge Mark D. Fox**<br><br>**ORDER TO ADMIT COUNSEL** *PRO HAC VICE* |

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorneys, **Karen M. Wahle and Khuong G. Phan**, are permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:

                                                                                                            _____
                                                                                                             United States District Judge

cc: *Pro Hac Vice* Attorney
     Court File

DC1:712981.1