UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ROGER REIFF,                                    :
                                                :
                Plaintiff,             :    Case No. 07-CV-06011 (LAP)
                                                :
vs.                                             :
                                                :
FRANK A METZ, JR., et al.                       :
                                                :
                Defendants             :
---------------------------------------------------------------x

### NOTICE OF ADDRESS CHANGE

      PLEASE TAKE NOTICE THAT, the address for the undersigned counsel for Plaintiff has changed. The new address and contact information is:

SARRAF GENTILE LLP
11 Hanover Square
New York, NY 10005
Tel: 212-868-3610
Fax: 212-918-7967

Dated: August 13, 2007

                                     **SARRAF GENTILE LLP**

                                       /s/ Ronen Sarraf
                                       Ronen Sarraf (RS-7694)
                                       11 Hanover Square
                                       New York, NY 10005
                                       Tel: 212-868-3610
                                       Fax: 212-918-7967

                                       *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 13, 2007, a true and correct copy of the foregoing document was filed using the court's ECF system which will send notification of this filing to all counsel of record.

      /s/ Ronen Sarraf