PRESKA, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER REIFF,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK A. METZ, JR., SHEILA FELDMAN, HELEN L. NELLING, SUSAN E. BEVINGTON, NANCY STEMME, CHRISTOPHER N. AST, EMPLOYEE BENEFITS PLAN COMMITTEE, PENSION AND SAVINGS FUND COMMITTEE, JOHN HUNTER, ROBERT CLAUSEN, ROBERT POTTER, MICHAEL E. MILLER, PAUL H. HATFIELD, J. PATRICK MULCAHY, SALLY G. NARODICK, PAUL DONOVAN, ROBERT H. JENKINS, WILLIAM D. RUCKELSHAUS, JOHN B. SLAUGHTER, PHILIP R. LOCHNER, JR., ROBERT T. BLAKELY, NORTHERN TRUST COMPANY, and JOHN DOES 1-100,<br><br>    Defendants. | CIVIL ACT NO. 07-cv-6011 (LAP)<br>(ECF Matter)<br><br>Judge Loretta A. Preska |

## STIPULATION AND ORDER

WHEREAS, Plaintiff has filed a class action complaint alleging violations of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. § 1001, *et seq.*, on behalf of participants and beneficiaries of the Solutia Inc. Savings and Investment Plan; and

WHEREAS, Plaintiff and all Defendants consent by their undersigned counsel,

IT IS HEREBY ORDERED that all Defendants will file their answers or motions to dismiss by September 17, 2007. Plaintiff will file any opposition to Defendants' motions to

dismiss by November 16, 2007. Defendants will file their reply to Plaintiff's opposition by

December 17, 2007.

Dated: August 13, 2007

_____
Robert M. Stern (RS-3005)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001

*Counsel for Defendants Metz, Feldman, Nelling, Bevington, Ast, Employee Benefits Plan Committee, Pension and Savings Fund Committee, Hunter, Clausen, Potter, Miller, Hatfield, Mulcahy, Narodick, Donovan, Jenkins, Ruckelshaus, Slaughter, Lochner, and Blakely*

_____
Ronen Sarraf (RS-7694)
SARRAF GENTILE LLP
485 Seventh Avenue, Suite 1005
New York, NY 10018

*Counsel for Plaintiff Reiff*

_____
Michael Dell (MD-7714)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

*Counsel for Defendant The Northern Trust Company*

APPROVED AND SO ORDERED:

Dated: _____

_____
United States District Judge

dismiss by November 16, 2007. Defendants will file their reply to Plaintiff's opposition by

December 17, 2007.

Dated: August 13, 2007

_____
Robert M. Stern (RS-3005)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001

*Counsel for Defendants Metz, Feldman, Nelling, Bevington, Ast, Employee Benefits Plan Committee, Pension and Savings Fund Committee, Hunter, Clausen, Potter, Miller, Hatfield, Mulcahy, Narodick, Donovan, Jenkins, Ruckelshaus, Slaughter, Lochner, and Blakely*

_____
Ronen Sarraf (RS-7694)
SARRAF GENTILE LLP
485 Seventh Avenue, Suite 1005
New York, NY 10018

*Counsel for Plaintiff Reiff*

_____
Michael Dell (MD-7714)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

*Counsel for Defendant The Northern Trust Company*


APPROVED AND SO ORDERED:


Dated: _____

_____
United States District Judge

2

dismiss by November 16, 2007. Defendants will file their reply to Plaintiff's opposition by

December 17, 2007.

Dated: August 13, 2007

_____
Robert M. Stern (RS-3005)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001

*Counsel for Defendants Metz, Feldman, Nelling, Bevington, Ax, Employee Benefits Plan Committee, Pension and Savings Fund Committee, Hunter, Clausen, Potter, Millar, Hatfield, Mulcahy, Narodick, Donovan, Jenkins, Ruckelshaus, Slaughter, Lochner, and Blakely*

_____
Michael Dell (MD-7714)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

*Counsel for Defendant The Northern Trust Company*

_____
Ronen Sarraf (RS-7694)
SARRAF GENTILE LLP
485 Seventh Avenue, Suite 1005
New York, NY 10018

*Counsel for Plaintiff Raiff*


APPROVED AND SO ORDERED:

Dated: August 16, 2007      _____
                            United States District Judge