IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROGER REIFF**, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs<br><br>v<br><br>**FRANK A. METZ, JR.; et al.**,<br><br>                    Defendants | No.   **1:07-cv-06011-LAP** |

### NOTICE OF FIRM NAME AND ADDRESS CHANGE

PLEASE TAKE NOTICE THAT, the firm name and address for Ellen M. Doyle, co-counsel for Plaintiff, has changed. The new firm name, address and contact information are:

**STEMBER FEINSTEIN DOYLE & PAYNE LLC**
The Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh PA 15219
Tel. 412-281-8400
Fax. 412-232-3730
edoyle@stemberfeinstein.com

Dated: August 22, 2007                    **SARRAF GENTILE LLP**

                                           /s/ Ronen Sarraf
                                          Ronen Sarraf (RS-7694)
                                          11 Hanover Square
                                          New York, NY 10005
                                          Tel: 212-868-3610
                                          Fax: 212-918-7967

                                          *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2007, a true and correct copy of the foregoing document was filed using the court's ECF system which will send notification of this filing to all counsel of record.

                                                      /s/ Ronen Sarraf