IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROGER REIFF**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v<br><br>**FRANK A. METZ, JR.; et al.**,<br><br>Defendants | No.   **1:07-cv-06011-LAP** |

## NOTICE OF MOTION AND MOTION
## TO ADMIT ELLEN M. DOYLE PRO HAC VICE

PLEASE TAKE NOTICE that, upon the annexed Affidavit of Ronen Sarraf and the Affidavit of Ellen M. Doyle, the undersigned moves this Court, on a date to be determined by the Court, for an Order, pursuant to Local Rule 1.3(c) of the United States District Courts for the Southern and Eastern Districts of New York, admitting Ellen M. Doyle as attorney *pro hac vice* in the above-captioned action.

Dated: August 22, 2007                **SARRAF GENTILE LLP**

                                       /s/ Ronen Sarraf
                                       Ronen Sarraf (RS-7694)
                                       11 Hanover Square
                                       New York, NY 10005
                                       Tel: 212-868-3610
                                       Fax: 212-918-7967

                                       *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 22, 2007, a true and correct copy of the foregoing document was filed using the court's ECF system which will send notification of this filing to all counsel of record.

                   /s/ Ronen Sarraf