IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER REIFF, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v<br><br>FRANK A. METZ, JR.; et al.,<br><br>Defendants | No.   1:07-cv-06011-LAP |

### AFFIDAVIT OF RONEN SARRAF

State of New York         )
                          )  ss:
County of New York        )

RONEN SARRAF, being duly sworn, deposes and says:

1. I am an attorney admitted to practice in the State of New York and in the Southern and Eastern Districts of New York and am a member with the firm of SARRAF GENTILE LLP. I submit this Affidavit in support of the motion to admit Ellen M. Doyle to the bar of this Court *pro hac vice* for purposes of this action.

2. I agree to act as local counsel for Ellen M. Doyle and to observe the Rules of this Court governing the conduct of attorneys.

3. Ellen M. Doyle is a member in good standing of the Bar of the Commonwealth of Pennsylvania.

4. For the foregoing reasons, it is respectfully requested that Ellen M. Doyle be admitted *pro hac vice* to the bar of this Court for purposes of this action.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Sworn to and subscribed before me
this 22 day of August, 2007.

_____
Ronen Sarraf

_____
Notary Public
My commission expires:

EITAN ALEXANDER OGEN
Notary Public, State of New York
No. 02OG5081205
Qualified in New York County
Commission Expires June 30, 2011