IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER REIFF, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v<br><br>FRANK A. METZ, JR.; et al.,<br><br>Defendants | No.   **1:07-cv-06011-LAP** |

### AFFIDAVIT OF ELLEN M. DOYLE

Commonwealth of Pennsylvania   )
                                )  ss:
County of Allegheny             )

ELLEN M. DOYLE, being duly sworn, deposes and states as follows:

1. I am a member of the law firm of STEMBER FEINSTEIN DOYLE & PAYNE, LLC located at Allegheny Building, 17th floor, 429 Forbes Avenue, Pittsburgh PA 15219 and submit this Affidavit in support of the motion for my admission *pro hac vice* on behalf of Plaintiff for purposes of this action.

2. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania as evidenced by the attached Certificate of Good Standing. I have not been the subject of disciplinary action by any Court or Bar.

3. I agree to observe strictly the dates for scheduling conferences, motions, briefs, trials and other proceedings before this Court. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline or other such actions as the Court may deem proper. I am familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence and the Rules of this Court, and I agree to abide by them.

4. For the foregoing reasons, I respectfully request that the permit me to speak in the above-captioned matter in the same manner as attorneys admitted to practice before the United States District Court for the Southern District of New York.

Sworn to and subscribed before me
this 13th day of August, 2007.

_____
Ellen M. Doyle

Notary Public
My commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Linda J. McNeil, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires July 12, 2011

Member, Pennsylvania Association of Notaries



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Ellen Mary M. Doyle, Esq.*

**DATE OF ADMISSION**

**November 3, 1975**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 26, 2007

_____
Patricia A. Nicola
Chief Clerk