```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/07
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER REIFF, individually and on behalf of all others similarly situated,

                  Plaintiffs

v

FRANK A. METZ, JR.; et al.,

                  Defendants

No. 1:07-cv-06011-LAP

## [PROPOSED] ORDER GRANTING APPLICATION OF ELLEN M. DOYLE FOR ADMISSION *PRO HAC VICE*

This matter coming before the Court by Motion and by affidavit of Ronen Sarraf seeking the admission of Ellen M. Doyle to the United States District Court for the Southern District of New York *pro hac vice* for purposes of this action, and the Court having considered the Affidavit of Ellen M. Doyle submitted in support thereof, and for good cause shown,

IT IS ON this 23rd day of August, 2007,

ORDERED that:

1. Ellen M. Doyle is hereby granted admission *pro hac vice* to the United States District Court for the Southern District of New York for the purpose of appearing in this action, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York;

2. Ellen M. Doyle is required to abide by and is subject to the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York; and

3. Ellen M. Doyle is required to notify the court immediately of any matter that affects her standing at the Bar of any court.

_____
UNITED STATES DISTRICT JUDGE