PRESKA, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROGER REIFF,

       Plaintiff,

v.

FRANK A. METZ, JR., SHEILA FELDMAN,
HELEN L. NELLING, SUSAN E.
BEVINGTON, NANCY STEMME,
CHRISTOPHER N. AST, EMPLOYEE
BENEFITS PLAN COMMITTEE, PENSION
AND SAVINGS FUND COMMITTEE, JOHN
HUNTER, ROBERT CLAUSEN, ROBERT
POTTER, MICHAEL E. MILLER, PAUL H.
HATFIELD, J. PATRICK MULCAHY, SALLY
G. NARODICK, PAUL DONOVAN, ROBERT
H. JENKINS, WILLIAM D. RUCKELSHAUS,
JOHN B. SLAUGHTER, PHILIP R. LOCHNER,
JR., ROBERT T. BLAKELY, NORTHERN
TRUST COMPANY, and JOHN DOES 1-100,

       Defendants.

---

07 Civ. 6011 (LAP)

(ECF Matter)

Judge Loretta A. Preska

---

## STIPULATION AND ORDER

WHEREAS, Plaintiff has filed a class action complaint alleging violations of the

Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. § 1001, *et seq.*, on

behalf of participants and beneficiaries of the Solutia Inc. Savings and Investment Plan; and

WHEREAS, Plaintiff and Defendants Frank A. Metz, Jr., Sheila Feldman, Helen

L. Nelling, Susan E. Bevington, Nancy Stemme, Christopher N. Ast, Employee Benefits Plan

Committee, Pension And Savings Fund Committee, John Hunter, Robert Clausen, Robert Potter,

Michael E. Miller, Paul H. Hatfield, J. Patrick Mulcahy, Sally G. Narodick, Paul Donovan,

Robert H. Jenkins, William D. Ruckelshaus, John B. Slaughter, Philip R. Lochner, Jr., Robert T.

KL3 2611158 1

Blakely (collectively, the "Solutia Defendants") and Defendant The Northern Trust Company

("Northern Trust") consent by their undersigned counsel,

IT IS HEREBY ORDERED THAT:

1.    The following page limitations for briefs shall apply with respect to any motions to dismiss filed by the Solutia Defendants and/or Northern Trust:

    a.    Any memorandum of law in support of a motion to dismiss shall be limited to 40 pages;

    b.    Any memorandum of law in opposition to a motion to dismiss shall be limited to 40 pages except that Plaintiff may, alternatively, submit a single combined memorandum of law in opposition to all motions to dismiss, which combined memorandum shall be limited to 80 pages, of which no more than 40 pages (including common elements) may be directed in opposition to any one motion; and

    c.    Any reply memorandum of law in support of a motion to dismiss shall be limited to 20 pages.

Dated: September 7, 2007

Karen M. Wahle (KW-0716)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001

*Counsel for Solutia Defendants*

Michael Dell (MD-7714)
KRAMER LEVIN NAFTALIS & FRANKEL
1177 Avenue of the Americas
New York, NY 10036

*Counsel for Defendant The Northern Trust Company*

Ronen Sarraf (RS-7694)
SARRAF GENTILE LLP
11 Hanover Square, 2nd Floor
New York, NY 10005

Ellen M. Doyle
STEMBER FEINSTEIN DOYLE & PAYNE, LLC
17th Floor Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

*Counsel for Plaintiff Reiff*

KL3 2613158 1

Blakely (collectively, the "Solutia Defendants") and Defendant The Northern Trust Company

("Northern Trust") consent by their undersigned counsel,

IT IS HEREBY ORDERED THAT:

1.    The following page limitations for briefs shall apply with respect to any
      motions to dismiss filed by the Solutia Defendants and/or Northern Trust:

      a.    Any memorandum of law in support of a motion to dismiss shall
            be limited to 40 pages;

      b.    Any memorandum of law in opposition to a motion to dismiss
            shall be limited to 40 pages except that Plaintiff may, alternatively,
            submit a single combined memorandum of law in opposition to all
            motions to dismiss, which combined memorandum shall be limited
            to 80 pages, of which no more than 40 pages (including common
            elements) may be directed in opposition to any one motion; and

      c.    Any reply memorandum of law in support of a motion to dismiss
            shall be limited to 20 pages.

Dated: September 7, 2007

*Karen M. Wahle*

Karen M. Wahle (KW-0716)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001

*Counsel for Solutia Defendants*

---

Michael Dell (MD-7714)
KRAMER LEVIN NAFTALIS & FRANKEL
1177 Avenue of the Americas
New York, NY 10036

*Counsel for Defendant The Northern Trust
Company*

Ronen Sarraf (RS-7694)
SARRAF GENTILE LLP
11 Hanover Square, 2nd Floor
New York, NY 10005

Ellen M. Doyle
STEMBER FEINSTEIN DOYLE & PAYNE,
LLC
17th Floor Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

*Counsel for Plaintiff Reiff*

KL3 2613153 1

Blakely (collectively, the "Solutia Defendants") and Defendant The Northern Trust Company

("Northern Trust") consent by their undersigned counsel,

IT IS HEREBY ORDERED THAT:

1. The following page limitations for briefs shall apply with respect to any motions to dismiss filed by the Solutia Defendants and/or Northern Trust:

   a. Any memorandum of law in support of a motion to dismiss shall be limited to 40 pages;

   b. Any memorandum of law in opposition to a motion to dismiss shall be limited to 40 pages except that Plaintiff may, alternatively, submit a single combined memorandum of law in opposition to all motions to dismiss, which combined memorandum shall be limited to 80 pages, of which no more than 40 pages (including common elements) may be directed in opposition to any one motion; and

   c. Any reply memorandum of law in support of a motion to dismiss shall be limited to 20 pages.

Dated: September 7, 2007

_____
Karen M. Wahle (KW-0716)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001

*Counsel for Solutia Defendants*

_____
Michael Dell (MD-7714)
KRAMER LEVIN NAFTALIS & FRANKEL
1177 Avenue of the Americas
New York, NY 10036

*Counsel for Defendant The Northern Trust Company*

_____
Ronen Sarraf (RS-7694)
SARRAF GENTILE LLP
11 Hanover Square, 2nd Floor
New York, NY 10005

Ellen M. Doyle
STEMBER FEINSTEIN DOYLE & PAYNE, LLC
17th Floor Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

*Counsel for Plaintiff Reiff*

September 10, 2007

SO ORDERED

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE