Karen M. Wahle (KW 0716)
Robert M. Stern (RS 3005)
Khuong G. Phan (KP 7014)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel:  (202) 383-5300
Fax:  (202) 383-5414

*Attorneys for Defendants Metz, Feldman,
Nelling, Bevington, Stemme, Ast, Employee
Benefits Plan Committee, Pension and
Savings Fund Committee, Hunter, Clausen,
Potter, Miller, Hatfield, Mulcahy, Narodick,
Donovan, Jenkins, Ruckelshaus, Slaughter,
Lochner, and Blakely*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROGER REIFF,<br><br>      Plaintiff,<br><br>v.<br><br>FRANK A. METZ, JR., SHEILA FELDMAN, HELEN L. NELLING, SUSAN E. BEVINGTON, NANCY STEMME, CHRISTOPHER N. AST, EMPLOYEE BENEFITS PLAN COMMITTEE, PENSION AND SAVINGS FUND COMMITTEE, JOHN HUNTER, ROBERT CLAUSEN, ROBERT POTTER, MICHAEL E. MILLER, PAUL H. HATFIELD, J. PATRICK MULCAHY, SALLY G. NARODICK, PAUL DONOVAN, ROBERT H. JENKINS, WILLIAM D. RUCKELSHAUS, JOHN B. SLAUGHTER, PHILIP R. LOCHNER, JR., ROBERT T. BLAKELY, NORTHERN TRUST COMPANY, and JOHN DOES 1-100,<br><br>      Defendants. | CIVIL ACT NO. 07-cv-6011 (LAP)<br>(ECF Matter)<br><br>Judge Loretta A. Preska<br><br><br>**THE SOLUTIA DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of the Solutia Defendants' Motion to Dismiss Plaintiff's Class Action Complaint, the Declaration

of Jennipher Politte, and the exhibits thereto, the undersigned hereby moves this Court for an

order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Class Action Complaint for the

reasons set forth in the accompanying Memorandum of Law in Support of the Solutia

Defendants' Motion to Dismiss Plaintiff's Class Action Complaint and granting such other and

further relief as the Court deems just and proper.


Dated: September 17, 2007

/s/  Karen M. Wahle
Karen M. Wahle (KW 0716)
Robert M. Stern (RS 3005)
Khuong G. Phan (KP 7014)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
T: (202) 383-5300
F: (202) 383-5414

*Attorneys for Defendants Metz, Feldman,
Nelling, Bevington, Stemme, Ast, Employee
Benefits Plan Committee, Pension and
Savings Fund Committee, Hunter, Clausen,
Potter, Miller, Hatfield, Mulcahy, Narodick,
Donovan, Jenkins, Ruckelshaus, Slaughter,
Lochner, Blakely*

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.


_/s/ Karen M. Wahle_

Karen M. Wahle