# Exhibit 1



| **To print this page, select File/Print from your browser menu.** | **Print Color Version** |
|---|---|
| **Back to Quick Charts** | |

### SOLUQ  Solutia Inc                                                     9/17/2007 2:15 PM

| Last: | Change: | Open: | High: | Low: | Volume: |
|---|---|---|---|---|---|
| **0.38** | ▼ -0.01 | 0.38 | 0.38 | 0.37 | 18,348 |
| | Percent Change: | Yield: | P/E Ratio: | 52 Week Range: | |
| | **-2.56%** | **n/a** | **n/a** | **0.125 to 0.845** | |



**Company Data**

| **Company Name:** | Solutia Inc |
|---|---|
| **Dow Jones Industry:** | Specialty Chemicals |
| **Exchange:** | OTC BB |
| **Shares Outstanding:** | 104,460,000 |
| **Market Cap:** | 39.7 Million |
| **Short Interest:** | Exchange provides no short interest data. |
| **52-Week EPS:** | -0.25 |
| **52-Week High:** | 0.845 on Wednesday, January 03, 2007 |
| **52-Week Low:** | 0.125 on Thursday, May 17, 2007 |
| **P/E Ratio:** | n/a |
| **Yield:** | n/a |
| **Average Price:** | 0.3162 (50-day)   0.4923 (200-day) |

**Average Volume:** 678,300 (50-day)  531,100 (200-day)

Copyright © 2007 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service and Privacy Policy (updated 4/3/03).

Intraday data provided by ComStock, a division of Interactive Data Corp. and subject to terms of use.
Historical and current end-of-day data provided by FT Interactive Data.
More information on NASDAQ traded symbols and their current financial status.
Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges.
Dow Jones IndexesSM from Dow Jones & Company, Inc.
SEHK intraday data is provided by Comstock and is at least 60-minutes delayed.
All quotes are in local exchange time.