UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER REIFF,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK A. METZ, JR., SHEILA FELDMAN, HELEN L. NELLING, SUSAN E. BEVINGTON, NANCY STEMME, CHRISTOPHER N. AST, EMPLOYEE BENEFITS PLAN COMMITTEE, PENSION AND SAVINGS FUND COMMITTEE, JOHN HUNTER, ROBERT CLAUSEN, ROBERT POTTER, MICHAEL E. MILLER, PAUL H. HATFIELD, J. PATRICK MULCAHY, SALLY G. NARODICK, PAUL DONOVAN, ROBERT H. JENKINS, WILLIAM D. RUCKELSHAUS, JOHN B. SLAUGHTER, PHILIP R. LOCHNER, JR., ROBERT T. BLAKELY, NORTHERN TRUST COMPANY, and JOHN DOES 1-100,<br><br>    Defendants. | CIVIL ACT NO. 07-cv-6011 (LAP)<br>(ECF Matter)<br><br>Judge Loretta A. Preska |

## DECLARATION JENNIPHER POLITTE

1.    I have been continuously employed by Solutia Inc. since July 1998, am currently employed in the position of Solutia Benefits Manager. I have served in this capacity since September 2006. In this role, I am familiar with the plan documents for the Solutia Inc. Savings and Investment Plan. I am providing the information in this declaration based on my personal knowledge or on a review of business records maintained by the company or its affiliates.

2.    Exhibit A is a true and correct copy of the Solutia Inc. Savings and Investment Plan effective September 1, 1997.

3. Exhibit B is a true and correct copy of the Solutia Inc. Savings and Investment Plan effective January 1, 2002.

4. Exhibit C is a true and correct copy of the Summary Plan Description provided to non-union employees for the Solutia Inc. Savings and Investment Plan effective September 1, 1997.

5. Exhibit D is a true and correct copy of the Summary Plan Description provided to union-reprsented employees for the Solutia Inc. Savings and Investment Plan effective September 1, 1997.

6. Exhibit E is a true and correct copy of the Summary Plan Description for the Solutia Inc. Savings and Investment Plan effective April 1, 1999.

7. Exhibit F is a true and correct copy of the Summary Plan Description for the Solutia Inc. Savings and Investment Plan effective October 18, 2002.

8. Exhibit G is a true and correct copy of the Solutia Inc. Defined Contribution and Employee Stock Ownership Trust Agreement (As Amended and Restated Effective November 1, 1998).

I declare, pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the foregoing is true and correct.

Executed on this 14 day of September, 2007.

Jennipher Politte
Jennipher Politte