UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――― x

ROGER REIFF, individually and on  :
behalf of all others similarly situated,  :
                                                                 :
              Plaintiff,            :
                                      :   07 Civ. 6011 (LAP)
       - against -            :
                                    :   (ECF Matter)

FRANK A. METZ, JR., SHEILA FELDMAN,  :
HELEN L. NELLING, SUSAN E. BEVINGTON,  :
NANCY STEMME, CHRISTOPHER N. AST,  :   **NOTICE OF MOTION OF**
EMPLOYEE BENEFITS PLAN COMMITTEE,  :   **DEFENDANT THE NORTHERN**
PENSION AND SAVINGS FUND COMMITTEE, :  **TRUST COMPANY TO DISMISS**
JOHN HUNTER, ROBERT CLAUSEN, ROBERT  :  **THE COMPLAINT FOR FAILURE**
POTTER, MICHAEL E. MILLER, PAUL H.  :   **TO STATE A CLAIM**
HATFIELD, J. PATRICK MULCAHY, SALLY G. :
NARODICK, PAUL DONOVAN, ROBERT H.  :
JENKINS, WILLIAM D. RUCKELSHAUS, JOHN :
B. SLAUGHTER, PHILIP R. LOCHNER, JR.,  :
ROBERT T. BLAKELY, NORTHERN TRUST  :
COMPANY, and JOHN DOES 1-100,  :
                                                                 :
              Defendants.      :
                                                                  :

―――――――――――――――――――――――――― x

      PLEASE TAKE NOTICE that upon the Declaration of Michael J. Dell, sworn to September 17, 2007 and the exhibits to that Declaration, and the accompanying memorandum of law, defendant The Northern Trust Company ("Northern Trust") will move this Court before the Honorable Loretta A. Preska, in Courtroom 12D, at the United States Court House, 500 Pearl Street, New York, New York, 10007, on a date convenient to the Court, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint with prejudice as to Northern Trust, and for such other relief as the Court deems just and proper. The briefing schedule on this motion has been set by the parties' stipulation that was "so ordered" by the Court on August 16, 2007.

KL3 2613973.1

-2-

Dated: New York, New York
September 17, 2007

KRAMER LEVIN NAFTALIS & FRANKEL LLP

  /s/ Michael J. Dell
Michael J. Dell (MD-7714)
Brendan M. Schulman (BS-5589)

1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Attorneys for Defendant The Northern Trust Company

To: Ronen Sarraf, Esq.
SARRAF GENTILE LLP
11 Hanover Square, 2nd Floor
New York, NY 10005

Ellen M. Doyle, Esq.
STEMBER FEINSTEIN DOYLE & PAYNE, LLC
17th Floor Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

Attorneys for Plaintiff

Karen M. Wahle, Esq.
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001

Attorneys for Solutia Defendants

KL3 2613973.1