

Dow Jones & Reuters

**MOODY'S DOWNGRADES SOLUTIA'S SENIOR UNSECURED DEBT RATINGS TO Ba1.**
1,259 words
4 February 2002
Moody's Investor Service Press Release
English
(c) 2002

Approximately $800 Million of Debt Securities Affected.

**Moody**'s Investors Service

**Moody**'s Investors Service has lowered the long-term debt ratings on the notes and debentures of **Solutia** Inc. to Ba1 from Baa3 and lowered the company's commercial paper rating to Not Prime from Prime-3. In addition, **Moody**'s assigned a Ba1 senior implied rating and a Ba1 senior unsecured Issuer rating. These actions conclude the review initiated on November 16, 2001, due to concerns over the company's ability to return debt to appropriate levels and the potential for subordination of senior unsecured bondholders to the company's new secured credit facility. The downgrade reflects the company's high debt level and limited ability to improve its credit profile in the current economic environment.

Ratings downgraded:

**Solutia** Inc. - senior unsecured notes and debentures to Ba1 from Baa3; commercial paper to Not Prime from Prime-3; universal shelf (senior unsecured to (P)Ba1 from (P)Baa3); secured credit facility to Baa3 from Baa2.

**Solutia** Europe SA/NV - guaranteed senior unsecured Euro notes to Ba1 from Baa3.

**Solutia** Services International SA/NV - guaranteed commercial paper to Not Prime from Prime-3

Ratings assigned:

**Solutia** Inc. - senior implied issuer rating at Ba1; issuer rating at Ba1.

**Solutia**'s debt remains well above anticipated levels due to the weak economic environment and limited ability to sell non-core assets subsequent to the Vianova acquisition in 1999 and two smaller acquisitions in 2000. The recently announced sale of **Solutia**'s 50% interest in the AES joint venture and the prospect for substantially lower feedstock costs throughout 2002, should modestly improve the credit profile. However, **Moody**'s believes that it will take **Solutia** a year or two to return debt protection measurements to levels that would fully support an investment grade rating. **Moody**'s believes that the US industrial economy will remain weak throughout 2002.

**Solutia**'s Ba1 ratings reflect the company's above average business and technology portfolio, which includes Saflex brand safety glass, a broad portfolio of coating resins and additives, and several premium industrial lubricants and fluids. In addition, several businesses, especially in the performance films segment, will likely generate significant revenue growth and enhance margins over the longer term. The company's rating outlook is stable, due to **Moody**'s belief that the company will remain cash flow positive in 2002. If the company can significantly increase free cash flow and reduce debt below $900 million, **Moody**'s would reconsider the appropriateness of an investment grade rating. In the unlikely event that debt would rise above $1.5 billion in the near-term, **Moody**'s may consider further negative rating actions.

Despite a significant investment in technology, **Solutia**'s nylon business, which account for roughly 45% of the company's revenue, has experienced a substantial decline in profits over the last three years. Although a large portion of this decline is attributable to raw material prices, **Moody**'s believes that volumes and prices will continue to be negatively impacted by production volumes and price pressure in the automotive and carpet markets.

The price pressure in the automotive market, mainly from the domestic US producers, is likely to reduce profitability in the performance films segment as well. In addition, aggressive competition in these markets has limited **Solutia**'s ability to raise prices in 2000 and 2001, in response to substantially higher raw material costs. **Moody**'s believes that these factors, taken

together, are likely to impede the company's efforts to increase profitability and cash flow.

**Solutia**'s credit facially was modified in December to grant banks security in working capital and domestic assets, as well as guarantees from international subsidiaries. **Solutia** currently it has roughly $500 million outstanding under this facility, however the company has announced potential changes to its debt structure.

Aside from these business issues, **Moody**'s is concerned that the company may experience a significant increase in the number of individuals claiming damage from exposure to polychlorinated biphenyls near their Anniston, AL plant. While the existing scientific data does not indicate that there is a systemic illness related to exposure to polychlorinated biphenyls, the tort litigation process in the US creates significant uncertainty regarding future expenses related to this issue.

Headquartered in St. Louis Missouri, **Solutia** Inc. is an integrated chemical and fibers company with primary business positions in nylon-based products, intermediates, acrylic fibers, Saflex brand safety glass, coating additives and resins, and industrial fluids and lubricants. **Solutia** reported sales of $2.8 billion in 2001.

ALL INFORMATION CONTAINED HEREIN IS COPYRIGHTED IN THE NAME OF **MOODY**'S INVESTORS SERVICE, INC. ("**MOODY'S**"), AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT **MOODY**'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by **MOODY'S** from sources believed by it to be accurate and reliable. Because of the possibility of human and mechanical error as well as other factors, however, such information is provided "as is" without warranty of any kind and **MOODY'S**, in particular, makes no representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability or fitness for any particular purpose of any such information. Under no circumstance shall **MOODY'S** have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to any error (negligent or otherwise) or other circumstance or contingency within or outside the control of **MOODY'S** or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if **MOODY'S** is advised in advance of the possibility of such damages, resulting from the use of, or inability to use, any such information. The credit ratings, if any, constituting part of the information contained herein, the selection of criteria compiled and reported herein and the analysis of such information are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING, CRITERIA, ANALYSIS OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY **MOODY**'S IN ANY FORM OR MANNER WHATSOEVER. Each rating, criteria, analysis or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security or obligation and of each issuer and guarantor of, and each provider of credit support for, each security or obligation that it may consider purchasing, holding or selling. Pursuant to Section 17(b) of the Securities Act of 1933, **MOODY'S** hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by **MOODY'S** have, prior to assignment of any rating, agreed to pay **MOODY'S** for the appraisal and rating services rendered by it fees ranging from $1,000 to $1,500,000.

Document moodpr0020020206dy240000l

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.