
Dow Jones & Reuters

**MOODY'S DOWNGRADES SOLUTIA'S SENIOR IMPLIED RATING TO B2 BECAUSE OF ON-GOING LIQUIDITY CONCERNS**
- ...
1,054 words
12 July 2002
Moody's Investor Service Press Release
English
(c) 2002

**MOODY**'S DOWNGRADES **SOLUTIA**'S SENIOR IMPLIED RATING TO B2 BECAUSE OF ON-GOING LIQUIDITY CONCERNS - RATINGS REMAIN UNDER REVIEW FOR FURTHER DOWNGRADE.

Approximately $1.2 Billion of Debt Securities Affected.

**Moody**'s Investors Service

**Moody**'s Investors Service downgraded the senior implied rating of **Solutia** Inc. to B2 from Ba2 and the issuer rating to B3 from Ba3. In addition, **Moody**'s lowered **Solutia**'s ratings on the senior unsecured notes and debentures to B3 from Ba3, the senior secured notes to B2 from Ba2, and secured credit facility to B1 from Ba1. These downgrades reflect **Solutia**'s deteriorating liquidity position as the maturity date of its existing $800 million credit facility approaches. All of the aforementioned ratings remain under review for potential downgrade pending the resolution of the credit facility refinancing. These downgrades do not reflect concerns over the future financial performance of the company's businesses.

Ratings downgraded and remaining under review:

**Solutia** Inc. - secured credit facility to B1 from Ba1 senior implied rating to B2 from Ba2; senior unsecured notes and debentures to B3 from Ba3; universal shelf (senior unsecured to (P)B3 from (P)Ba3).

**Solutia** Europe SA/NV - guaranteed senior unsecured Euro notes to B3 from Ba3.

**Solutia** Funding Corp. - senior secured notes to (P)B2 from (P)Ba2

**Moody**'s revised B2 senior implied rating for **Solutia** reflects concerns that the company and its bank group have not reached an agreement to refinance the credit facility and term out additional debt. The current facility matures on August 13, 2002, but the refinancing must be in place by August 9, 2002 in order to avoid the loss of funds received from the $223 million secured note offering. **Solutia** received less than $200 million from this offering, which was less than the comapny had anticipated. **Moody**'s is uncertain as to why the credit facility has not been refinanced; the continuing delay raises concern over the company's ability to refinance the facility within the next four weeks and the potential for disruption in **Solutia**'s operating performance, if this issue is unresolved. **Solutia**'s had roughly $450 million outstanding under its $800 million credit facility at the end of the first quarter.

If the credit facility is refinanced, **Moody**'s believes that the company's near-term financial performance should improve versus 2001 and that second quarter results will reflect increased demand in most businesses and especially in the company's Integrated Nylon segment. **Moody**'s anticipates that the company's full year financial performance should result in cash flow from operations as a percent of total debt in the range of 12-14%, and free cash flow of roughly $50 million. **Moody**'s also believes that there will be a modest improvement in 2003 as the US economy slowly recovers. In addition, if the US dollar remains at or below current levels, **Solutia** should experience a moderate increase in earnings and cash flow versus **Moody**'s current projections.

Headquartered in St. Louis Missouri, **Solutia** Inc. is an integrated chemical and fibers company with primary business positions in nylon-based products, intermediates, acrylic fibers, Saflex brand protective glass, coating additives and resins, and industrial fluids and lubricants. **Solutia** reported sales of $2.8 billion in 2001.

ALL INFORMATION CONTAINED HEREIN IS COPYRIGHTED IN THE NAME OF **MOODY**'S INVESTORS SERVICE, INC. ("**MOODY'S**"), AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT **MOODY**'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by **MOODY**'S from sources believed by it to be accurate and

reliable. Because of the possibility of human and mechanical error as well as other factors, however, such information is provided "as is" without warranty of any kind and **MOODY'S**, in particular, makes no representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability or fitness for any particular purpose of any such information. Under no circumstance shall **MOODY'S** have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to any error (negligent or otherwise) or other circumstance or contingency within or outside the control of **MOODY'S** or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if **MOODY'S** is advised in advance of the possibility of such damages, resulting from the use of, or inability to use, any such information. The credit ratings, if any, constituting part of the information contained herein, the selection of criteria compiled and reported herein and the analysis of such information are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING, CRITERIA, ANALYSIS OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY **MOODY'S** IN ANY FORM OR MANNER WHATSOEVER. Each rating, criteria, analysis or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security or obligation and of each issuer and guarantor of, and each provider of credit support for, each security or obligation that it may consider purchasing, holding or selling. Pursuant to Section 17(b) of the Securities Act of 1933, **MOODY'S** hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by **MOODY'S** have, prior to assignment of any rating, agreed to pay **MOODY'S** for the appraisal and rating services rendered by it fees ranging from $1,000 to $1,500,000.

Document moodpr0020020713dy7c0007c

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.