1                                                            N193 n Govt   **RATD**

## Moody's Investors Service

| Long-Term Debt | | Short-Term Debt |
|---|---|---|
| Aaa | Ba1 | P-1 |
| Aa1 | Ba2 | P-2 |
| Aa2 | Ba3 | P-3 |
| Aa3 | B1 | NP |
| A1 | B2 | WR |
| A2 | B3 | |
| A3 | Caa1 | |
| Baa1 | Caa2 | |
| Baa2 | Caa3 | |
| Baa3 | Ca | |
| | C | |
| | WR | |

Note: white = investment grade, yellow = non-investment grade

1) Long-Term Debt
   Ratings Definitions
2) MOODY'S, S&P & COMP
   Rating Scale Comparison
3) Short-Term Debt
   Ratings Definitions
4) Expected/Provisional
   Rating Definitions

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500         Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P.
G455-1116-0 10-May-05 10:52:59



1                                                                  N193 n Govt   **RATD**

## Moody's Investors Service
## Long-Term Debt Ratings                                          Page 1/4

Aaa  Bonds and preferred stock which are rated Aaa are judged to be of the
     best quality. They carry the smallest degree of investment risk and are
     generally referred to as "gilt edged". Interest payments are protected
     by a large or by an exceptionally stable margin and principal is secure.
     While the various protective elements are likely to change, such changes
     as can be visualized are most unlikely to impair the fundamentally strong
     position of such issues.

Aa   Bonds and preferred stock which are rated Aa are judged to be of high
     quality by all standards. Together with the Aaa group they comprise what
     are generally known as high-grade bonds. They are rated lower than the
     best bonds because margins of protection may not be as large as in Aaa
     securities or fluctuation of protective elements may be of greater
     amplitude or there may be other elements present which make the
     long-term risk appear somewhat larger than Aaa securities.

Australia 61 2 9777 8600        Brazil 5511 3048 4500      Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P.
                                                                                      G455-1116-0 10-May-05 10:53:08

Bloomberg

Page                                                         N193 n Govt  **RATD**

```
                    Moody's Investors Service
                     Long-Term Debt Ratings                      Page 2/4
```

A    Bonds and preferred stock which are rated A possess many favorable investment attributes and are to be considered as upper-medium-grade obligations. Factors giving security to principal and interest are considered adequate, but elements may be present which suggest a susceptibility to impairment some time in the future.

Baa  Bonds and preferred stock which are rated Baa are considered as medium-grade obligations (i.e., they are neither highly protected nor poorly secured). Interest payments and principal security appear adequate for the present but certain protective elements may be lacking or may be characteristically unreliable over any great length of time. Such bonds lack outstanding investment characteristics and in fact have speculative characteristics as well.

Ba   Bonds and preferred stock which are rated Ba are judged to have speculative elements; their future cannot be considered as well-assured. Often the protection of interest and principal payments may be very moderate, and thereby not well safeguarded during both good and bad times over the future. Uncertainity of position characterizes bonds in this class.



Page                                                                  N193 n Govt  **RATD**

```
                        Moody's Investors Service
                         Long-Term Debt Ratings                    Page 3/4

B    Bonds and preferred stock which are rated B generally lack
     characteristics of the desirable investment. Assurance of interest and
     principal payments or of maintenance of other terms of the contract over
     any long period of time may be small.

Caa  Bonds and preferred stock which are rated Caa are of poor standing.
     Such issues may be in default or there may be present elements of danger
     with respect to principal or interest.

Ca   Bonds and preferred stock which are rated Ca represent obligations which
     are speculative in a high degree. Such issues are often in default or
     have other marked shortcomings.

C    Bonds and preferred stock which are rated C are the lowest rated class
     of bonds, and issues so rated can be regarded as having extremely poor
     prospects of ever attaining any real investment standing.

WR   Withdrawn
```

Australia 61 2 9777 8600         Brazil 5511 3048 4500         Europe 44 20 7330 7500         Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2005 Bloomberg L.P.
G455-1116-0 10-May-05 10:53:21



Page             N193 n Govt    RATD

```
                    Moody's Investors Service
                    Long-Term Debt Ratings                    Page 4/4
```

Moody's applies numerical modifiers 1, 2, and 3 in each generic rating classification from Aa through Caa. The modifier 1 indicates that the obligation ranks in the higher end of its generic rating category; the modifier 2 indicates a mid-range ranking; and the modifier 3 indicates a ranking in the lower end of that generic rating category.

