FORM B10 (Official Form 10)(12/03)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| In re: Solutia Inc., et al. | Case No. 03-17949 (PCB) Jointly Administered | |

| Name of Debtor: (Specify Debtor Name) | Case Number: (Specify Case Number) |
|---|---|
| Solutia INC. | 03-17949 (PCB) |

USBC SOUTHERN DISTRICT OF NY
SOLUTIA
CASE #: 03-17948 (PCB) THRU 03-17962 (PCB)
CLAIM NO. 6707

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Roger A. Reiff
135 Sunray Drive
Highland IL. 62249

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

If address differs from above, please provide the name and address where notices should be sent:
Creditor Name:
Address:
City/St/Zip:

Telephone: # 618-654-6130

This Space is for Court Use Only

Account or other number by which creditor identifies debtor: _____

Check here if ☐ replaces ☐ amends a previously filed claim, dated _____

1. Basis for Claim
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____
   
   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☒ Wages, salaries, and compensation (fill out below)
      Last four digits of SS #: 0974
      Unpaid compensation for services performed
      from _____ to _____
           (date)    (date)

2. Date debt was incurred: 06-27-77

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $_____ (Unsecured)   $_____ (Secured)   $_____ (Priority)   $ UNLIQUIDATED (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5, 6 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim $ UNLIQUIDATED
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☒ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $2,100 for deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. If the supporting documents are in excess of 100 pages, you may attach a summary of them and a list of each document you have relied upon. DO NOT SEND ORIGINAL DOCUMENTS.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 11-23-04 | Roger A. Reiff |

RECEIVED
NOV 29 2004
6707
CLAIMS PROCESSING CENTER
USBC SDN
KM 11/29/04

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.