USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEREMY DICKERSON, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

SHEILA FELDMAN, HELLEN L. NELLING, SUSAN E. BERINGTON, CHRISTOPHER N. AST, EMPLOYEE BENEFITS PLAN COMMITTEE, PENSION AND SAVINGS FUND COMMITTEE, JOHN HUNTER, ROBERT CLAUSEN, ROBERT POTTER, NORTHERN TRUST COMPANY OF CONNECTICUT, NORTHERN TRUST COMPANY, and JOHN DOES 1-10.

    Defendants.

No. 04-cv-07935 (LAP)

---

## STIPULATION AND ORDER

WHEREAS, Plaintiff has filed a class action complaint (the "Complaint") alleging violations of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. § 1001, *et seq.*, on behalf of participants and beneficiaries of the Solutia Inc. Savings and Investment Plan; and

WHEREAS, the parties consent by their undersigned counsel,

IT IS HEREBY ORDERED THAT:

1. Defendants are not obligated to respond or otherwise move against the Complaint.

2. Plaintiff will file an Amended Complaint by May 6, 2005. *[handwritten insertion: If, in Defendants' view the Amended Complaint is deficient, Defendants' counsel shall inform Plaintiff's counsel by letter no later than May 13 of the deficiencies. Plaintiff may amend the Complaint one last time or may stand on the Amended Complaint with the understanding that no further amendments will be permitted. Plaintiff shall do one or the other no later than May 20.]*

3. Defendants will file answers or motions to dismiss by June 20, 2005.

4. Plaintiff will file responses to any motions to dismiss by July 28, 2005.

5. Defendants will file replies with respect to any motions to dismiss by August 18,

2005.

6.  Requests for oral argument on any motions to dismiss may be made pursuant to the Court's Individual Practices.

Dated: April 13, 2005

/s/ Karen M. Wahle
Karen M. Wahle (KW-0716)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001

*Counsel for Defendants Feldman, Nelling, Berington, Ast, Hunter, Clausen, Potter, Employee Benefits Plan Committee, and Pension and Savings Fund Committee*

/s/ Michael Dell
Michael Dell (MD-7714)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 Third Avenue
New York, NY 10022-3852

*Counsel for Defendants Northern Trust Company and Northern Trust Company of Connecticut*

/s/ Ronen Sarraf
Ronen Sarraf (RS-7694)
SARRAF GENTILE LLP
111 John Street, 8th Floor
New York, NY 10038

Ellen M. Doyle
Richard A. Finberg
MALAKOFF DOYLE & FINBERG, P.C.
200 Frick Building
437 Grant Street
Pittsburgh, PA 15219

*Counsel for Plaintiff Dickerson*

Dated: April 25, 2005

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.