UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER REIFF,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK A. METZ, JR., SHEILA FELDMAN, HELLEN L. NELLING, SUSAN E. BEVINGTON, NANCY STEMME, CHRISTOPHER N. AST, EMPLOYEE BENEFITS PLAN COMMITTEE, PENSION AND SAVINGS FUND COMMITTEE, JOHN HUNTER, ROBERT CLAUSEN, ROBERT POTTER, MICHAEL E. MILLER, PAUL H. HATFIELD, J. PATRICK MULCAHY, SALLY G. NARODICK, PAUL DONOVAN, ROBERT H. JENKINS, WILLIAM D. RUCKELSHAUS, JOHN B. SLAUGHTER, PHILIP R. LOCHNER, JR., ROBERT T. BLAKELY, NORTHERN TRUST COMPANY, and JOHN DOES 1-100,<br><br>    Defendants. | CIVIL ACT. NO. 7:07-CV-06011-UA-MDF<br><br>**Magistrate Judge Mark D. Fox**<br><br>ORDER TO ADMIT COUNSEL<br>*PRO HAC VICE*<br><br> |

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorneys, **Karen M. Wahle and Khuong G. Phan**, are permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: *November 15, 2007*

*Loretta A. Presley*
United States District Judge

cc: *Pro Hac Vice* Attorney
    Court File

DC1 712981 1