

# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES

1625 Eye Street, NW
Washington, D.C. 20006-4001

TELEPHONE (202) 383-5300
FACSIMILE (202) 383-5414
www.omm.com

NEWPORT BEACH
NEW YORK
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO

RECEIVED
DEC 12 2007
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

December 11, 2007

OUR FILE NUMBER
812310-002

**VIA FEDERAL EXPRESS**

WRITER'S DIRECT DIAL
(202) 383-5366

Honorable Loretta A. Preska
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

WRITER'S E-MAIL ADDRESS
kwahle@omm.com

Re: **_Reiff v. Metz, et al._, Civil Act No. 07-cv-6011 (LAP)**

Dear Judge Preska:

This firm represents defendants Frank A. Metz, et al. (collectively the "Solutia Defendants") in the above referenced matter, and writes on behalf of all parties.

On September 17, 2007, the Solutia Defendants and defendant The Northern Trust Company ("Northern Trust") filed their respective motions to dismiss plaintiff's class action complaint [Dkt. ## 17, 20], to which plaintiff filed his opposition on November 15, 2007 [Dkt. #24]. Pursuant to the Court's Order dated September 10, 2007 [Dkt. #16], the Solutia Defendants and Northern Trusts' respective reply briefs are due on December 17, 2007.

On behalf of all parties in this matter, we write to inform the Court that the parties have reached a settlement of this matter in principle subject to the execution of a settlement stipulation. As such, the parties request that the Court suspend the briefing schedule with respect to the pending motions to dismiss, and specifically the deadline for the Solutia Defendants and Northern Trust's reply briefs. The

O'MELVENY & MYERS LLP

Honorable Loretta A. Preska, December 11, 2007 - Page 2

parties will file additional papers with the Court with respect to the settlement within fourteen days.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
December 12, 2007

Sincerely,

*Karen Wahle*

Karen M. Wahle
of O'MELVENY & MYERS LLP

cc: Counsel of record (by fax)