# SARRAF GENTILE LLP
ATTORNEYS AT LAW

11 Hanover Square • New York, New York 10005 • T 212.868.3610 • F 212.918.7967
www.sarrafgentile.com

February 22, 2008

**BY FACSIMILE**

The Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007
212-805-7941

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

Re: *Reiff v. Metz, et al.*, 07-cv-06011 (LAP)

Dear Judge Preska:

We are counsel to Plaintiff in the above-referenced action and write to update the Court on the parties' ongoing efforts to settle this and related appellate and bankruptcy claims.

The drafting process in connection with this settlement has been challenging given the number of parties, claims and issues involved. We have had numerous telephonic conferences with the Bankruptcy Court as well as written and oral communications with the Staff Counsel's office for the Second Circuit Court of Appeals. This process was recently complicated further by issues that have arisen concerning the exit financing required by Solutia to consummate its confirmed plan of reorganization and emerge from Chapter 11. The timing of such emergence as well as the ability to consummate its plan of reorganization and provide the distributions contemplated thereunder have now become issues that none of the parties to the potential settlement previously anticipated. In fact, Solutia has filed suit against those banks that had agreed to finance its emergence from bankruptcy and a trial regarding those matters is underway. While we remain committed to the resolution of the bankruptcy claims, we need some additional time to assess the impact of the current circumstances on the proposed settlement as a whole so as to take those circumstances properly into account in the drafting of the settlement agreement.

In light of these considerations, we request that the parties have another 21 days to draft and submit the settlement papers to Your Honor. We continue to work diligently toward a completed settlement and remain available at Your Honor's convenience for a conference call should the Court request one.

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
February 25, 2008

Respectfully,
/s/ Ronen Sarraf
Ronen Sarraf

cc: Counsel of Record (by email)