# SARRAF GENTILE LLP

ATTORNEYS AT LAW

11 Hanover Square • New York, New York 10005 • T 212.868.3610 • F 212.918.7967
www.sarrafgentile.com

March 17, 2008

**BY FACSIMILE**

The Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007
212-805-7941

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

Re: *Reiff v. Metz, et al.*, 07-cv-06011 (LAP)

Dear Judge Preska:

We are counsel to Plaintiff in the above-referenced action and write to update the Court on the parties' ongoing efforts to settle this and related appellate and bankruptcy claims.

Over the past several weeks the parties have moved closer to finalizing a settlement agreement. The financial problems that threatened Solutia's emergence from bankruptcy have been resolved, thus addressing numerous components of the settlement that were predicated on Solutia's bankruptcy emergence. Nevertheless, several issues remain for the parties to address. Accordingly, we respectfully request that the parties have another 21 days to draft and submit the settlement papers to Your Honor. We continue to work diligently toward a completed settlement and remain available at Your Honor's convenience for a status conference should the Court request one.

Respectfully,

Ronen Sarraf

cc: Counsel of Record (by email)

*Handwritten order:* Counsel shall confer and report to the Court by letter no later than April 15, 2008 as to the status of the matter. So Ordered. Loretta A. Preska, USDJ

March 19, 2008