# SARRAF GENTILE LLP
ATTORNEYS AT LAW

11 Hanover Square • New York, New York 10005 • T 212.868.3610 • F 212.918.7967
www.sarrafgentile.com

May 6, 2008

**BY FACSIMILE**

The Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007
212-805-7941

[stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 5/7/08]

Re:   *Reiff v. Metz, et al.*, 07-cv-06011 (LAP)

Dear Judge Preska:

We are counsel to Plaintiff in the above-referenced action. We write to inform the Court that the parties have nearly finalized a settlement agreement and respectfully request ten days to complete the drafting process and present the Court with an executed copy of the settlement and exhibits.

We appreciate the Court's patience in allowing the parties the time necessary to fully document the settlement and look forward to presenting a fully executed agreement. We remain available at Your Honor's convenience for a status conference should the Court request one.

So ordered
*Loretta A. Preska*
USDJ
May 7, 2008

Respectfully,

*Ronen Sarraf*
Ronen Sarraf

cc:   Counsel of Record (by email)