```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROGER REIFF,

             Plaintiff,

vs.

FRANK A. METZ, JR., *et al.*,

             Defendants.

Case No.: 1:07-cv-06011 (LAP)

ECF Case

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

      Upon the motion of Colin M. Adams attorney for Solutia Inc. and said sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

    Applicants Name: Jeffrey J. Zeiger

    Firm Name: Kirkland & Ellis LLP

    Address: 200 East Randolph Drive

    City / State / Zip: Chicago, Illinois 60601

    Telephone / Fax: 312.861.2000 / 312.861.2200

    Email Address: jzeiger@kirkland.com

is admitted to practice *pro hac vice* as counsel for Solutia Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: May 22, 2008
New York, New York

_____
United States District Judge