Colin M. Adams (CA 2913)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER REIFF,<br><br>      Plaintiff,<br><br>vs.<br><br>FRANK A. METZ, JR., *et al.*,<br><br>      Defendants. | Case No.: 1:07-cv-06011 (LAP)<br><br>ECF Case<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Colin M. Adams, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Name: Jeffrey J. Zeiger
    Firm: Kirkland & Ellis LLP
    Address: 200 East Randolph Drive
    City/State: Chicago, Illinois 60601
    Phone Number: 312.861.2000
    Fax Number: 312.861.2200

Jeffrey J. Zeiger is a member in good standing of the Bar of the States of Illinois. There are no pending disciplinary proceedings against Jeffrey J. Zeiger in any State or Federal court.

-2-

Dated: May 22, 2008
    New York, New York

                                            /s/
                               Colin M. Adams (CA 2913)

                               KIRKLAND & ELLIS LLP
                               Citigroup Center
                               153 East 53rd Street
                               New York, New York  10022-4611
                               Telephone:   (212) 446-4800
                               Facsimile:    (212) 446-4900

                               *Attorney for Solutia Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER REIFF,

                Plaintiff,

vs.

FRANK A. METZ, JR., *et al.*,

                Defendants.

Case No.: 1:07-cv-06011 (LAP)

ECF Case

**AFFIDAVIT OF COLIN M. ADAMS IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE***

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

COLIN M. ADAMS, being duly sworn, hereby deposes and says as follows:

1. I am a partner with Kirkland & Ellis LLP, counsel for Solutia Inc. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Solutia Inc.'s motion to admit Jeffrey J. Zeiger as counsel *pro hac vice* to represent Solutia in connection with settlement of this matter.

2. I am a member in good standing of the bar of the New York, and was admitted to practice law on February 1, 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jeffrey J. Zeiger, counsel for Solutia Inc.

4. Applicant is a partner at Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601.

5. I have found Jeffrey J. Zeiger to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jeffrey J. Zeiger, *pro hac vice*.

7. In support of this motion, I submit a Certificate of Good Standing of Jeffrey J. Zeiger, which is attached hereto as Exhibit A.

8. I respectfully submit a proposed order gaining the admission of Jeffrey J. Zeiger, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Jeffrey J. Zeiger, *pro hac vice*, to represent Solutia Inc. in the above captioned matter, be granted.

Dated: May 22, 2008
       New York, New York

Respectfully submitted,

_____
Colin M. Adams

Sworn to before me
this 22nd day of May, 2008

_____
Notary Public

JOSEPH J. CALI
Notary Public, State of New York
No. 01CA5015323
Qualified in New York County
Commission Expires July 19, 20__

## CERTIFICATE OF SERVICE

I, Joseph J. Cali, certify that on May 22, 2008, I served a true and correct copy of the annexed Notice of Motion to Admit Counsel and the Affidavit of Colin M. Adams in Support of Motion to Admit *Pro Hac Vice,* with exhibits A and B attached thereto, via overnight delivery service upon:

**Ellen M. Doyle**
Stember Feinstein Doyle & Payne LLC
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
(412) 281-8400
Fax: (412) 232-3730
Email: edoyle@stemberfeinstein.com

**Ronen Sarraf**
Sarraf Gentile, LLP
11 Hanover Square
New York, NY 10005
(212) 868-3610
Fax: (212) 918-7967
Email: ronen@sarrafgentile.com

**Khuong G. Phan**
O'Melveny & Myers LLP
1625 Eye Street, North West
Washington, DC 20006

**Karen Mary Wahle**
O'Melveny & Myers LLP(Washington DC)
1625 Eye Street, NW
Washington, DC 20006
202-383-5366
Fax: 202-383-5313
Email: kwahle@omm.com

**Karen M. Wahle**
O'Melveny & Myers, L.L.P.
1625 Eye Street, North West
New York, NY 20006-4001
(202) 383-5300

**Robert M. Stern**
O'Melveny & Myers LLP(Washington DC)
1625 Eye Street, NW
Washington, DC 20006
(202)383-5328
Fax: (202)-383-5396
Email: rstern@omm.com

**Brendan M. Schulman**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(2120 474-1000
Fax: (212) 715-8220
Email: bschulman@kramerlevin.com

**Michael John Dell**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
212-715-9129
Fax: 212-715-8000
Email: mdell@kramerlevin.com

_____
Joseph J. Cali

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Jeffrey J. Zeiger
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Chicago
Wednesday, May 21, 2008

In re: Jeffrey John Zeiger
Admitted: 11/8/2001
Attorney No. 6276222

To Whom It May Concern:

  The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

                Very truly yours,
                Jerome Larkin
                Administrator

                By _____
                Darryl R. Evans
                Deputy Registrar

DRE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER REIFF,<br><br>                       Plaintiff,<br><br>vs.<br><br>FRANK A. METZ, JR., *et al.*,<br><br>                       Defendants. | Case No.: 1:07-cv-06011 (LAP)<br><br>ECF Case<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

      Upon the motion of Colin M. Adams attorney for Solutia Inc. and said sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

      Applicants Name: Jeffrey J. Zeiger

      Firm Name: Kirkland & Ellis LLP

      Address: 200 East Randolph Drive

      City / State / Zip: Chicago, Illinois  60601

      Telephone / Fax: 312.861.2000 / 312.861.2200

      Email Address: jzeiger@kirkland.com

      is admitted to practice *pro hac vice* as counsel for Solutia Inc. in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____ _____, 2008
      New York, New York

                                                            _____
                                                             United States District Judge

Case 1:07-cv-06011-LAP   Document 32   Filed 05/22/2008   Page 9 of 9