# SARRAF GENTILE LLP
### ATTORNEYS AT LAW

11 Hanover Square • New York, New York 10005 • T 212.868.3610 • F 212.918.7967
www.sarrafgentile.com

June 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

**BY FACSIMILE**

The Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007
212-805-7941

    Re:    *Reiff v. Metz, et al.*, 07-cv-06011 (LAP)
              *Dickerson v. Feldman, et al.*, 04-cv-07935 (LAP)
              *In re Solutia Inc., et al.*, 03-17949 (PCB)

Dear Judge Preska:

    We are counsel to Plaintiffs in the above-referenced actions and write to seek clarification of the Court's Order, dated May 28, 2008 (the "Preliminary Approval Order), preliminarily approving the class action settlement.

    We are aware of the Court's handwritten modifications of the Preliminary Approval Order and, in particular, to the form of the Notice and Summary Notice. We are not certain, however, whether the Court intended to require the publication of the Summary Notice pursuant to Section 3.2 of the parties' Global Settlement Agreement, since it is not expressly set forth in the Preliminary Approval Order. Indeed, some parties have assumed that publication of the Summary Notice is not required. In order to make sure that we satisfy the Court's requirements as to the proper notice campaign, please let us know whether the Court requires the publication of the Summary Notice and, if so, when and where such publication should take place.

*[Handwritten: It was not the Court's intention to require publication of the Summary Notice.]*

Respectfully,

Ronen Sarraf

cc:    Counsel of Record (by email)

SO ORDERED

*[Signed]* Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*[Handwritten: June 29, 2008]*