UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――― x
ROGER REIFF, individually and on
behalf of all others similarly situated,

                      Plaintiff,

        07 Civ. 6011 (LAP)

   -- against –


HELEN L. NELLING, SUSAN E. BEVINGTON,
NANCY STEMME, CHRISTOPHER N. AST,
EMPLOYEE BENEFITS PLAN COMMITTEE,
PENSION AND SAVINGS FUND COMMITTEE,
JOHN HUNTER, ROBERT CLAUSEN, ROBERT
POTTER, MICHAEL E. MILLER, PAUL H.
HATFIELD, J. PATRICK MULCAHY, SALLY G.
NARODICK, PAUL DONOVAN, ROBERT H.
JENKINS, WILLIAM D. RUCKELSHAUS, JOHN
B. SLAUGHTER, PHILIP R. LOCHNER, JR.,
ROBERT T. BLAKELY,  NORTHERN TRUST
COMPANY, and JOHN DOES 1-100,

                      Defendants.
―――――――――――――――――――――――――――― x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled action as counsel for Bank of America, National Association, acting through U.S. Trust, Bank of America Private Wealth Management as independent fiduciary of the Solutia Inc. Savings and Investment Plan sponsored by Solutia, Inc., and demands that copies of all papers hereafter served in this action be served affecting the upon the undersigned at the office and address stated below.

Dated: New York, New York
       August 27, 2008

KING & SPALDING LLP

By: _____
Richard A. Cirillo (RC 7472)
1185 Avenue of the Americas
Suite 3400
New York, NY 10036
Telephone: 212/556-2100
Facsimile: 212/556-2222

*Attorneys for Bank of America, National Association, acting through U.S. Trust, Bank of America Private Wealth Management as independent fiduciary of the Solutia Inc. Savings and Investment Plan sponsored by Solutia, Inc.*

Of Counsel:

Mike Stenglein, Esq.
Brad Thompson, Esq.
KING & SPALDING LLP
Littlefield Center
106 E. Sixth Street, Suite 900
Austin, TX 78701
Phone: (512) 457-2003