## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 27, 2008, I caused to be served, by first class mail and facsimile, copies of the attached upon the attorneys designated below:

Ronen Sarraf, Esq.
Sarraf Gentile LLP
11 Hanover Square- 2nd Floor
New York, New York 10005
Facsimile no. 212-918-7967
*Attorneys for Class Counsel*

Ellen M. Doyle. Esq.
Stember Feinstein Doyle & Payne LLC
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219-1639
Facsimile no. 412-232-3730
*Attorneys for Class Counsel*

Colin M. Adams, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
Facsimile no. 212-446-4900
*Attorneys for the Solutia Defendants*

Karen M. Wahle, Esq.
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Facsimile no. 202-383-5414
*Attorneys for the Solutia Defendants*

Michael Dell, Esq.
Kramer Levin Naftalis& Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Facsimile no. 212-715-8000
*Attorneys for the Solutia Defendants*

Dated: August 27, 2008

_____
Richard A. Cirillo