UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
JEREMY DICKERSON,                      :
                                       :
               Plaintiff,              :    Case No. 04-CV-07935 (LAP)
                                       :
v.                                     :
                                       :
SHEILA FELDMAN, et al.                 :
                                       :
               Defendants.             :
-----------------------------------------------------------x

-----------------------------------------------------------x
ROGER REIFF,                           :
                                       :
               Plaintiff,              :    Case No. 07-CV-06011 (LAP)
                                       :
v.                                     :
                                       :
FRANK A. METZ, JR., et al.             :
                                       :
               Defendants.             :
-----------------------------------------------------------x
```

**NOTICE OF MOTION AND MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that upon the annexed memorandum of law and Joint Declaration of Class Counsel, Plaintiffs hereby move for final approval of this class action settlement.  A proposed final judgment and order is submitted herewith.

2

Dated: September 3, 2008                    Respectfully submitted,

**SARRAF GENTILE LLP**

 /s/ Ronen Sarraf
Ronen Sarraf
Joseph Gentile
11 Hanover Square
New York, NY 10005
(212) 868-3610

**STEMBER FEINSTEIN DOYLE**
 **& PAYNE, LLC**
Ellen M. Doyle
Joel R. Hurt
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219-1639
(412) 281-8400


**Counsel for Plaintiffs**