UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JEREMY DICKERSON,                          :
                                           :
        Plaintiff,                :   Case No. 04-CV-07935 (LAP)
                                           :
v.                                         :
                                           :
SHEILA FELDMAN, et al.                     :
                                           :
        Defendants.               :
------------------------------------------------------------x

------------------------------------------------------------x
ROGER REIFF,                               :
                                           :
        Plaintiff,                :   Case No. 07-CV-06011 (LAP)
                                           :
v.                                         :
                                           :
FRANK A. METZ, JR., et al.                 :
                                           :
        Defendants.               :
------------------------------------------------------------x

**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND CASE CONTRIBUTION AWARDS**

      PLEASE TAKE NOTICE THAT upon the annexed memorandum of law and Joint Declaration of Class Counsel, Plaintiffs hereby move for an award of attorneys' fees, reimbursement of expenses and the payment of case contribution awards in connection with the final approval of this class action settlement.

Dated: September 3, 2008                                Respectfully submitted,

                                                          **SARRAF GENTILE LLP**

                                                          /s/ Ronen Sarraf
Ronen Sarraf
Joseph Gentile
11 Hanover Square
New York, NY 10005
(212) 868-3610

**STEMBER FEINSTEIN DOYLE
 & PAYNE, LLC**
Ellen M. Doyle
Joel R. Hurt
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219-1639
(412) 281-8400

**Counsel for Plaintiffs**