# JOINT DECLARATION OF CLASS COUNSEL

# EXHIBIT C

**STEMBER FEINSTEIN DOYLE & PAYNE, LLC**
429 Forbes Avenue
Allegheny Building, 17th Floor
Pittsburgh, PA 15219

**SUMMARY OF SOLUTIA TIME**
**REPORTING PERIOD: June 13, 2007 through July 29, 2008**

|  | Fact Research | Legal Research | Pleadings | Discovery | Settlement | Total Hours |
|---|---|---|---|---|---|---|
| 2007 | | | | | | |
| June | - | 7.50 | 9.20 | - | | 16.70 |
| July | 2.60 | 11.50 | 23.75 | - | | 37.85 |
| August | 0.30 | 1.20 | 0.50 | - | 6.40 | 8.40 |
| September | 2.70 | - | 7.30 | - | 16.10 | 26.10 |
| October | 7.20 | 5.80 | 34.95 | - | 30.95 | 78.90 |
| November | 7.40 | 0.50 | 67.25 | - | 50.40 | 125.55 |
| December | 1.80 | - | - | - | 20.00 | 21.80 |
| | | | | | | - |
| 2008 | | | | | | - |
| January | - | - | - | - | 16.20 | 16.20 |
| February | 1.10 | 3.50 | - | - | 40.05 | 44.65 |
| March | - | - | - | - | 23.70 | 23.70 |
| April | - | - | - | - | 14.40 | 14.40 |
| May | 0.90 | - | - | - | 9.85 | 10.75 |
| June | - | - | - | - | 0.60 | 0.60 |
| July | 0.25 | - | - | - | 1.55 | 1.80 |
| **Total Time** | **24.25** | **30.00** | **142.95** | **-** | **230.20** | **427.40** |

EXHIBIT C

Re: Solutia Litigation                         FEES SUMMARY                                  08/06/2008
                                 STEMBER FEINSTEIN DOYLE and PAYNE, LLC

| Bill Date | Staff | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 08/01/07 | EMD | 0.50 | $475.00 | $237.50 | Quick review of Graden v. Conexant decision and agree to send to Second Circuit |
| 08/02/07 | EMD | 0.50 | $475.00 | $237.50 | Letter to Second Circuit re: Conexant Systems case |
| 08/14/07 | EMD | 0.40 | $475.00 | $190.00 | Preparation for and attendance at TC with Ps' counsel re: what is status of settlement issues and issues going forward in the bankruptcy case |
| 08/20/07 | EMD | 1.00 | $475.00 | $475.00 | TC with Etkin and Sarraf and Gentile about settlement status/ Defs' new offer and developing a new demand/ TC with Sarraf Gentile afterwards/ E-mail to MDF to advise of status, providing 9019 information to Wahle |
| 08/21/07 | EMD | 0.30 | $475.00 | $142.50 | E-mails re responding to Wahle concerning the treatment of Stemme, also conf. with T. Schaeffer re: how to deal with this case administratively |
| 08/31/07 | EMD | 5.00 | $475.00 | $2,375.00 | Received counteroffer / Communicated with Joe Gentile / Analyzed docket of the Bankruptcy court and how to approach winning her approval of a settlement based on the current record before her |
| 09/03/07 | EMD | 3.20 | $475.00 | $1,520.00 | Reading important bankruptcy documents to reflect upon a proper settlement level and reasons |
| 09/04/07 | EMD | 5.20 | $475.00 | $2,470.00 | Analyzing facts available from bankruptcy document that support settlement before Judge Beatty |
| 09/12/07 | EMD | 2.10 | $475.00 | $997.50 | Work on memorandum re: reasons to approve settlement |
| 09/12/07 | EMD | 0.40 | $475.00 | $190.00 | Received latest offer from Ira / Reviewed offer / TC with Joe Gentile about how to respond |
| 09/13/07 | EMD | 0.60 | $475.00 | $285.00 | File management |
| 09/14/07 | EMD | 1.10 | $475.00 | $522.50 | E-mail from Finberg about procedures for settlement in bankruptcy case / TC with Stember, Finberg, Gentile, Etkin about a counter-proposal, other issues re: the structure of the settlement, etc. |
| 09/18/07 | EMD | 0.20 | $475.00 | $95.00 | Started reading and analyzing Northern Trust's submissions |
| 09/19/07 | EMD | 0.50 | $475.00 | $237.50 | Reading new motions to dismiss and attachments |
| 09/20/07 | EMD | 3.60 | $475.00 | $1,710.00 | Worked through the Defs' motions for summary judgment and attachments to determine what we had already briefed, what was new, and what needed to be updated / TC with Sarraf and P. Ewing to discuss strategy re: briefing and settling the whole matter |
| 09/21/07 | EMD | 2.10 | $475.00 | $997.50 | Reading and analyzing new filings in bankruptcy for any information that would be useful in settling this case |
| 09/24/07 | EMD | 1.10 | $475.00 | $522.50 | TC with Etkin, Sarraf and Gentile about the settlement status / Preparation for potential settlement and what to do about pending motions to dismiss / Work on what papers should look like and include |
| 09/25/07 | EMD | 0.30 | $475.00 | $142.50 | Review and memo to Sarraf about issues related to draft MOU |

Page: 1

EXHIBIT C

Re: Solutia Litigation                    FEES SUMMARY                                     08/06/2008
                                   STEMBER FEINSTEIN DOYLE and PAYNE, LLC

