# JOINT DECLARATION OF CLASS COUNSEL

# EXHIBIT D

**MALAKOFF DOYLE & FINBERG, P.C.**[1]
Suite 200
The Frick Building
Pittsburgh, PA 15219-6003

**SUMMARY OF SOLUTIA TIME**
**REPORTING PERIOD: INCEPTION - FEBRUARY 22, 2008**

|  | Fact Research | Legal Research | Pleadings | Discovery | Settlement | Total Hours |
|---|---|---|---|---|---|---|
| **2004** | | | | | | |
| September | 35.25 | 5.00 | 74.50 | 0.00 | 0.00 | **114.75** |
| October | 11.00 | 4.00 | 36.25 | 0.00 | 0.00 | **51.25** |
| November | 1.25 | 2.50 | 23.75 | 0.00 | 0.00 | **27.50** |
| December | 0.00 | 0.50 | 7.50 | 0.00 | 0.00 | **8.00** |
| | | | | | | |
| **2005** | | | | | | |
| January | 1.75 | 0.00 | 1.10 | 0.00 | 0.00 | **2.85** |
| February | 2.00 | 2.00 | 75.75 | 0.00 | 0.00 | **79.75** |
| March | 40.50 | 2.25 | 59.00 | 0.00 | 0.00 | **101.75** |
| April | 19.65 | 0.00 | 61.00 | 0.25 | 0.00 | **80.90** |
| May | 10.60 | 0.75 | 60.60 | 0.00 | 0.00 | **71.95** |
| June | 5.75 | 0.00 | 3.75 | 0.00 | 0.00 | **9.50** |
| July | 9.25 | 2.00 | 198.00 | 0.00 | 0.00 | **209.25** |
| August | 7.25 | 7.00 | 248.75 | 0.00 | 0.00 | **263.00** |
| September | 4.25 | 1.50 | 47.75 | 0.00 | 0.00 | **53.50** |
| October | 2.75 | 3.50 | 13.25 | 0.00 | 0.00 | **19.50** |
| November | 0.00 | 0.25 | 0.35 | 0.00 | 0.00 | **0.60** |
| December | 5.75 | | 3.75 | 0.00 | 0.00 | **9.50** |
| | | | | | | |
| **2006** | | | | | | |
| January | 1.30 | 0.00 | 4.00 | 0.00 | 0.00 | **5.30** |
| February | 25.00 | 8.25 | 7.25 | 0.00 | 0.00 | **40.50** |
| March | 26.90 | 17.00 | 56.50 | 1.50 | 0.00 | **101.90** |
| April | 0.85 | 24.50 | 43.00 | 0.00 | 0.00 | **68.35** |
| May | 2.25 | 29.00 | 27.75 | 0.00 | 4.50 | **63.50** |
| June | 5.25 | 10.25 | 148.00 | 0.00 | 0.00 | **163.50** |
| July | 0.25 | 9.75 | 69.25 | 0.00 | 0.00 | **79.25** |
| August | 1.35 | 0.50 | 7.50 | 0.00 | 0.00 | **9.35** |
| September | 3.25 | 0.00 | 142.25 | 0.00 | 0.00 | **145.50** |
| October | 0.50 | 5.00 | 0.25 | 0.00 | 0.00 | **5.75** |
| November | 0.75 | 1.50 | 0.00 | 0.00 | 0.00 | **2.25** |
| December | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | | | | | | |
| **2007** | | | | | | |
| January | 0.35 | 27.00 | 123.25 | 0.00 | 0.00 | **150.60** |
| February | 0.25 | 13.00 | 34.50 | 0.00 | 0.00 | **47.75** |
| March | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | **0.50** |
| April | 1.25 | 0.00 | 0.00 | 0.00 | 0.00 | **1.25** |
| May | 30.00 | 8.75 | 50.25 | 0.00 | 0.50 | **89.50** |
| June | 13.50 | 28.25 | 69.50 | 0.00 | 0.50 | **111.75** |
| July | 9.35 | 9.75 | 159.50 | 6.75 | 4.50 | **189.85** |
| August | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | **0.10** |

EXHIBIT D

| | | | | | | |
|---|---|---|---|---|---|---|
| September | 0.25 | 0.00 | 0.00 | 0.00 | 5.75 | **6.00** |
| October | 0.35 | 0.00 | 0.00 | 0.00 | 5.00 | **5.35** |
| November | 0.00 | 0.00 | 1.25 | 0.00 | 10.20 | **11.45** |
| December | 0.00 | 0.00 | 0.00 | 0.00 | 2.25 | **2.25** |
| <u>2008</u> | | | | | | |
| January | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| February | 0.00 | 0.00 | 0.00 | 0.00 | 5.75 | **5.75** |
| **Total Time** | **280.45** | **223.75** | **1859.05** | **8.50** | **39.05** | **2410.80** |

[1] Consists of primarily Malakoff Doyle & Finberg, P.C. (MDF) time but also includes approximately 31 hours of time from successor firm Malakoff & Brady, P.C.