2                                                                    N193 n Govt  **RATD**

## MOODY'S, S&P & COMP
### Rating Scale Comparison

| MOODY'S | | S&P | | COMP | |
|---|---|---|---|---|---|
| Aaa  | Ba1  | AAA  | BB+  | AAA  | BB+  |
| Aa1  | Ba2  | AA+  | BB   | AA+  | BB   |
| Aa2  | Ba3  | AA   | BB-  | AA   | BB-  |
| Aa3  | B1   | AA-  | B+   | AA-  | B+   |
| A1   | B2   | A+   | B    | A+   | B    |
| A2   | B3   | A    | B-   | A    | B-   |
| A3   | Caa1 | A-   | CCC+ | A-   | CCC+ |
| Baa1 | Caa2 | BBB+ | CCC  | BBB+ | CCC  |
| Baa2 | Caa3 | BBB  | CCC- | BBB  | CCC- |
| Baa3 |      | BBB- |      | BBB- |      |

If MOODY'S and S&P have a split rating, the COMP is equivalent to the lower rating. If MOODY'S and S&P ratings are split two levels, the COMP is equivalent to the middle rating.

Australia 61 2 9777 8600         Brazil 5511 3048 4500         Europe 44 20 7330 7500         Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P.
G455-1116-0 10-May-05 10:53:38

Bloomberg

3             N193 n Govt   **RATD**

```
                         Moody's Investors Service
                         Short-Term Debt Ratings                Page 1/2
```

Prime-1   Issuers rated Prime-1 (or supporting institutions) have a superior ability for repayment of senior short-term debt obligations. Prime-1 repayment ability will often be evidenced by many of the following characteristics:

- Leading market positions in well-established industries.
- High rates of return on funds employed.
- Conservative capitalization structure with moderate reliance on debt and ample asset protection.
- Broad margins in earnings coverage of fixed financial charges and high internal cash generation.
- Well-established access to a range of financial markets and assured sources of alternate liquidity.

Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P.
G455-1116-0 10-May-05 10:53:49



Page                                                                N193 n Govt    **RATD**

```
                           Moody's Investors Service
                           Short-Term Debt Ratings                     Page 2/2

Prime-2    Issuers rated Prime-2 (or supporting institutions) have a strong
           ability for repayment of senior short-term debt obligations. This
           will normally be evidenced by many of the characteristics cited
           above but to a lesser degree. Earnings trends and coverage ratios,
           while sound, may be more subject to variation. Capatilization
           characteristics, while still appropriate, may be more affected by
           external conditions. Ample alternate liquidity is maintained.

Prime-3    Issuers rated Prime-3 (or supporting institutions) have an
           acceptable ability for repayment of senior short-term obligations.
           The effect of industry characteristics and market compositions
           may be more pronounced. Variability in earnings and profitability
           may result in changes in the level of debt protection measurements
           and may require relatively high financial leverage. Adequate
           alternate liquidity is maintained.

Not Prime  Issuers rated Not Prime do not fall within any of the Prime rating
           categories.

WR         Withdrawn
```

Australia 61 2 9777 8600         Brazil 5511 3048 4500         Europe 44 20 7330 7500         Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2005 Bloomberg L.P.
G455-1116-0 10-May-05 10:53:54



4    N193 n Govt    **RATD**

```
                    Moody's Investors Service
                    Expected/Provisional Definitions         Page 1/2

Expected Ratings

    To address market demand for timely information on particular
    types of credit ratings, Moody's has licensed to certain third
    parties the right to generate "Expected Ratings." Expected Ratings
    are designated by an "e" after the rating code, and are intended
    to anticipate Moody's forthcoming rating assignments based on
    reliable information from third party sources (such as the issuer
    or underwriter associated with the particular securities) or
    established Moody's rating practices. Expected Ratings will exist
    only until Moody's assigns a rating to the instrument.

    For Medium-Term Notes (MTNs), Expected Ratings indicate that
    Moody's is awaiting confirmation of details related to a specific
    drawdown or note from a principal in the transaction. Medium-Term
    notes are typically, but not always, assigned the same rating as
    the note's program rating. Consistent with Moody's rating
    practices, the specific rating assigned to an MTN drawdown will be
    the same as the program rating, unless the security has certain
```

Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P.
G455-1116-0 10-May-05 10:54:06



Page                                                                N193 n Govt   **RATD**

```
                    Moody's Investors Service
                    Expected/Provisional Definitions              Page 2/2

        credit-linked or other differentiating characteristics. Please
        refer to Moody's current rating definition for details.

        Market participants may contact Moody's Ratings Desk or visit
        www.moodys.com if they have questions regarding Expected Ratings.

Provisional Ratings

        As a service to the market and typically at the request of an
        issuer, Moody's will assign a provisional rating when it is highly
        likely that the rating will become final after all documents are
        received, or an obligation is issued into the market. A
        provisional rating is denoted by placing a (P) in front of the
        rating. Such ratings may be assigned to shelf registrations under
        SEC rule 415.
```

Australia 61 2 9777 8600          Brazil 5511 3048 4500          Europe 44 20 7330 7500          Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P.
G455-1116-0 10-May-05 10:54:17