| Bill Date | Staff | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 09/26/07 | EMD | 0.90 | $ 475.00 | $ 427.50 | Comments to Sarraf about draft MOU / TC with Etkin, Levin, et al re: the progress of the settlement discussions and how to proceed in negotiations and procedures |
| 09/28/07 | EMD | 0.40 | $ 475.00 | $ 190.00 | TC with Etkin / Communications with Sarraf /Gentile re: how to get the matter settled and what happens next |
| 10/01/07 | EMD | 1.20 | $ 475.00 | $ 570.00 | TC with Etkin / TC with Wahle / Memo to team re: settlement issues re: how to proceed, what insurance policy does and does not allow, etc. |
| 10/03/07 | EMD | 0.30 | $ 475.00 | $ 142.50 | TC with Gentile re: how to proceed and thinking about same re: settlement and TC with defendants tomorrow |
| 10/04/07 | EMD | 2.25 | $ 475.00 | $ 1,068.75 | Preparation for settlement discussions reviewing the prior negotiations, the issues raised by Wahle / TC with Sarraf Gentile and J. Hurt and J. Stember to discuss approach to settlement conf. / Settlement phone conf. with Solutia's in-house counsel, bankruptcy counsel, Wahle and partner for district court defendants, Etkin, Sarraf/Gentile, J. Hurt and J. Stember to discuss status of negotiations, issues and concerns, what can be done in bankruptcy proceedings, what can be done with regards to carrier, what has to be done to protect the plan, etc. / conf. call afterwards to discuss with Sarraf and Gentile the issues presented |
| 10/08/07 | EMD | 0.40 | $ 475.00 | $ 190.00 | TC with Joe Gentile about what Karen Wahle's issues are and whether and how to address |
| 10/09/07 | EMD | 1.10 | $ 475.00 | $ 522.50 | C with Debtor's counsel -- Adams and Fritschberg -- plus Wahle and OMM lawyers, plus Etkin and Sarraf Gentile to discuss where we are on possibility of settlement, their communications with Chubb, Etkin's further explanation of form of proceeding, other issues such as Rule 23, whether fairness hearing could be done before Judge Beatty, Chubb's need for damages analysis, our need for documents to perform damages analysis, and other matters / TC afterwards with Sarraf Gentile to discuss how to proceed |
| 10/09/07 | EMD | 0.60 | $ 475.00 | $ 285.00 | E-mail to Wahle / Return TC from Wahle / Discussion of form of settlement and her issues and concerns re: individual defendants / E-mail to P's team about the TC with Wahle |
| 10/09/07 | EMD | 0.60 | $ 475.00 | $ 285.00 | TC with Etkin and Sarraf Gentile to discuss how to proceed towards at least settlement in Chapter 11 proceeding and approach to phone call in afternoon with debtor's counsel and Wahle |
| 10/10/07 | EMD | 0.40 | $ 475.00 | $ 190.00 | TC with Gentile re: how to approach individual defendants and start on letter to Wahle re: same |

Page: 2

EXHIBIT C

Re: Solutia Litigation                                    FEES SUMMARY                                    08/06/2008
STEMBER FEINSTEIN DOYLE and PAYNE, LLC

| Bill Date | Staff | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 10/11/07 | EMD | 3.10 | $ 475.00 | $ 1,472.50 | Development of draft settlement demand letter for Wahle |
| 10/12/07 | EMD | 2.70 | $ 475.00 | $ 1,282.50 | More work on the Wahle draft letter-- including incorporating Joel's thoughts, adding in more information on the losses and on the source of information / conf. with J. Hurt about issues / TC with Sarraf Gentile about issues / E-mail to Etkin for approval / E-mail to Finberg re: status of negotiations |
| 10/15/07 | EMD | 1.40 | $ 475.00 | $ 665.00 | Draft of letter to Wahle re: settlement, including incorporating new info from Disclosure Statement, and communications with co-counsel about same |
| 10/15/07 | EMD | 3.40 | $ 475.00 | $ 1,615.00 | Read Disclosure statement and informed co-counsel of problems with changes made re: Dickerson/Reiff claim |
| 10/16/07 | EMD | 0.60 | $ 475.00 | $ 285.00 | Corrections and revisions to letter to Wahle formulating demand |
| 10/16/07 | EMD | 3.20 | $ 475.00 | $ 1,520.00 | Read and analyzed full text of new Plan of Reorganization / E-mail memo to team about concerns re: how claims and insurance are to be treated |
| 10/17/07 | EMD | 0.50 | $ 475.00 | $ 237.50 | Arrangements to go to NYC |
| 10/17/07 | EMD | 1.10 | $ 475.00 | $ 522.50 | Work on response to Solutia defendants' motion to dismiss-- factual assertions in Wahle brief-- and checking certain assertions re: the SPDs and Plan documents |
| 10/17/07 | EMD | 3.70 | $ 475.00 | $ 1,757.50 | TC with R. Sarraf and Mickey / E-mails to team re: status of the disclosure statement issues and objections plus re-reading and checking against the new blacklined version of the Disclosure Statement |
| 10/18/07 | EMD | 1.70 | $ 475.00 | $ 807.50 | Reading more carefully the black-lined version of disclosure statement / Communications re: what to do re: disclosure statement vs. confirmation |
| 10/19/07 | EMD | 8.00 | $ 475.00 | $ 3,800.00 | Travel to NYC for bankruptcy hearing / Meeting with Levee / Short conf. with Debtor's counsel / Travel back to Pittsburgh |
| 10/22/07 | EMD | 4.10 | $ 475.00 | $ 1,947.50 | Communications with the team, including by e-mail and TCs / TCs with Etkin / TC with K. Wahle, strategizing about where to move in response to Debtors' conversation with Etkin about settlement |
| 10/23/07 | EMD | 4.90 | $ 475.00 | $ 2,327.50 | Organizing the briefing of the motion to dismiss-- including ideas for new topics to cover, drafting new improved statement of the facts alleged and of facts gleaned from document exhibits |
| 10/24/07 | EMD | 5.20 | $ 475.00 | $ 2,470.00 | Work on fact section of the brief, on Dickerson section of the brief, then research on tolling issues |
| 10/25/07 | EMD | 1.10 | $ 475.00 | $ 522.50 | Quick review of the draft brief in opposition to motion to dismiss / conf. with P. Ewing re statute of limitations issues and questions and e-mails about same |