EXHIBIT D

| Date | Staff | Time | Rate | Billed Amount | Description |
|---|---|---|---|---|---|
| 11/9/2004 | BSG | 1.50 | $ 325.00 | $ 487.50 | Legal research re withdrawal of reference |
| 11/11/2004 | BSG | 4.50 | $ 325.00 | $ 1,462.50 | Preparation of memo and motion re withdrawal of reference |
| 11/12/2004 | BSG | 1.50 | $ 325.00 | $ 487.50 | Preparation of motion to withdraw reference |
| 2/10/2005 | BSG | 1.00 | $ 325.00 | $ 325.00 | Review of file re withdrawal reference motion and Legal research |
| 2/11/2005 | BSG | 1.50 | $ 325.00 | $ 487.50 | Review of withdrawal of reference papers |
| 2/14/2005 | BSG | 8.00 | $ 325.00 | $ 2,600.00 | Review of opposition to motion for withdrawal of reference and Preparation of reply memo |
| 2/15/2005 | BSG | 4.00 | $ 325.00 | $ 1,300.00 | Preparation of reply memo |
| 2/16/2005 | BSG | 8.00 | $ 325.00 | $ 2,600.00 | Preparation of reply memo |
| 2/17/2005 | BSG | 5.75 | $ 325.00 | $ 1,868.75 | Preparation of reply memo |
| 2/18/2005 | BSG | 2.00 | $ 325.00 | $ 650.00 | Preparation of reply memo withdrawal reference |
| 2/20/2005 | BSG | 3.00 | $ 325.00 | $ 975.00 | Preparation of reply memo |
| 2/21/2005 | BSG | 8.25 | $ 325.00 | $ 2,681.25 | Preparation of brf |
| 2/22/2005 | BSG | 5.00 | $ 325.00 | $ 1,625.00 | Preparation of brf |
| 2/23/2005 | BSG | 3.00 | $ 325.00 | $ 975.00 | Preparation of brf |
| 2/24/2005 | BSG | 7.50 | $ 325.00 | $ 2,437.50 | Preparation of brf |
| 2/25/2005 | BSG | 1.75 | $ 325.00 | $ 568.75 | Preparation of brf |
| 3/4/2005 | BSG | 3.75 | $ 325.00 | $ 1,218.75 | Preparation of argument |
| 3/7/2005 | BSG | 2.50 | $ 325.00 | $ 812.50 | argument preparation |
| 3/9/2005 | BSG | 1.00 | $ 325.00 | $ 325.00 | arg prep |
| 3/17/2005 | BSG | 2.25 | $ 325.00 | $ 731.25 | Phone conference with EMD RAF and Ronen Sarrif and Review of equity committee report |
| 5/18/2005 | BSG | 0.75 | $ 325.00 | $ 243.75 | ANALYSIS ETHICS ISSUES AND Phone conference with RONAN SARRIF |
| 4/7/2006 | BSG | 2.00 | $ 325.00 | $ 650.00 | review of disclosure statement and legal research further objections |
| 4/8/2006 | BSG | 3.00 | $ 325.00 | $ 975.00 | disclosure objections - preparation |
| 4/9/2006 | BSG | 2.75 | $ 325.00 | $ 893.75 | prep disclosure statement objections |
| 4/10/2006 | BSG | 1.25 | $ 325.00 | $ 406.25 | prepare plan and disclosure statement objections |
| Totals Brad S. Gelder | | 85.50 | | $ 27,787.50 | |
| | | | | | |
| 8/8/2005 | DAB | 5.50 | $ 250.00 | $ 1,375.00 | brief editing |
| 8/9/2005 | DAB | 5.50 | $ 250.00 | $ 1,375.00 | brief editing |
| 2/13/2006 | DAB | 8.25 | $ 250.00 | $ 2,062.50 | case review |
| 2/14/2006 | DAB | 1.75 | $ 250.00 | $ 437.50 | plan and disclosure statement review |
| 2/14/2006 | DAB | 6.50 | $ 250.00 | $ 1,625.00 | supplemental authority |
| 2/15/2006 | DAB | 3.25 | $ 250.00 | $ 812.50 | review of disclosure and plan |
| 2/20/2006 | DAB | 1.50 | $ 250.00 | $ 375.00 | review bankruptcy filings |
| 2/21/2006 | DAB | 1.25 | $ 250.00 | $ 312.50 | plan and disclosure statement |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 2/22/2006 | DAB | 5.50 | $ 250.00 | $ 1,375.00 | plan and disclosure statement |