Page: 3

EXHIBIT C

Re: Solutia Litigation                     FEES SUMMARY                               08/06/2008
                              STEMBER FEINSTEIN DOYLE and PAYNE, LLC

| Bill Date | Staff | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 10/29/07 | EMD | 1.10 | $475.00 | $522.50 | Rest up and attended TC with Etkin et al re: status of negotiations and where to go next, later in day e-mails about other work to be done re: objections, classification, strategies in Chapter 11 proceedings |
| 10/30/07 | EMD | 0.60 | $475.00 | $285.00 | File organization and review tasks |
| 11/01/07 | EMD | 2.90 | $475.00 | $1,377.50 | Updating research and editing brief in opposition to motion to dismiss |
| 11/02/07 | EMD | 2.50 | $475.00 | $1,187.50 | More edits to the brief, read and analyzed statute of limitations section drafted by P. Ewing / conf. with P. Ewing, J. Hurt and R. Sarraf on statute of limitations and other issues among the group re: brief and work assignments |
| 11/06/07 | EMD | 1.80 | $475.00 | $855.00 | TC with Mickey about technical questions raised by Debtors counsel re: settlement speed and procedures, and whether we could work with those, work assignments and work to consider how to proceed quickly if matter settles, including review of draft from Ronen, communicating with MDF and Finberg, and dealing with a Finberg inquiry to Etkin |
| 11/07/07 | EMD | 0.40 | $475.00 | $190.00 | Monitoring docket on bankruptcy |
| 11/07/07 | EMD | 0.50 | $475.00 | $237.50 | Quick review and edit of J. Hurt's draft of the opposition to motion to dismiss |
| 11/08/07 | EMD | 0.20 | $475.00 | $95.00 | Work and issues re: opposition to motion to dismiss |
| 11/08/07 | EMD | 0.50 | $475.00 | $237.50 | Monitoring the docket filings |
| 11/08/07 | EMD | 1.10 | $475.00 | $522.50 | Work on edits and comments to Sarraf draft, including memo to team |
| 11/09/07 | EMD | 0.80 | $475.00 | $380.00 | Monitoring docket and new filings, comments and suggestions and responding to inquiries re: proposed settlement |
| 11/12/07 | EMD | 2.90 | $475.00 | $1,377.50 | Work on Dickerson brief re: statute of limitations including mark-up of P. Ewing's draft / Research and analysis of cases cited by Defs or in our drafts that needed to be distinguished more, also inclusion of more case law re: generally six year rather than three year limitation period / conf.s with J. Hurt re: approach to argument |
| 11/13/07 | EMD | 0.60 | $475.00 | $285.00 | Review and comments on Statute of Limitations section latest draft for opposition brief / conf. with J. Hurt re: how to handle issues related to Dickerson / Communications with all counsel re: how to handle the possibility of amendment to add company |
| 11/13/07 | EMD | 2.40 | $475.00 | $1,140.00 | Communications with and re: settlement, including TCs with Levee, TC with Etkin, communication to team about what Etkin learned from Adams, analysis of POR indemnification provision in response to inquiry from Finberg, discussion of status of negotiations with J. Stember |

Page: 4

EXHIBIT C

Re: Solutia Litigation	FEES SUMMARY	08/06/2008
STEMBER FEINSTEIN DOYLE and PAYNE, LLC

| Bill Date | Staff | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 11/14/07 | EMD | 1.90 | $ 475.00 | $ 902.50 | TCs and communications about settlement issues, concerns and how to promote |
| 11/16/07 | EMD | 0.70 | $ 475.00 | $ 332.50 | Comments about the levee draft of the protective objection / Communications among team re issues raised |
| 11/19/07 | EMD | 0.60 | $ 475.00 | $ 285.00 | Docket monitoring, keeping track of all the new filings |
| 11/19/07 | EMD | 1.60 | $ 475.00 | $ 760.00 | E-mails and communications among plaintiffs' team / TC with Etkin and team to discuss status of settlement discussions and how to proceed, communications about proposed draft objection and what should and should not be in it. |
| 11/20/07 | EMD | 0.60 | $ 475.00 | $ 285.00 | Docket monitoring - checking all new filings for relevancy related to this claim, also reading new supplemental POR docs |
| 11/20/07 | EMD | 2.10 | $ 475.00 | $ 997.50 | Communications with Etkin re settlement discussions and issues / TC with Wahle re settlement discussions with Chubb / TC with Gentile about how to respond |
| 11/21/07 | EMD | 1.20 | $ 475.00 | $ 570.00 | Monitoring the many filings for relevancy, comments on the Dickerson/Reiff protective objection |
| 11/21/07 | EMD | 4.10 | $ 475.00 | $ 1,947.50 | This is work for settlement of Reiff and Dickerson on appeal -- efforts to settle, including TCs with Wahle, Gentile, Etkin / conf. with J. Stember / Preparation for settlement meeting in D.C. on Nov. 26 |
| 11/26/07 | EMD | 13.00 | $ 475.00 | $ 6,175.00 | Travel to D.C. / Meet with Joe Gentile, then meet with Wahle and Hogan and Hartson to discuss settlement / Meeting afterwards with Gentile / TCs to Etkin / (extended period) to fly back from D.C. to Pittsburgh because of travel hassles |
| 11/27/07 | EMD | 0.60 | $ 475.00 | $ 285.00 | Analyzed La Rue motion decision / Draft letter to Second Circuit |
| 11/27/07 | EMD | 1.20 | $ 475.00 | $ 570.00 | Trying to monitor the filings for relevancy |
| 11/27/07 | EMD | 1.70 | $ 475.00 | $ 807.50 | Settlement issues and communications with Etkin, Sarraf Gentile, including terms for review with the court |
| 11/27/07 | EMD | 1.50 | $ 475.00 | $ 712.50 | Settlement strategy discussions with J. Stember, J. Hurt and Gentile and Sarraf / TCs with Wahle and e-mail exchanges |
| 11/28/07 | EMD | 1.50 | $ 475.00 | $ 712.50 | Monitoring of all the newly filed documents related to our case and issues |
| 11/28/07 | EMD | 3.10 | $ 475.00 | $ 1,472.50 | Working on proposals and counter-proposals to Wahle for settlement of Dickerson/Reiff |
| 11/28/07 | EMD | 4.90 | $ 475.00 | $ 2,327.50 | Work on specifics of settlement including responding to drafts for presentation to Judge Beatty and travel to NYC for bankruptcy hearing on confirmation where proposed settlement of claim is to be made |
| 11/29/07 | EMD | 0.60 | $ 475.00 | $ 285.00 | Attempt to settle with Wahle / conf.s with Sarraf Gentile re same |