| 2/27/2006 | DAB | 2.50 | $ 250.00 | $ 625.00 | plan and disclosure statement |
| 2/28/2006 | DAB | 5.50 | $ 250.00 | $ 1,375.00 | plan and disclosure statement |
| 3/1/2006 | DAB | 5.75 | $ 250.00 | $ 1,437.50 | plan and disclosure statement |
| 3/2/2006 | DAB | 4.00 | $ 250.00 | $ 1,000.00 | plan and disclosure statement |
| 3/6/2006 | DAB | 5.50 | $ 250.00 | $ 1,375.00 | plan and disclosure statement |
| 3/7/2006 | DAB | 6.75 | $ 250.00 | $ 1,687.50 | plan and disclosure statement; conf call about same |
| 3/8/2006 | DAB | 8.00 | $ 250.00 | $ 2,000.00 | DS objections |
| 3/9/2006 | DAB | 8.25 | $ 250.00 | $ 2,062.50 | DS objections |
| 3/13/2006 | DAB | 5.00 | $ 250.00 | $ 1,250.00 | DS objections |
| 3/15/2006 | DAB | 6.75 | $ 250.00 | $ 1,687.50 | DS objections |
| 3/22/2006 | DAB | 5.50 | $ 250.00 | $ 1,375.00 | bankruptcy related research |
| 3/24/2006 | DAB | 1.50 | $ 250.00 | $ 375.00 | submission editting |
| 3/27/2006 | DAB | 8.25 | $ 250.00 | $ 2,062.50 | submission editing |
| 3/28/2006 | DAB | 6.50 | $ 250.00 | $ 1,625.00 | bankruptcy papers |
| 3/29/2006 | DAB | 8.25 | $ 250.00 | $ 2,062.50 | research for letter re: supplemental filings |
| 3/31/2006 | DAB | 1.75 | $ 250.00 | $ 437.50 | review of decision and follow up research |
| 4/7/2006 | DAB | 6.50 | $ 250.00 | $ 1,625.00 | objections preparation |
| 4/10/2006 | DAB | 8.00 | $ 250.00 | $ 2,000.00 | fee objections outline |
| 4/11/2006 | DAB | 6.75 | $ 250.00 | $ 1,687.50 | objections revisions |
| 4/12/2006 | DAB | 2.00 | $ 250.00 | $ 500.00 | follow up on fee objections |
| 4/21/2006 | DAB | 6.75 | $ 250.00 | $ 1,687.50 | research re: appeal |
| 4/25/2006 | DAB | 8.00 | $ 250.00 | $ 2,000.00 | research for appeal |
| 4/26/2006 | DAB | 8.25 | $ 250.00 | $ 2,062.50 | research for appeal |
| 6/27/2006 | DAB | 3.50 | $ 250.00 | $ 875.00 | review bankruptcy filings |
| 5/17/2007 | DAB | 7.25 | $ 250.00 | $ 1,812.50 | review and analysis of disclosure statement and plan |
| 5/18/2007 | DAB | 1.00 | $ 250.00 | $ 250.00 | discussion regarding D/S with RAF |
| 5/31/2007 | DAB | 4.50 | $ 250.00 | $ 1,125.00 | revised objections |
| 6/1/2007 | DAB | 3.75 | $ 250.00 | $ 937.50 | revised objections |
| 6/7/2007 | DAB | 6.50 | $ 250.00 | $ 1,625.00 | disclosure statement objection |
| 6/8/2007 | DAB | 5.25 | $ 250.00 | $ 1,312.50 | disclosure statement |
| 6/13/2007 | DAB | 6.25 | $ 250.00 | $ 1,562.50 | disclosure objections |
| 6/14/2007 | DAB | 5.50 | $ 250.00 | $ 1,375.00 | disclosure objections |
| 6/15/2007 | DAB | 3.00 | $ 250.00 | $ 750.00 | disclosure objections |
| 6/21/2007 | DAB | 5.00 | $ 250.00 | $ 1,250.00 | disclosure objections editing |
| 7/1/2007 | DAB | 3.50 | $ 250.00 | $ 875.00 | review and memo re: resolving DS objections |
| 7/6/2007 | DAB | 5.75 | $ 250.00 | $ 1,437.50 | subordination response research |
| 7/9/2007 | DAB | 7.25 | $ 250.00 | $ 1,812.50 | subord response |
| 7/10/2007 | DAB | 4.75 | $ 250.00 | $ 1,187.50 | subord response |
| 7/11/2007 | DAB | 3.50 | $ 250.00 | $ 875.00 | subord issues |
| Totals Daniel A. Bushell | | 251.25 | | $ 62,812.50 | |