Page: 5

EXHIBIT C

Re: Solutia Litigation

FEES SUMMARY
STEMBER FEINSTEIN DOYLE and PAYNE, LLC

08/06/2008

| Bill Date | Staff | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 11/29/07 | EMD | 8.60 | $ 475.00 | $ 4,085.00 | Travel to NYC for confirmation hearing / Met with Sarraf Gentile and Mickey Etkin / Review of documents provided by debtors' counsel / Meeting afterwards with Sarraf Gentile to discuss work to be done and assignments / Travel back to Pittsburgh |
| 11/30/07 | EMD | 0.90 | $ 475.00 | $ 427.50 | TC with J. Hurt re status of the settlement / TC with Gentile re: how to approach settlement issue / conf. with J. Stember re how to settle |
| 11/30/07 | EMD | 0.40 | $ 475.00 | $ 190.00 | Monitoring docket |
| 12/03/07 | EMD | 0.40 | $ 475.00 | $ 190.00 | Read and analyzed the letter Wahle sent to court |
| 12/03/07 | EMD | 0.40 | $ 475.00 | $ 190.00 | Monitoring docket |
| 12/03/07 | EMD | 0.60 | $ 475.00 | $ 285.00 | Settlement related communications |
| 12/04/07 | EMD | 1.70 | $ 475.00 | $ 807.50 | Decision to try again to settle Dickerson Reiff claims- - TCs with Sarraf Gentile, Wahle, Malakoff to discuss terms and conditions, negotiations with Wahle |
| 12/04/07 | EMD | 1.30 | $ 475.00 | $ 617.50 | Issues related to the bankruptcy proceeding, the terms of the draft settlement, timing, and other practices and procedures |
| 12/05/07 | EMD | 0.90 | $ 475.00 | $ 427.50 | File management and controls, checking docket, supervising filing |
| 12/06/07 | EMD | 0.30 | $ 475.00 | $ 142.50 | Msg from Wahle re settling, communications with team about same |
| 12/07/07 | EMD | 1.40 | $ 475.00 | $ 665.00 | Settlement issues, including e-mails with team / TC with Wahle / TCs and e-mails to keep everyone updated |
| 12/10/07 | EMD | 2.30 | $ 475.00 | $ 1,092.50 | TCs with Wahle, Etkin, Sarraf Gentile / E-mails among group / TC to Second Circuit / Draft letter to Second Circuit re potential settlement, informing courts, finalizing papers, schedules, etc. |
| 12/11/07 | EMD | 2.80 | $ 475.00 | $ 1,330.00 | Work on settlement papers including TC with Solutia, Dickerson's counsel, Northern Trust's counsel, Etkin and Plaintiffs' counsel, communications with all re the settlement papers, timing and form of settlement, etc. |
| 12/12/07 | EMD | 0.60 | $ 475.00 | $ 285.00 | Monitoring filings, e-mails with team and Mickey Etkin about status of settlement papers and issues |
| 12/14/07 | EMD | 0.60 | $ 475.00 | $ 285.00 | Work on comments and critique of settlement papers, issues re: how to proceed |
| 12/17/07 | EMD | 0.60 | $ 475.00 | $ 285.00 | TCs and e-mails with team re: Judge Beatty chambers TC plus monitoring docket |
| 12/18/07 | EMD | 0.70 | $ 475.00 | $ 332.50 | TC about Beatty's desire to have district court approve settlement / TC with Sarraf and Etkin / conf. with J. Hurt re same / TC with Wahle about issue of DOL no-action letter, question of how to address |
| 12/23/07 | EMD | 0.20 | $ 475.00 | $ 95.00 | Update to lawyers of changes in settlement perspective and work to be done and when |

EXHIBIT C

Re: Solutia Litigation                     FEES SUMMARY                          08/06/2008
                              STEMBER FEINSTEIN DOYLE and PAYNE, LLC

| Bill Date | Staff | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 12/26/07 | EMD | 1.40 | $ 475.00 | $ 665.00 | Review of the settlement drafts prepared by Ronen / Wuestions and issues for him / Supervising sending drafts out to Defendants |
| 01/18/08 | EMD | 0.90 | $ 475.00 | $ 427.50 | Began particularized review of the settlement draft from Ds' |
| 01/19/08 | EMD | 1.30 | $ 475.00 | $ 617.50 | Read carefully Defs' draft of settlement agreement and related papers / Memo to team re issues and concerns relating to changes |
| 01/22/08 | EMD | 1.40 | $ 475.00 | $ 665.00 | Worked through comments by J. Hurt, R. Sarraf and E. Doyle on draft settlement papers from Defs / Communications about how to describe issues and concerns |
| 01/23/08 | EMD | 0.60 | $ 475.00 | $ 285.00 | Settlement disputes and issues-- communications with Sarraf about Wahle's concerns and our issues related to same |
| 01/24/08 | EMD | 0.70 | $ 475.00 | $ 332.50 | Communications with defense counsel / TC with Wahle and Sarraf re issues to be resolved for purposes of settlement / TC afterwards with Sarraf, attempt to reach DOL's Milgrim |
| 01/31/08 | EMD | 1.80 | $ 475.00 | $ 855.00 | Read latest version of settlement agreement and noted issues, tic with Solutia's counsel, Wahle, Etkin, Sarraf and Hurt to discuss remaining issues re: draft settlement papers, communications afterwards among pHs' counsel to address issues raised during conf. including Dickerson's treatment, and multiple distributions problem |
| 02/01/08 | EMD | 0.60 | $ 475.00 | $ 285.00 | Comments on drafts and communications with Defs / TC with Milgrim |
| 02/04/08 | EMD | 0.40 | $ 475.00 | $ 190.00 | Update on status of settlement -- with J. Hurt, then e-mails with Wahle re communications with DOL |
| 02/07/08 | EMD | 5.20 | $ 475.00 | $ 2,470.00 | Work on settlement issues, including TC with Wahle about Solutia's financial condition and exit financing problems / TC with Sarraf about same / TC with Colin and Albie to discuss exit financing issues as well as how to deal with Dickerson appeal issue / TC with Ps' team including Etkin to discuss bankruptcy issues / TC with Wahle and DOL about no action letter, and drafting memo of proposed edits to proposed settlement agreement to meet concerns |
| 02/08/08 | EMD | 0.30 | $ 475.00 | $ 142.50 | Communications with co-counsel about pending issues re settlement |
| 02/10/08 | EMD | 0.50 | $ 475.00 | $ 237.50 | Review of SPD produced by Wahle / Email memo about concerns to team |
| 02/11/08 | EMD | 2.10 | $ 475.00 | $ 997.50 | Communications about draft settlement papers and then TC with all Ps' counsel to discuss issues, questions and suggested language changes to provide new draft to defendants, and to discuss issues related to failure of exit financing with Etkin |