EXHIBIT D

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/6/2005 | DPK | 2.00 | $ 145.00 | $ 290.00 | Solutia -- Print cases from westlaw for JAM. |
| 9/14/2005 | DPK | 0.50 | $ 145.00 | $ 72.50 | Solutia -- Print Omnibus objections for RAF; Review objections for objections to out clients case. |
| 12/21/2005 | DPK | 1.00 | $ 145.00 | $ 145.00 | Filing |
| 2/14/2006 | DPK | 2.00 | $ 145.00 | $ 290.00 | Print out Bankruptcy documents for EMD and RAF |
| 8/15/2006 | DPK | 1.75 | $ 145.00 | $ 253.75 | Update and revise Pleadings and index; create labels for appeal file |
| 9/19/2006 | DPK | 0.50 | $ 145.00 | $ 72.50 | File and organize docs |
| 9/25/2006 | DPK | 0.50 | $ 145.00 | $ 72.50 | File/scan docs/email appeal brief to EMD |
| 3/28/2007 | DPK | 0.50 | $ 145.00 | $ 72.50 | locate conference date by reviewing appeal docket; EMD email re: order for confernece; place copy of docket on EMD's chair |
| 5/17/2007 | DPK | 2.50 | $ 145.00 | $ 362.50 | locate appeal docket for EMD; research 3 judges for JAM for preparation of Oral Argument; go to Federal Law Library for info, research on internet |
| Totals David P. Kernan | | 11.25 | | $ 1,631.25 | |
| 9/7/2004 | EMD | 0.50 | $ 490.00 | $ 245.00 | Conference with RAF about potential new ERISA case regarding Solutia, review of docs regarding same |
| 9/8/2004 | EMD | 3.00 | $ 490.00 | $ 1,470.00 | review of documents regarding new potential case re: Solutia, mark-up of draft complaint, Phone conference with co-counsel |
| 9/9/2004 | EMD | 1.50 | $ 490.00 | $ 735.00 | work on Solutia, including comments on request letter, cs with RAF about facts in the financials, setting up Davies to work on the case |
| 9/14/2004 | EMD | 4.50 | $ 490.00 | $ 2,205.00 | Phone conference with Sarraf and Gentile re: progress on complaint, status of bankruptcfy, work to be done, work on edits to their complaint and annotations of issues with pleading |
| 9/15/2004 | EMD | 4.50 | $ 490.00 | $ 2,205.00 | work on legal theories, facts and complaint |
| 9/16/2004 | EMD | 2.00 | $ 490.00 | $ 980.00 | work on allegations and issues for complaint in Solutia, including cs with Davies, Phone conference with RAF, Sarraf and Davies |
| 9/22/2004 | EMD | 0.75 | $ 490.00 | $ 367.50 | reviewing memos, facts, and documents regarding pleading claims |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 9/23/2004 | EMD | 6.75 | $ 490.00 | $ 3,307.50 | work on investigating the facts for pleading claims in complaint, including reading SPD, reviewing financials and publicly available information regarding Solutia and Northern Trust and NTCC, cs with Davies, communications with RS, and working on draft complaint |
| 9/24/2004 | EMD | 2.00 | $ 490.00 | $ 980.00 | more work on facts from documents for complaint |
| 9/27/2004 | EMD | 1.00 | $ 490.00 | $ 490.00 | work on complaint's allegations and cs with Davies |
| 9/28/2004 | EMD | 1.25 | $ 490.00 | $ 612.50 | Phone conference with Ronen S regarding draft complaint, remaining issues regarding allegations, and plans, also work with Davies on what needs to be drafting for filing of bankruptcy claim |
| 9/30/2004 | EMD | 0.50 | $ 490.00 | $ 245.00 | Phone conference with RAF about draft complaint and possible revisions, Conference with Davies about same, communications with Ronen about same |
| 10/4/2004 | EMD | 0.25 | $ 490.00 | $ 122.50 | started work on revisions to Complaint, Phone conference with Ronen about filing |
| 10/5/2004 | EMD | 1.00 | $ 490.00 | $ 490.00 | work on problems with Davies draft of complaint, Conference with Davies about issues and concerns |
| 10/6/2004 | EMD | 2.00 | $ 490.00 | $ 980.00 | work on revisions to Solutia complaint, conference with RAF about same |
| 10/10/2004 | EMD | 0.25 | $ 490.00 | $ 122.50 | supervising new file openint |
| 11/16/2004 | EMD | 1.25 | $ 490.00 | $ 612.50 | received letter from Dell asking to withdraw claims against NTCC. E-mail memo to team about proposed response. LEtter to Dell describing why his letter was wrong and it was premature to withdraw allegations |
| 12/14/2004 | EMD | 0.25 | $ 490.00 | $ 122.50 | Phone conference with RAF and Sarraf about papers to be filed on various matters |
| 1/5/2005 | EMD | 0.75 | $ 490.00 | $ 367.50 | Phone conference with Sarref and RAF about where and how to proceed, whether to move to consolidate and for pretrial order in light of opposition of defendants and proposed letter to court |
| 2/18/2005 | EMD | 4.25 | $ 490.00 | $ 2,082.50 | work on sections of the reply brief regarding withdrawal of the reference, handling ERISA substantial issues section, and why unitary action to recover requires one litigation not two |
| 2/20/2005 | EMD | 2.25 | $ 490.00 | $ 1,102.50 | work on reply re: motion to withdraw reference-- writing EMD sections and coordinating them with BSG sections |
| 2/23/2005 | EMD | 0.75 | $ 490.00 | $ 367.50 | revisions and edits to the Gelder draft of the reply re: withdrawal of reference |

EXHIBIT D