Page: 7

EXHIBIT C

Re: Solutia Litigation  FEES SUMMARY  08/06/2008
STEMBER FEINSTEIN DOYLE and PAYNE, LLC

| Bill Date | Staff | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 02/13/08 | EMD | 3.20 | $475.00 | $1,520.00 | Solutia settlement review of new proposed comments from Solutia's counsel, strategy sessions with Hurt and Sarraf Gentile, then tic with all of defense counsel, then tic with Sarraf Gentile and Hurt about how to move forward, tic with Jeff Zeiger, and e-mail to team, also throughout consideration of how to address the problems with exit financing, whether that affects whole deal, what protections could be written in, etc. |
| 02/14/08 | EMD | 3.20 | $475.00 | $1,520.00 | Read and analyzed cases provided by Solutia then independent research on the issues related to remand and consolidation |
| 02/15/08 | EMD | 1.30 | $475.00 | $617.50 | TCs with Sarraf Gentile and Hurt about problems with bankruptcy emergence and Etkin conversation with Adams and possible provisions to address and issue of Dickerson litigation and what research has shown so far |
| 02/21/08 | EMD | 1.40 | $475.00 | $665.00 | TC with Wahle, e-mail to team about conversation with Wahle, TC and conf. re La Rue footnote and the effect on participant status |
| 02/22/08 | EMD | 0.90 | $475.00 | $427.50 | TC with all Ps' counsel to discuss how to proceed in light of bankruptcy emergence problems, also comments on communications with court and defense |
| 02/25/08 | EMD | 0.60 | $475.00 | $285.00 | Trying to keep up with what is happening on exit financing and where we are going |
| 02/26/08 | EMD | 0.50 | $475.00 | $237.50 | E-mails and reading about status of exit financing and issues re: going forward with settlement |
| 03/04/08 | EMD | 0.60 | $475.00 | $285.00 | Review of latest draft of settlement papers with Wahle comments |
| 03/05/08 | EMD | 1.20 | $475.00 | $570.00 | Comments to team about Wahle comments to settlement agreement / TC with co-counsel to address how to proceed in light of Wahle obstructions to settlement |
| 03/06/08 | EMD | 1.90 | $475.00 | $902.50 | TCs with Sarraf Gentile, followed by TC with Zieger for Debtor, followed by TC with Ps' counsel to try to get past impasse re: settlement |
| 03/13/08 | EMD | 2.10 | $475.00 | $997.50 | Review of latest draft from Ronen of proposed settlement / Sent comments to him / TC with R. Sarraf, M. Etkin and J. Hurt to discuss new draft before sending it to all defense counsel |
| 03/18/08 | EMD | 1.60 | $475.00 | $760.00 | Conf. call to work out differences re: settlement and conf. afterwards with Sarraf Gentile |
| 03/20/08 | EMD | 0.70 | $475.00 | $332.50 | Quick review of latest draft of Solutia settlement papers with changes proposed by Zieger |
| 03/21/08 | EMD | 1.25 | $475.00 | $593.75 | TC with Zeiger, Dell, Etkin, Sarraf to review Zieger's latest draft of the complaint, tm from Wahle as to why she failed to attend |

Page: 8

EXHIBIT C

Re: Solutia Litigation | FEES SUMMARY | 08/06/2008

STEMBER FEINSTEIN DOYLE and PAYNE, LLC

| Bill Date | Staff | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 03/24/08 | EMD | 1.90 | $ 475.00 | $ 902.50 | Preparation for and attendance at prolonged settlement TC where issues resurfaced |
| 03/25/08 | EMD | 3.10 | $ 475.00 | $ 1,472.50 | TC with Zieger / TC with Norman Goldberg and David Cohn / TC with Sarraf Gentile and Mickey Etkin to try to resolve differences for purposes of settlement |
| 03/27/08 | EMD | 0.30 | $ 475.00 | $ 142.50 | Communications and e-mails re: settlement issues |
| 03/28/08 | EMD | 1.30 | $ 475.00 | $ 617.50 | Preparation for, extended TC re: Solutia settlement trying to iron out the remaining issues, and TC afterwards with S. Gentile |
| 04/09/08 | EMD | 0.30 | $ 475.00 | $ 142.50 | TCs with Sarraf about finalizing settlement |
| 04/10/08 | EMD | 0.30 | $ 475.00 | $ 142.50 | E-mails about resolving settlement issues |
| 04/14/08 | EMD | 0.60 | $ 475.00 | $ 285.00 | E-mails with Sarraf Gentile about work to be done / Conf. with Hurt about work to be done on exhibits to settlement agreement |
| 05/06/08 | EMD | 0.50 | $ 475.00 | $ 237.50 | More last minute adjustments in the settlement agreement |
| 05/08/08 | EMD | 0.40 | $ 475.00 | $ 190.00 | Communications re: narrowing settlement issues |
| 05/12/08 | EMD | 0.90 | $ 475.00 | $ 427.50 | TC with all plaintiffs' counsel to respond and be ready for issues at TC with all defense counsel re: clean-up on settlement |
| 05/13/08 | EMD | 0.70 | $ 475.00 | $ 332.50 | TC with Ronen, then with all parties to discuss finalizing settlement, then with Ronen afterwards, e-mail to Wahle |
| 05/14/08 | EMD | 0.40 | $ 475.00 | $ 190.00 | More settlement skirmishes and communications |
| 05/16/08 | EMD | 0.50 | $ 475.00 | $ 237.50 | TC with Sarraf Gentile / Conf. with J. Hurt re new snafu in settlement and how to address |
| 05/20/08 | EMD | 0.30 | $ 475.00 | $ 142.50 | Conf. with Judge Preska's chambers / TC with Sarraf Gentile afterwards |
| 05/26/08 | EMD | 0.90 | $ 475.00 | $ 427.50 | Supervision of file management |
| 05/28/08 | EMD | 0.40 | $ 475.00 | $ 190.00 | Communications re settlement, including TC with Sarraf and then TC with US Trust's Cohen |
| 06/05/08 | EMD | 0.40 | $ 475.00 | $ 190.00 | Settlement filing and order / Review and communications with co-counsel |
| 06/20/08 | EMD | 0.20 | $ 475.00 | $ 95.00 | Communications with Sarraf about summary notice issue |
| 07/29/08 | EMD | 0.60 | $ 475.00 | $ 285.00 | TC with Gilardi and Mercer to discuss data issues re: settlement implementation |
| 07/29/08 | EMD | 0.60 | $ 475.00 | $ 285.00 | TC with Sarraf re: settlement papers, and work assignments, providing materials for Ewing re: same |
| **Ellen M. Doyle** | | **217.10** | | **$ 103,122.50** | |
| 09/14/07 | JS | 0.40 | $ 475.00 | $ 190.00 | Participate in conf. call |