| Date | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/4/2005 | EMD | 3.00 | $ 490.00 | $ 1,470.00 | work on argument on motion to withdraw the reference, arrangements re: argument in NY |
| 3/5/2005 | EMD | 3.25 | $ 490.00 | $ 1,592.50 | preparation for argument on the motion to withdraw reference |
| 3/6/2005 | EMD | 1.50 | $ 490.00 | $ 735.00 | more preparation for argument on motion for withdrawal of the reference |
| 3/7/2005 | EMD | 2.25 | $ 490.00 | $ 1,102.50 | conference with and review of comments of Gelder and docs he found re: respective size of claims, that Solutia did not schedule claims, Phone conference with Ronen about issues raised re: stay of bankruptcy, why this will not impeded bankruptcy, etc. |
| 3/8/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | more thinking and preparing for argument on withdrawal of reference |
| 3/9/2005 | EMD | 4.50 | $ 490.00 | $ 2,205.00 | preparation for argument on motion to withdraw reference, including Conference with RAF and Gelder, also reading new doc re: fraudulent conveyance, then Phone conference with Bellacosa about K& E appearing, communications with Sarraf about same |
| 3/10/2005 | EMD | 6.00 | $ 490.00 | $ 2,940.00 | preparation for argument before Judge Preska, travel to NYC and meeting with Ronen S |
| 3/11/2005 | EMD | 2.00 | $ 490.00 | $ 980.00 | argument before Judge Preska re: withdrawal of reference |
| 3/13/2005 | EMD | 4.50 | $ 490.00 | $ 2,205.00 | travel back from NYC to pittsburgh |
| 3/14/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | report to Gelder about court's decision and where we are going from here. Conference with RAF about conference and what needed to be done in bankruptcy |
| 3/15/2005 | EMD | 1.00 | $ 490.00 | $ 490.00 | consideration of where to go from here, including Conference with RAF, Phone conference with Sarraf about whether to make demand, ask for mediation, proposed court order and what to do in the two proceedings |
| 3/17/2005 | EMD | 1.25 | $ 490.00 | $ 612.50 | Phone conference with Sarraf, Finberg and Gelder about courses of action in bankruptcy and federal court proceedings including when and how to address discovery issues, class certification, mediation, etc, and development of assignments |
| 3/24/2005 | EMD | 0.75 | $ 490.00 | $ 367.50 | communications among team about amended complaint and what should be in it, who is to do what, including what docs defendants will give, who can research potential claims against Monsanto, etc., filing FOIA request, and how to keep case on track |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/29/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | Phone conference with Sarraf, Pm to Dell, Phone conference with Dell, e-mail to Dell |
| 4/6/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | quick review of draft amended complaint and conference with Finberg about same |
| 4/8/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | Phone conference with Sarraf, Finberg and Moore about draft amended complaint and work to be done |
| 4/9/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | work on amended complaint, particularly Monsanto issues |
| 4/18/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | Conference with Moore about theory for possible amended complaint, review of papers for filing by Sarraf |
| 4/21/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | revisions, corrections and thoughts about facts and theories for amended complaint |
| 4/22/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | work on problems with draft amended complaint, Phone conference with Moore and Sarraf about same |
| 4/28/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | e-file management |
| 5/6/2005 | EMD | 1.00 | $ 490.00 | $ 490.00 | comments on complaint and issues regarding complaint |
| 5/13/2005 | EMD | 0.75 | $ 490.00 | $ 367.50 | read Solutia defendants' statement of deficiencies, Phone conference with Sarraf about same |
| 5/17/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | Phone conference with Sarraf, RAF and Moore about allegations in new amended complaint |
| 6/1/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | read communications from Ronen and defense counsel, Phone conference with Ronen about how to proceed re: new plaintiff |
| 6/2/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | Phone conference with defense counsel on various matters regarding timing, and adding a plaintiff, plus Phone conference with Sarraf afterwards |
| 6/17/2005 | EMD | 0.75 | $ 490.00 | $ 367.50 | Phone conference with Sarraf, Gentile, Finberg to discuss what to do about new plaintiff and court's order denying motion to amend |
| 6/20/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | Phone conference with Sarraf, Finberg and Moore re: decision to file a new complaint for new client |
| 6/30/2005 | EMD | 0.25 | $ 490.00 | $ 122.50 | Phone conference with Ronen about whether DOL would be interested in any of the issues |
| 7/12/2005 | EMD | 0.25 | $ 490.00 | $ 122.50 | catch up on status of where we are with service, briefing, timing etc. |