Page: 9

EXHIBIT C

Re: Solutia Litigation                       FEES SUMMARY                                  08/06/2008
                              STEMBER FEINSTEIN DOYLE and PAYNE, LLC

| Bill Date | Staff | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 10/22/07 | JS | 1.50 | $475.00 | $712.50 | 2 TC with E. Doyle, J. Hurt, R. Sarraf, Gentile and Etkin re: settlement negotiations / TC with E. Doyle, J. Hurt, R. Sarraf and Gentile re: the same / Discussion with E. Doyle and J. Hurt re: the same |
| **John Stember** | | **1.90** | | **$902.50** | |
| 07/03/07 | PE | 0.25 | $425.00 | $106.25 | Meet with S. Pincus re: Section 510(b) matter / Review email messages re: status of same |
| 07/18/07 | PE | 6.00 | $425.00 | $2,550.00 | Review pleadings/ Meet with E. Doyle, et al re: subordination issue/ Review subordination issue/ Draft brief section re: subordination |
| 07/19/07 | PE | 7.50 | $425.00 | $3,187.50 | Research / Draft brief sections on subordination / Meet with E. Doyle, et al re: same / Email re: same |
| 07/20/07 | PE | 7.00 | $425.00 | $2,975.00 | Research / Draft and revise brief on subordination issue / Meet with and TCs with E. Doyle and J. Hurt |
| 07/23/07 | PE | 2.50 | $425.00 | $1,062.50 | conf. call re: brief / Review and revise brief |
| 07/24/07 | PE | 0.10 | $425.00 | $42.50 | Update case status |
| 07/27/07 | PE | 0.20 | $425.00 | $85.00 | TC with E. Doyle and R. Sarraf re 7.26.07 hearing |
| 09/18/07 | PE | 1.50 | $425.00 | $637.50 | Review briefs in support of motions to dismiss |
| 09/20/07 | PE | 1.50 | $425.00 | $637.50 | Review briefs in support of motions to dismiss / conf. call re: same |
| 10/16/07 | PE | 0.30 | $425.00 | $127.50 | Email re: statute of limitations issue |
| 10/23/07 | PE | 1.50 | $425.00 | $637.50 | Review briefs in support of motions to dismiss / Email re: same |
| 10/24/07 | PE | 2.50 | $425.00 | $1,062.50 | Research for statute of limitations argument |
| 10/25/07 | PE | 3.00 | $425.00 | $1,275.00 | Review facts and law for tolling issue / Email re: same / Research for statute of limitations issues generally |
| 10/31/07 | PE | 6.00 | $425.00 | $2,550.00 | Draft brief section on statute of limitations / Research for same |
| 11/01/07 | PE | 2.25 | $425.00 | $956.25 | Research for and draft brief section |
| 11/12/07 | PE | 0.75 | $425.00 | $318.75 | Review and revise brief section / Review email comments re: same |
| 11/13/07 | PE | 0.40 | $425.00 | $170.00 | conf. with E. Doyle, P. Ewing, R. Sarraf and Gentile |
| **Pamina Ewing** | | **43.25** | | **$18,381.25** | |
| 06/13/07 | SMP | 3.50 | $425.00 | $1,487.50 | Review complaint / Legal research / draft memorandum re: s/l |
| 06/14/07 | SMP | 2.00 | $425.00 | $850.00 | Continue drafting memorandum re: statute of limitations |
| 06/18/07 | SMP | 3.30 | $425.00 | $1,402.50 | Review file / Begin work on opposition |
| 06/21/07 | SMP | 2.50 | $425.00 | $1,062.50 | Continue research on opposition |
| 06/22/07 | SMP | 3.40 | $425.00 | $1,445.00 | Continue research on opposition |
| 06/25/07 | SMP | 2.00 | $425.00 | $850.00 | Continue legal research |
| 07/02/07 | SMP | 5.00 | $425.00 | $2,125.00 | Research |

Page: 10

EXHIBIT C

| | | | | | |
|---|---|---|---|---|---|
| Re: Solutia Litigation | | | FEES SUMMARY<br>STEMBER FEINSTEIN DOYLE and PAYNE, LLC | | 08/06/2008 |