EXHIBIT D

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/13/2005 | EMD | 5.25 | $ 490.00 | $ 2,572.50 | read and commented in memo to team concerning the motions filed by Solutia defendants and Northern Trust for dismissal of complaints and issues related to same, conference call with team about issues, work assignments, and sources of arguments against Defendants' arguments, reviewing Defendants' submissions for support of our Complaint |
| 7/18/2005 | EMD | 1.00 | $ 490.00 | $ 490.00 | read and prepared memo regarding draft statement of facts by Sarraf, also mark-up of draft by him |
| 7/19/2005 | EMD | 2.00 | $ 490.00 | $ 980.00 | work on factual section of the brief against the motions to dismiss |
| 7/20/2005 | EMD | 5.25 | $ 490.00 | $ 2,572.50 | work on opposition to Solutia Defendants' motion to dismiss |
| 7/22/2005 | EMD | 1.00 | $ 490.00 | $ 490.00 | more work on opposition to motions to dismiss |
| 7/22/2005 | EMD | 4.00 | $ 490.00 | $ 1,960.00 | work on various sections of briefing and commenting and editing others' drafts |
| 7/25/2005 | EMD | 0.25 | $ 490.00 | $ 122.50 | work on opposition to motion to dismiss by Solutia defendants |
| 7/28/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | catching up on status of the briefing of the opposition to motions to dismiss |
| 7/29/2005 | EMD | 3.50 | $ 490.00 | $ 1,715.00 | work on brief in opposition to NTC's motion to dismiss, including re-reading brief and FAB, Phone conference with Ronen, rewriting Ronen and Kathleen's sections of the brief |
| 7/31/2005 | EMD | 7.25 | $ 490.00 | $ 3,552.50 | work on redraft of the opposition memorandum to Northern Trust Co's motion to dismiss |
| 8/1/2005 | EMD | 7.00 | $ 490.00 | $ 3,430.00 | additional work on all of the arguments and statement of facts in the memorandum in opposition to the motion to dismiss filed by Northern Trust |
| 8/2/2005 | EMD | 1.50 | $ 490.00 | $ 735.00 | comments, discussions, corrections to brief in opposition to motion to dismiss |
| 8/3/2005 | EMD | 1.50 | $ 490.00 | $ 735.00 | work on new brief in opposition to NTC's motion to dismiss incorporating everyone's suggestions |
| 8/3/2005 | EMD | 1.50 | $ 490.00 | $ 735.00 | reconciling and incorporatign everyone's suggestions into brief in opposition to NTC motion to dismiss |
| 8/8/2005 | EMD | 0.75 | $ 490.00 | $ 367.50 | work on opposition to NTC's motion for summary judgment |
| 8/8/2005 | EMD | 2.50 | $ 490.00 | $ 1,225.00 | read and analyzed latest Moore draft of opposition to Solutia defendants' motion to dismiss and comments about securities laws issue, standing issue and duty of loyalty issue |
| 8/9/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | thoughts and comments on additional issues regarding the opposition briefs |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 8/12/2005 | EMD | 0.25 | $ 490.00 | $ 122.50 | Phone conference with Ronen and DOL |
| 8/29/2005 | EMD | 0.75 | $ 490.00 | $ 367.50 | conference with rAF and Moore about calculating losses and filing amended claim in bankruptcy proceedings |
| 8/30/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | discussions about issues regarding filing with bankrutpcy court and analyses of issues regarding |
| 8/31/2005 | EMD | 1.00 | $ 490.00 | $ 490.00 | analyzed and provided comments to Moore on draft of class cert memorandum for bankruptcy court |
| 9/6/2005 | EMD | 0.25 | $ 490.00 | $ 122.50 | comments and revisions on bankruptcy papers to team |
| 10/3/2005 | EMD | 0.25 | $ 490.00 | $ 122.50 | Phone conference with Sarraf, Moore and RAF about claims against the trustee in light of new decision re: Fidelity in Difelice |
| 10/4/2005 | EMD | 1.00 | $ 490.00 | $ 490.00 | work on letter to Judge Preska re: DiFelice decision |
| 10/12/2005 | EMD | 0.25 | $ 490.00 | $ 122.50 | conf with RAF, with Phone conference with Sarraf regarding the bankruptcy argument scheduled for class certification |
| 10/24/2005 | EMD | 0.50 | $ 490.00 | $ 245.00 | file management supervision, information and communications with newly assigned lawyer |
| 2/14/2006 | EMD | 0.25 | $ 490.00 | $ 122.50 | assignments re: disclosure statement and POR |
| 3/7/2006 | EMD | 1.00 | $ 490.00 | $ 490.00 | Phone conference with Sarref, RAF and Bushell to discuss strategy re: bankruptcy and disclosure statement |
| 3/19/2006 | EMD | 1.50 | $ 490.00 | $ 735.00 | thoughts and communications with team about potential discovery, standards for the discovery, and potential questions and areas |
| 3/19/2006 | EMD | 0.50 | $ 490.00 | $ 245.00 | mark-up of objections to disclosure statement drafted by Bushell |
| 3/28/2006 | EMD | 1.00 | $ 490.00 | $ 490.00 | read and analyzed Solutia Defs' letter to court, work on draft letter to Court, Phone conference with Sarraf, Bushell, RAF about what letter should address |
| 3/28/2006 | EMD | 0.50 | $ 490.00 | $ 245.00 | Phone conference with RAF, Bushell and Sarraf about what to file with bankruptcy court, including disclosure objections, and other issues-- discovery, class cert |
| 4/1/2006 | EMD | 0.50 | $ 490.00 | $ 245.00 | catching up on Solutia issues, including the court's opinion |
| 5/4/2006 | EMD | 0.50 | $ 490.00 | $ 245.00 | Phone conference with Ronen about plans for appellate brief, assignment to Moore and conference with Moore |