| Bill Date | Staff | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 07/03/07 | SMP | 4.50 | $ 425.00 | $ 1,912.50 | Research |
| 07/05/07 | SMP | 2.00 | $ 425.00 | $ 850.00 | Research |
| 07/20/07 | SMP | 0.30 | $ 425.00 | $ 127.50 | Review P. Ewing's brief |
| **Stephen M. Pincus** | | **28.50** | | **$ 12,112.50** | |
| 07/18/07 | JC | 1.00 | $ 390.00 | $ 390.00 | Reviewed bankruptcy filings / Attended meeting |
| **Jonathan Cohn** | | **1.00** | | **$ 390.00** | |
| 08/01/07 | JRH | 0.50 | $ 375.00 | $ 187.50 | Review and analyze opinion on ERISA standing |
| 08/02/07 | JRH | 0.10 | $ 375.00 | $ 37.50 | Download Graden decision to provide to 2d Circuit |
| 08/15/07 | JRH | 0.10 | $ 375.00 | $ 37.50 | Retrieve and review 6th Circuit decision in AEP ERISA Litigation on former participant standing under ERISA |
| 09/24/07 | JRH | 0.50 | $ 375.00 | $ 187.50 | TC with Doyle, Sarraf, Gentile, Etkin re: settlement negotiations |
| 09/26/07 | JRH | 0.50 | $ 375.00 | $ 187.50 | TC with E. Doyle, R. Sarraf, J. Gentile, M. Etkin re: settlement |
| 10/03/07 | JRH | 0.10 | $ 375.00 | $ 37.50 | Discuss and review email of E. Doyle re: her conversation with K. Wahle re: settlement negotiations |
| 10/04/07 | JRH | 2.25 | $ 375.00 | $ 843.75 | TC with E. Doyle, R. Sarraf and Gentile to prepare for call with defense counsel / TC with E. Doyle, J. Stember, R. Sarraf, Gentile, Etkin, Etkin's insurance coverage partner, Adams, Frischberg, Mooney, Wahle and Wahle's bankruptcy partner re: settlement / TC with Doyle Sarraf and Gentile following call / Internet research re: Tim Mooney / TC with Gentile |
| 10/09/07 | JRH | 1.75 | $ 375.00 | $ 656.25 | C Doyle, Sarraf, Gentile and Etkin to prepare for settlement discussions / TC all counsel re: settlement discussions / TC Doyle Sarraf and Gentile to follow-up |
| 10/12/07 | JRH | 0.25 | $ 375.00 | $ 93.75 | Review and edit letter E. Doyle to K. Wahle |
| 10/16/07 | JRH | 3.75 | $ 375.00 | $ 1,406.25 | TC with E. Doyle, R. Sarraf, Gentile and Etkin re bankruptcy and settlement discussions |
| 10/22/07 | JRH | 1.50 | $ 375.00 | $ 562.50 | 2 TC with E. Doyle, J. Stember, R. Sarraf, Gentile and Etkin re: settlement negotiations / TC with E. Doyle, J. Stember, R. Sarraf and Gentile re: the same / Discussion with E. Doyle and J. Stember re: the same |
| 10/25/07 | JRH | 1.25 | $ 375.00 | $ 468.75 | Review of draft opposition to motion to dismiss and prepare email re: statute of limitations arguments |
| 11/01/07 | JRH | 1.75 | $ 375.00 | $ 656.25 | Review and analyze draft brief in opposition to motion to dismiss |
| 11/02/07 | JRH | 6.00 | $ 375.00 | $ 2,250.00 | Review, analyze and edit draft brief in opposition to motion to dismiss / Related research / TC with E. Doyle, P. Ewing, R. Sarraf and Gentile re: same |

EXHIBIT C

Re: Solutia Litigation

FEES SUMMARY
STEMBER FEINSTEIN DOYLE and PAYNE, LLC

08/06/2008

| Bill Date | Staff | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 11/05/07 | JRH | 6.00 | $ 375.00 | $ 2,250.00 | Review, analyze and edit draft brief in opposition to motion to dismiss as to Solutia Defendants' arguments / Related research |
| 11/06/07 | JRH | 0.25 | $ 375.00 | $ 93.75 | TC with co-counsel re: settlement discussions |
| 11/06/07 | JRH | 5.75 | $ 375.00 | $ 2,156.25 | Review and edit brief in opposition to motions to dismiss |
| 11/07/07 | JRH | 5.75 | $ 375.00 | $ 2,156.25 | Review and prepare revisions brief in opposition to motion to dismiss / Related research |
| 11/08/07 | JRH | 2.50 | $ 375.00 | $ 937.50 | Review and analyze draft settlement papers and related emails |
| 11/09/07 | JRH | 4.50 | $ 375.00 | $ 1,687.50 | Review and edit draft settlement papers |
| 11/12/07 | JRH | 8.75 | $ 375.00 | $ 3,281.25 | Revisions to opposition to motions to dismiss / Related research on statute of limitations and tolling |
| 11/13/07 | JRH | 8.25 | $ 375.00 | $ 3,093.75 | Revisions to opposition to motion to dismiss / Related research |
| 11/15/07 | JRH | 1.00 | $ 375.00 | $ 375.00 | Review and propose edits to opposition to motions to dismiss / Related research |
| 11/19/07 | JRH | 0.50 | $ 375.00 | $ 187.50 | TC with co-counsel re settlement discussions |
| 11/26/07 | JRH | 2.00 | $ 375.00 | $ 750.00 | Review and analyze proposed amendment to DOL class exemption from prohibited transaction related to fiduciary breach claims / Email to co-counsel re same |
| 11/27/07 | JRH | 0.25 | $ 375.00 | $ 93.75 | TC with co-counsel re settlement discussions |
| 11/27/07 | JRH | 0.50 | $ 375.00 | $ 187.50 | Review supreme court docket of LaRue v. DeWolf re motion to dismiss cert. based on standing / Email to co-counsel re same |
| 12/04/07 | JRH | 0.50 | $ 375.00 | $ 187.50 | Review and analyze draft settlement agreement and exhibits |
| 12/06/07 | JRH | 0.10 | $ 375.00 | $ 37.50 | Review Wahle letter to 2nd Circuit |
| 12/11/07 | JRH | 1.50 | $ 375.00 | $ 562.50 | Review term sheet/ TC with all counsel re settlement / Review and analyze Solutia's edits to settlement stipulation and order |
| 12/14/07 | JRH | 2.75 | $ 375.00 | $ 1,031.25 | Review, comment and edit draft settlement papers |
| 12/18/07 | JRH | 0.25 | $ 375.00 | $ 93.75 | Review and respond to emails concerning settlement status |
| 01/20/08 | JRH | 4.00 | $ 375.00 | $ 1,500.00 | Review and analyze draft settlement agreement and plan of allocation |
| 01/21/08 | JRH | 1.00 | $ 375.00 | $ 375.00 | Review ancillary settlement papers |
| 01/22/08 | JRH | 2.00 | $ 375.00 | $ 750.00 | Review defendant's mark-up to draft settlement papers and review preliminary order and plan of allocation / TC with E. Doyle and R. Sarraf / Review and respond to R. Sarraf email with draft correspondence to defense counsel |
| 01/25/08 | JRH | 0.50 | $ 375.00 | $ 187.50 | Review Wahle's mark-up of plan of allocation and emails from co-counsel re: settlement |
| 01/31/08 | JRH | 2.00 | $ 375.00 | $ 750.00 | Review and analyze revised settlement agreement / TC with all counsel re: same |