| 5/11/2006 | EMD | 1.75 | $ 490.00 | $ 857.50 | Phone conference with mediator from 2nd Circuit, assist on making a demand |
| 6/17/2006 | EMD | 1.00 | $ 490.00 | $ 490.00 | comments and edits to Moore draft of 2nd Circuit brief |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/22/2006 | EMD | 0.50 | $ 490.00 | $ 245.00 | edits and corrections to appellate brief |
| 6/23/2006 | EMD | 3.25 | $ 490.00 | $ 1,592.50 | proposed edits, comments, questions on appellate brief for Moore, Phone conference with Sarref, Moore and Finberg about issues regarding brief, communications with other counsel who have standing cases to discuss issues and concerns |
| 7/5/2006 | EMD | 2.00 | $ 490.00 | $ 980.00 | editing and comments on latest draft of Second Circuit brief, legal research and conferences with Moore about one argument on damages vs. benefits, rewrite to the section |
| 7/24/2006 | EMD | 0.75 | $ 490.00 | $ 367.50 | read and analyzed and did e-memo on new case in 2nd Circuit addressing prior participant |
| 7/25/2006 | EMD | 0.50 | $ 490.00 | $ 245.00 | issues on appeal and effect of new decision |
| 9/6/2006 | EMD | 1.00 | $ 490.00 | $ 490.00 | read trustee's brief and e-mail memo to team about same, also legal research on case cited |
| 9/15/2006 | EMD | 0.75 | $ 490.00 | $ 367.50 | read portions of Solutia defendants' brief, Phone conference with Sarraf and Moore about responding and issues |
| 9/19/2006 | EMD | 1.25 | $ 490.00 | $ 612.50 | read and provided detailed comments on the latest draft of the brief in opposition to Northern Trust and e-mails with team |
| 9/26/2006 | EMD | 1.00 | $ 490.00 | $ 490.00 | comments and edits to new draft of reply brief, Conference with Moore about same |
| 9/27/2006 | EMD | 0.50 | $ 490.00 | $ 245.00 | quick review of reply brief for edits and comments |
| 10/8/2006 | EMD | 0.25 | $ 490.00 | $ 122.50 | communications about where to go from here |
| 10/17/2006 | EMD | 0.25 | $ 490.00 | $ 122.50 | Phone conference with Ronen about arrangements and requirements for handling appellate argument |
| 1/8/2007 | EMD | 6.25 | $ 490.00 | $ 3,062.50 | begin preparation for appellate argument, reading briefs, record, etc. and making notes for oral argument |
| 1/9/2007 | EMD | 0.25 | $ 490.00 | $ 122.50 | issues for appeal argument |
| 1/10/2007 | EMD | 4.00 | $ 490.00 | $ 1,960.00 | work on argument regarding appeal including review of record re: Northern Trust and bankruptcy issues |
| 1/11/2007 | EMD | 2.50 | $ 490.00 | $ 1,225.00 | communications about DOL argument, preparation for our argument |
| 1/12/2007 | EMD | 4.00 | $ 490.00 | $ 1,960.00 | reading, analyzing and summarizing for purposes of appeal argument every important decision cited in the briefs |
| 1/14/2007 | EMD | 5.25 | $ 490.00 | $ 2,572.50 | continuing to review and analyze every major case in the briefing and working on important points for the argument |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/15/2007 | EMD | 7.25 | $ 490.00 | $ 3,552.50 | continuing to review, analyze and annotate all major cases cited in briefing and drafting points for argument from the cases |
| 1/16/2007 | EMD | 6.50 | $ 490.00 | $ 3,185.00 | still working on the appeal-- anallyzing cases, working on outline, making arrangements for potential moot court, developing distinctions between the cases |
| 1/17/2007 | EMD | 1.25 | $ 490.00 | $ 612.50 | work on appeal issues, arguments, etc. |
| 1/18/2007 | EMD | 3.25 | $ 490.00 | $ 1,592.50 | more work on appeal, including analysis of cases, development of case distinctions, etc. |
| 1/19/2007 | EMD | 5.00 | $ 490.00 | $ 2,450.00 | finished first run through of analyzing primary cases, and annotating them for argument, Conference with Moore about issues and arguments, more work on argument and preparation |
| 1/20/2007 | EMD | 3.75 | $ 490.00 | $ 1,837.50 | more preparation including analysis of FAB, analysis of recent cases not addressed in briefing |
| 1/22/2007 | EMD | 0.25 | $ 490.00 | $ 122.50 | work in preparation for appeal |
| 1/23/2007 | EMD | 1.00 | $ 490.00 | $ 490.00 | work on preparation for appeal |
| 1/24/2007 | EMD | 1.75 | $ 490.00 | $ 857.50 | change in date of hearing, informing all, conference call with Ronen, e-mail to moot courters, conference with Hurt about participant cases going both ways and how to argue same |
| 1/25/2007 | EMD | 2.75 | $ 490.00 | $ 1,347.50 | reading and digesting and e-mail memo regarding briefing in Vaughn case to 9th circuit |
| 1/26/2007 | EMD | 0.50 | $ 490.00 | $ 245.00 | preparation for argument- |
| 2/1/2007 | EMD | 1.00 | $ 490.00 | $ 490.00 | review and analysis of additional new cases regarding participant and other ERISA issues related to appeal, |
| 2/2/2007 | EMD | 4.00 | $ 490.00 | $ 1,960.00 | preparation for argument on participant issue-- developing argument in advance of moot-courting by other lawyers next week |
| 2/3/2007 | EMD | 2.00 | $ 490.00 | $ 980.00 | preparation for moot courting on participant issue in Cal. |
| 2/5/2007 | EMD | 2.25 | $ 490.00 | $ 1,102.50 | Conference with Hurt about argument and issues, more work on argument |
| 2/6/2007 | EMD | 4.00 | $ 490.00 | $ 1,960.00 | more preparation for argument, letter to court about schedule, mock argument before 2 associates |
| 2/7/2007 | EMD | 4.00 | $ 490.00 | $ 1,960.00 | preparation for meeting with other counsel and moot courting for appeal |