EXHIBIT C

Re: Solutia Litigation  FEES SUMMARY  08/06/2008
STEMBER FEINSTEIN DOYLE and PAYNE, LLC

| Bill Date | Staff | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 02/05/08 | JRH | 0.25 | $ 375.00 | $ 93.75 | Review and respond to emails from co-counsel re: remand of Dickerson case |
| 02/07/08 | JRH | 6.50 | $ 375.00 | $ 2,437.50 | TC with Solutia attorneys and co-counsel re: settlement and bankruptcy update / TC with co-counsel re: settlement / Revisions to settlement agreement / TC with E. Doyle, Wahle and DOL representatives |
| 02/08/08 | JRH | 5.40 | $ 375.00 | $ 2,025.00 | Prepare revisions to settlement agreement |
| 02/09/08 | JRH | 6.25 | $ 375.00 | $ 2,343.75 | Review comments and proposed revisions from Doyle, Sarraf and Etkin / Prepare revisions to settlement agreement |
| 02/11/08 | JRH | 3.00 | $ 375.00 | $ 1,125.00 | Prepare revisions to Settlement Agreement and Plan of Allocation and related emails to co-counsel |
| 02/13/08 | JRH | 2.00 | $ 375.00 | $ 750.00 | Review defense counsel's mark-up to settlement agreement / TC with plaintiff's counsel / TC with all counsel re: settlement |
| 02/14/08 | JRH | 0.25 | $ 375.00 | $ 93.75 | Review decisions provided by defendants on remand issue |
| 02/21/08 | JRH | 0.30 | $ 375.00 | $ 112.50 | Review Larue opinion |
| 02/22/08 | JRH | 0.50 | $ 375.00 | $ 187.50 | TC among plaintiffs' counsel and bankruptcy counsel re: Solutia bankruptcy and settlement |
| 03/03/08 | JRH | 2.00 | $ 375.00 | $ 750.00 | Review and input Wahle edits to settlement agreement and circulate / Review email from Sarraf re: same |
| 03/04/08 | JRH | 1.50 | $ 375.00 | $ 562.50 | Analyze Wahle edits to settlement agreement / Email to co-counsel re: Wahle's proposed revisions to settlement agreement |
| 03/05/08 | JRH | 0.50 | $ 375.00 | $ 187.50 | TC with co-counsel |
| 03/06/08 | JRH | 1.00 | $ 375.00 | $ 375.00 | TC with Doyle, Sarraf and Gentile re: settlement / TC with Doyle, Sarraf, Gentile, Etkin and Zeiger re: settlement |
| 03/13/08 | JRH | 0.40 | $ 375.00 | $ 150.00 | Review revisions to settlement agreement / Email co-counsel re: same |
| 03/17/08 | JRH | 0.10 | $ 375.00 | $ 37.50 | Review draft letter to Judge Preska and give comments to Sarraf |
| 03/18/08 | JRH | 1.75 | $ 375.00 | $ 656.25 | TC with plaintiffs and defense counsel re: settlement / TC with plaintiffs counsel (.25) following call |
| 03/27/08 | JRH | 0.50 | $ 375.00 | $ 187.50 | Review Doyle revisions to settlement agreement |
| 04/04/08 | JRH | 0.40 | $ 375.00 | $ 150.00 | Review Doyle revisions to settlement agreement |
| 04/15/08 | JRH | 3.00 | $ 375.00 | $ 1,125.00 | Revise settlement agreement to incorporate plan of allocation |
| 04/16/08 | JRH | 1.00 | $ 375.00 | $ 375.00 | Revise settlement exhibits |
| 04/17/08 | JRH | 4.80 | $ 375.00 | $ 1,800.00 | Prepare revised settlement exhibits based on revised stipulation |
| 04/28/08 | JRH | 4.00 | $ 375.00 | $ 1,500.00 | Review and analyze revised settlement agreement and exhibits / prepare email to co-counsel re: agreement / revise class notice, summary notice, preliminary order and final order and circulate with cover email |
| 05/01/08 | JRH | 0.50 | $ 375.00 | $ 187.50 | Dickerson - Review and comment on settlement papers |

EXHIBIT C

Re: Solutia Litigation                FEES SUMMARY                08/06/2008
*STEMBER FEINSTEIN DOYLE and PAYNE, LLC*

| Bill Date | Staff | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 05/02/08 | JRH | 0.10 | $ 375.00 | $ 37.50 | Dickerson - TC with Sarraf re: settlement |
| 05/05/08 | JRH | 1.25 | $ 375.00 | $ 468.75 | Review and comment on settlement papers |
| 05/12/08 | JRH | 0.25 | $ 375.00 | $ 93.75 | TC with plaintiff's counsel re settlement |
| 05/13/08 | JRH | 0.50 | $ 375.00 | $ 187.50 | TC with all counsel re settlement / Preparation for TC |
| 05/14/08 | JRH | 0.40 | $ 375.00 | $ 150.00 | Review settlement papers re remand issue / Email Sarraf re same |
| 05/15/08 | JRH | 1.25 | $ 375.00 | $ 468.75 | Review and analyze draft settlement papers |
| 05/16/08 | JRH | 1.50 | $ 375.00 | $ 562.50 | Review draft settlement papers / Prepare email to co-counsel re: same / Review responses to email |
| 07/14/08 | JRH | 0.10 | $ 375.00 | $ 37.50 | Email Sarraf re class notice / Email E. Doyle re same |
| 07/21/08 | JRH | 0.25 | $ 375.00 | $ 93.75 | Prepare case description for website |
| 07/29/08 | JRH | 0.25 | $ 375.00 | $ 93.75 | TC with Doyle, Ewing and Sarraf re: assignments for preparing papers in support of final approval of settlement |
| **Joel R. Hurt** | | **132.65** | | **$ 49,743.75** | |
| 11/20/07 | DPK | 1.00 | $ 125.00 | $ 125.00 | Prepare copy of 5th amended Joint Plan of Reorganization |
| 12/11/07 | DPK | 0.50 | $ 125.00 | $ 62.50 | Review Pleadings to make sure all are in our file |
| **David P. Kernan** | | **1.50** | | **$ 187.50** | |
| 07/18/07 | KLO | 1.50 | $ 125.00 | $ 187.50 | Went to meeting at E. Doyle's office re: submission for Friday / Read briefs and background reading |
| **Kara L. O'Bryan** | | **1.50** | | **$ 187.50** | |

| | | | | |
|---|---|---|---|---|
| **TOTALS** | | **427.40** | | **$ 185,027.50** |

Page: 14

EXHIBIT C