EXHIBIT D

| Date | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 2/8/2007 | EMD | 7.50 | $ 490.00 | $ 3,675.00 | flew to California for meeting and moot courting by other distinguished ERISA lawyers with expertise on former employee issue, also attended session where defense counsel Karen Wahle spoke on the issue |
| 2/11/2007 | EMD | 7.00 | $ 490.00 | $ 3,430.00 | return home to Pittsburgh from California meeting and moot court |
| 4/15/2007 | EMD | 1.25 | $ 490.00 | $ 612.50 | supervising paralegal regarding document management |
| 5/3/2007 | EMD | 1.00 | $ 490.00 | $ 490.00 | revisions to draft argument based on comments from other ERISA plaintiff lawyers and mooting |
| 5/4/2007 | EMD | 1.50 | $ 490.00 | $ 735.00 | more work on argument for 2nd Circuit |
| 5/11/2007 | EMD | 0.50 | $ 490.00 | $ 245.00 | updating research for argument |
| 5/14/2007 | EMD | 1.50 | $ 490.00 | $ 735.00 | preparation for appellate argument |
| 5/15/2007 | EMD | 2.25 | $ 490.00 | $ 1,102.50 | preparation for appeal including more search and review of new cases on "participant" standing under ERISA, communicating with other plaintiffs' lawyers regarding new thoughts on the subject, and updating outline for appeal argument |
| 5/16/2007 | EMD | 2.50 | $ 490.00 | $ 1,225.00 | more preparation for argument, including reading new cases on participant status, revising argument, phone conference with Lewis about directed trustee issue, and revising outline of argument and answers to questions |
| 5/17/2007 | EMD | 1.25 | $ 490.00 | $ 612.50 | preparation for argument, including reviewing new cases and working in answers to questions, informing self about judges assigned, and other work |
| 5/17/2007 | EMD | 1.00 | $ 490.00 | $ 490.00 | more work on appeal argument, including review of bios of judges and reading decisions of judges |
| 5/18/2007 | EMD | 7.00 | $ 490.00 | $ 3,430.00 | preparation for argument before Second Circuit, including moot courting Tim Houser of DOL and communications with team about best arguments on various issues, re-reading prominent cases |
| 5/18/2007 | EMD | 2.25 | $ 490.00 | $ 1,102.50 | reading and communicating about what is contained in the new amended POR and the disclosure statement regarding these claims and deals made with Monsanto and Pharmacia |
| 5/19/2007 | EMD | 2.00 | $ 490.00 | $ 980.00 | preparation for argument reading panel's ERISA cases |
| 5/20/2007 | EMD | 4.00 | $ 490.00 | $ 1,960.00 | travel to NYC for court argument in Second Circuit-- dinner meeting with Ronen to discuss strategy plus other preparation |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/21/2007 | EMD | 9.00 | $490.00 | $4,410.00 | breakfast with Tim Houser from DOL and Sarraf, court appearance for Second Circuit argument, lunch meeting afterwards to discuss what happened and what to expect, travel back to Pittsburgh |
| 5/23/2007 | EMD | 0.75 | $490.00 | $367.50 | phone calls from other counsel, phone calls from putative class members and others inquiring about status |
| 5/23/2007 | EMD | 0.50 | $490.00 | $245.00 | communications with team about issues and prospects for possible settlement |
| 5/25/2007 | EMD | 1.25 | $490.00 | $612.50 | Phone conference with Sarraf, Gentile, Finberg, Bushell and Hurt to address DOL's position, the question of amending the bankruptcy claim, how to proceed and likely defenses |
| 5/29/2007 | EMD | 0.50 | $490.00 | $245.00 | Phone conference with potential class member |
| 6/5/2007 | EMD | 0.25 | $490.00 | $122.50 | communications with team about status and work to be done |
| 6/6/2007 | EMD | 0.50 | $490.00 | $245.00 | Read Guidant decision |
| 6/7/2007 | EMD | 7.00 | $490.00 | $3,430.00 | Strategy for new Plaintif |
| 6/7/2007 | EMD | 0.50 | $490.00 | $245.00 | Appeal letter to court |
| 6/11/2007 | EMD | 0.50 | $490.00 | $245.00 | Phone conference with Gentile about statute of limitation issues in new filing with new Plaintiff |
| 6/12/2007 | EMD | 0.50 | $490.00 | $245.00 | Communications about what statue of limitations and standing problems exist in possible venues for new plaintiff |
| 6/13/2007 | EMD | 0.50 | $490.00 | $245.00 | agreement to send letter to court re: new DOL case on deference, review of draft, sign-off on letter |
| 6/13/2007 | EMD | 0.50 | $490.00 | $245.00 | More communications about pros and cons of filing in other places and issues re: new plaintiffs |
| 6/20/2007 | EMD | 1.00 | $490.00 | $490.00 | Strategy session regarding new plaintiff filing questions |
| 6/22/2007 | EMD | 0.75 | $490.00 | $367.50 | Strategy conferene call re: where to file re: new plaintiff |
| 6/22/2007 | EMD | 1.75 | $490.00 | $857.50 | Edits, research, communications and work regarding objections to disclosure statement |
| 6/24/2007 | EMD | 1.50 | $490.00 | $735.00 | investigation and proposed edits plus questions about new complaint to be filed by Lieff |
| 6/24/2007 | EMD | 0.75 | $490.00 | $367.50 | work on objections to Disclosure Statement |
| 6/25/2007 | EMD | 1.50 | $490.00 | $735.00 | comments and corrections regarding Disclosure Statement including investigation and research into a few matters and Phone conference with Ronen about failure to provide information known to Debtors |

EXHIBIT D

| Date | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/26/2007 | EMD | 1.25 | $ 490.00 | $ 612.50 | back and forth comments and edits on the new case class certification motion, brief, etc. |
| 6/27/2007 | EMD | 0.50 | $ 490.00 | $ 245.00 | Phone conference with Sarraf and e-mails about how to get the new complaint on track for action |
| 6/27/2007 | EMD | 0.50 | $ 490.00 | $ 245.00 | Phone conference with Sarraf about whether to accept magistrate judge, extensions of time and strategies |
| 6/28/2007 | EMD | 1.25 | $ 490.00 | $ 612.50 | issues related to Reiff filing |
| 6/29/2007 | EMD | 1.50 | $ 490.00 | $ 735.00 | phone calls and communications with Debtors about disclosure statement and problems and communications internally about how to handle (This is not for Reiff) |
| 7/2/2007 | EMD | 0.50 | $ 490.00 | $ 245.00 | revwd new case re: subordination and comments about same Reiff and Dickerson |
| 7/2/2007 | EMD | 2.25 | $ 490.00 | $ 1,102.50 | preparation, including Phone conference with Hurt and Sarraf, reading Equity Committee and other objections, for the conference call with the Debtors' counsel, then conference call with Debtors' counsel, then conference call afterwards with Sarraf, also e-mail to team about where we are This refers to both Reiff and Dickerson in Bankruptcy |
| 7/3/2007 | EMD | 0.50 | $ 490.00 | $ 245.00 | research and issues regarding subordination |
| 7/3/2007 | EMD | 1.00 | $ 490.00 | $ 490.00 | Phone conference with Ronen and Hurt, then Phone conference with Cohen, then conference afterwards with Ronen and Hurt-- regarding treatment of claim in Solutia bankruptcy and whether issues can be resolved by stipulation, possible subjects of the stipulation |
| 7/9/2007 | EMD | 0.75 | $ 490.00 | $ 367.50 | communications, review and comments about proposed language regarding settlement of claim in order to proceed against the insurance proceeds-- includes Reiff and Dickerson |
| 7/10/2007 | EMD | 0.50 | $ 490.00 | $ 245.00 | communications regarding the hearing regarding the disclosure statement, Sarraf's communications with debtors' counsel |
| 7/10/2007 | EMD | 0.25 | $ 490.00 | $ 122.50 | communications about how to handle Dell and Wahle in moving this case forward |
| 7/11/2007 | EMD | 0.50 | $ 490.00 | $ 245.00 | communications about the status of discussions with debtor and others regarding |

EXHIBIT D