| Date | Initials | | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/13/2007 | EMD | | | 0.75 | $ 490.00 | $ 367.50 | phone conference with Ronen and Richard Finberg about how to proceed regarding bankruptcy claim, whether to try to settle for insurance proceeds, what to do about Gotto offer, etc. |
| 7/15/2007 | EMD | | | 1.50 | $ 490.00 | $ 735.00 | catch up on status of research and issues related to Solutia in order to be able to intelligently talk to debtors' counsel on Monday and be in bankruptcy court on Tuesday |
| 7/16/2007 | EMD | | | 8.50 | $ 490.00 | $ 4,165.00 | research and review for Solutia appearance, including Phone conference with Gentile, Conference with RAF, reading objections and rights offering information, preparing for phone conference with Frisshberg, preparations for hearing in bankruptcy court, travel to NYC |
| 7/17/2007 | EMD | | | 11.50 | $ 490.00 | $ 5,635.00 | preparation for bankruptcy court proceeding, including meeting before with Ronen Sarraf, then meeting with Debtors' counsel, then appearance before Judge Beatty, then meeting afterwards with Sarraf and Gentile, plus Phone conference with Finberg, Phone conference with Gary Gotto, then travel (delayed) back from LaGuardia to Pittsburgh |
| 7/18/2007 | EMD | | | 5.50 | $ 490.00 | $ 2,695.00 | work on opposition to motion to subordinate, including conference call with Sarraf about looking for different bankruptcy counsel, phone conference with Sommers to discuss issue, meeting with Finberg, Hurt, Ewing, Cohn et al to discuss apportioning work to be done, then insert for brief on ERISA statutory scheme and claim |
| 7/18/2007 | EMD | | | 0.75 | $ 490.00 | $ 367.50 | phone conference with team to discuss strategy with debtors' counsel, conference call with debtors' counsel, conference call afterwards with team about where to go from here |
| 7/19/2007 | EMD | | | 8.25 | $ 490.00 | $ 4,042.50 | work on opposition to Debtors' motion to subordinate including writing part, and integrating everyone's parts of the brief into a comprehensive document, supervising assignments to all; also quick review and response re: statement regarding voting and ballots |
| 7/20/2007 | EMD | | | 0.75 | $ 490.00 | $ 367.50 | pcs with Ronen and Joe Gentile about settlement of claim strategies and advice received from bankruptcy counsel about how much to negotiate for and procedures for negotiations |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/20/2007 | EMD | 7.50 | $ 490.00 | $ 3,675.00 | work on opposition to motion to subordinate, including multiple conference calls, and writing assignments |
| 7/21/2007 | EMD | 2.00 | $ 490.00 | $ 980.00 | new edits and re-writes to Hurt and Sarraf draft of the opposition to the subordination |
| 7/22/2007 | EMD | 4.00 | $ 490.00 | $ 1,960.00 | reconciling everyone's thoughts and edits into one coherent draft |
| 7/23/2007 | EMD | 3.00 | $ 490.00 | $ 1,470.00 | reviewing and critiquing everyone's edits, Phone conference with team |
| 7/25/2007 | EMD | 0.75 | $ 490.00 | $ 367.50 | Phone conference with bankruptcy counsel to discuss where we are and where we want to be |
| 7/25/2007 | EMD | 2.00 | $ 490.00 | $ 980.00 | read, and analyzed and sent memo to team regarding the new disclosure statement |
| 7/26/2007 | EMD | 0.75 | $ 490.00 | $ 367.50 | phone conference with Ira and Ronen about new disclosure statement, preparation for attendance at hearing on disclosure statement, and issues that could arise |
| 7/27/2007 | EMD | 0.25 | $ 490.00 | $ 122.50 | issues re: Disclosure Statement |
| 7/27/2007 | EMD | 2.75 | $ 490.00 | $ 1,347.50 | pcs with Ronen and Joe, then with Mike, then with Debtors' counsel, then ps' counsel elsewhere |
| 7/31/2007 | EMD | 0.75 | $ 490.00 | $ 367.50 | phone conference with Etkin, Ronen, Joe, Rich and Joel to discuss prospects in the case |
| Totals Ellen M. Doyle | | 369.00 | | $ 180,810.00 | |
| | | | | | |
| 11/12/2004 | JAM | 0.25 | $ 300.00 | $ 75.00 | Conference RAF re: revising and finalizing motion for withdrawal of reference |
| 11/15/2004 | JAM | 6.25 | $ 300.00 | $ 1,875.00 | Continue revising and finalize motion for withdrawal of reference; research local rules |
| 11/16/2004 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue revising and finalize motion for withdrawal of reference; research local rules |
| 11/17/2004 | JAM | 2.50 | $ 300.00 | $ 750.00 | Continue revising and finalize motion for withdrawal of reference and memorandum in support; research local rules; draft e-mail to local counsel re: same |
| 12/3/2004 | JAM | 0.50 | $ 300.00 | $ 150.00 | Research local rules related to motion to withdraw reference; send e-mail to co-counsel re: same |
| 12/7/2004 | JAM | 0.25 | $ 300.00 | $ 75.00 | Phone conference local counsel re: procedure for filing motion for withdrawal of reference |

EXHIBIT D

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/17/2005 | JAM | 4.00 | $ 300.00 | $ 1,200.00 | Conference RAF & EMD re: drafting class certification brief in Solutia bankruptcy proceeding; begin review background document; begin draft brief |
| 3/21/2005 | JAM | 7.25 | $ 300.00 | $ 2,175.00 | Conference RAF re: drafting class certification brief in Solutia bankruptcy proceeding; continue review complaint and other background documents; continue draft brief; contact Brian McTigue's office and Ronen Sarraf's office to obtain relevant model and background documents in WordPerfect format; draft related e-mails |
| 3/22/2005 | JAM | 7.00 | $ 300.00 | $ 2,100.00 | Review Solutia complaint, review Kathleen Davies memo on Solutia facts, conference Kathleen Davies re: same; continue draft Solutia bankruptcy class certification motion and brief in support |
| 3/23/2005 | JAM | 6.00 | $ 300.00 | $ 1,800.00 | continue draft and research Solutia bankruptcy class certification motion and brief in support; continue review background documents including complaint, plan documents, and summary plan description; conference RAF re: factual background and briefing strategy |
| 3/24/2005 | JAM | 4.75 | $ 300.00 | $ 1,425.00 | Draft and research FOIA request; review past requests; begin review documents related to preparation of amended complaint |
| 3/24/2005 | JAM | 0.75 | $ 300.00 | $ 225.00 | Phone conference local counsel, EMD & RAF, re: case status and next steps to take |
| 3/25/2005 | JAM | 0.25 | $ 300.00 | $ 75.00 | research FOIA request |
| 3/28/2005 | JAM | 1.50 | $ 300.00 | $ 450.00 | Review and analyze Fifth Circuit Milofsky case and related brief on standing to bring claim on behalf of plan; conference RAF re: strategy for amending complaint; begin assemble background documents for amending complaint |
| 3/29/2005 | JAM | 2.50 | $ 300.00 | $ 750.00 | Begin review fact and plan documents for amending complaint and begin fact investigation |
| 3/30/2005 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue review fact and plan documents for amending complaint and begin fact investigation |
| 3/31/2005 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue review fact and plan documents for amending complaint and continue fact investigation; conference Tom Buzard re: searching for Wall Street journal articles on Solutia during relevant time period; continue draft timeline of Solutia events |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/1/2005 | JAM | 2.50 | $ 300.00 | $ 750.00 | Continue review fact and plan documents for amending complaint and continue fact investigation |
| 4/7/2005 | JAM | 0.25 | $ 300.00 | $ 75.00 | In response to co-counsel request for status update, compute deadline for DOL response to FOIA request and draft e-mail re: same |
| 4/8/2005 | JAM | 0.75 | $ 300.00 | $ 225.00 | Phone conference co-counsel & EMD & RAF re: strategy for amending Solutia complaint; review related documents |
| 4/11/2005 | JAM | 2.50 | $ 300.00 | $ 750.00 | Phone conference local counsel re: strategy for amending Solutia complaint; review Solutia registration statement for information about spinoff agreement; begin review Ronen Sarraf draft of amended complaint |
| 4/12/2005 | JAM | 3.50 | $ 300.00 | $ 1,050.00 | Continue review Ronen Sarraf draft of amended complaint and review related documents |
| 4/12/2005 | JAM | 4.00 | $ 300.00 | $ 1,200.00 | Conference RAF re: possible strategies for obtaining "discovery" of source documents for Solutia bankruptcy equity committee's complaint in bankruptcy action, so that we may add Monsanto as a party; research strategies for same |
| 4/13/2005 | JAM | 6.75 | $ 300.00 | $ 2,025.00 | Continue review Ronen Sarraf draft of amended complaint and review related documents; conference EMD re: her review of amended complaint draft; phone conference Ronen Sarraf re: division of labor on amending complaint; begin revise amended complaint |
| 4/13/2005 | JAM | 1.00 | $ 300.00 | $ 300.00 | Second Conference RAF re: possible strategies for obtaining "discovery" of source documents for Solutia bankruptcy equity committee's complaint in bankruptcy action, so that we may add Monsanto as a party; phone conference local bankruptcy expert re: same; phone conference Ronen Sarraf re: same |
| 4/14/2005 | JAM | 7.25 | $ 300.00 | $ 2,175.00 | Continue review Ronen Sarraf draft of amended complaint and review related documents; continue revise amended complaint, research facts, and research law; review Solutia spinoff/"distribution" agreement |
| 4/15/2005 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue review Ronen Sarraf draft of amended complaint and review related documents; continue revise amended complaint, research facts, and research law; phone conference Ronen Sarraf re: same; conference RAF re: same |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/18/2005 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | continue research and revise amended complaint, research facts, and research law; conference EMD re: same |
| 4/19/2005 | JAM | 6.25 | $ 300.00 | $ 1,875.00 | continue research and revise amended complaint, research facts, and research law |
| 4/20/2005 | JAM | 1.50 | $ 300.00 | $ 450.00 | continue research and revise amended complaint, research facts, and research law; draft e-mail to co-counsel analyzing different candidate dates for inception of class period; |
| 4/22/2005 | JAM | 1.00 | $ 300.00 | $ 300.00 | Phone conference EMD & Ronen Sarraf on strategy for revising Solutia complaint; e-mail exchange with Ronen Sarraf re: same |
| 4/26/2005 | JAM | 0.25 | $ 300.00 | $ 75.00 | Review Ronen Sarraf e-mail regarding serving subpoena duces tecum on equity committee to obtain documents; research and compose reply regarding advisability of this tactic |
| 4/28/2005 | JAM | 5.50 | $ 300.00 | $ 1,650.00 | Continue research and draft amended complaint; review analyst reports and news articles regarding stock decline in early 2002; multiple conferences Tom Buzard re: same |
| 4/29/2005 | JAM | 4.75 | $ 300.00 | $ 1,425.00 | Continue research and draft amended complaint |
| 5/2/2005 | JAM | 7.25 | $ 300.00 | $ 2,175.00 | Continue research and draft amended complaint; conference EMD re: same; conference RAF re: status of investment committees in bankruptcy proceeding |
| 5/3/2005 | JAM | 7.00 | $ 300.00 | $ 2,100.00 | Continue research and draft amended complaint; phone conference RAF & Ronen Sarraf re: same; continue research status of committee defendants with respect to bankruptcy stay; review credit rating changes in Solutia during class period; conference Tom Buzard re: same; conference Tom Buzard re: collecting names of directors during period of public imprudency |
| 5/4/2005 | JAM | 6.50 | $ 300.00 | $ 1,950.00 | Continue research and draft amended complaint; phone conference RAF & Ronen Sarraf re: same; continue research status of committee defendants with respect to bankruptcy stay and draft memo and e-mails on same; review credit rating changes in Solutia from Moody's investors services during class period; conference Tom Buzard re: same; conference Tom Buzard re: verifying information on directors during period of public imprudency |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/5/2005 | JAM | 7.00 | $ 300.00 | $ 2,100.00 | Continue research and draft amended complaint; phone conference RAF & Ronen Sarraf re: same; locate forms 11-K for RAF loss computation analysis for amended complaint; phone conference Ronen Sarraf & Joseph Gentile re: complaint paragraph discussing analyst uncertainty regarding liability |
| 5/6/2005 | JAM | 6.25 | $ 300.00 | $ 1,875.00 | Continue research and draft amended complaint; phone conference RAF & Ronen Sarraf re: same; multiple e-mail exchanges with co-counsel re: same |
| 5/13/2005 | JAM | 0.50 | $ 300.00 | $ 150.00 | Review letter brief from Solutia defense counsel describing, pursuant to court order, purported "legal deficiencies" in amended complaint; draft e-mail to co-counsel regarding reaction to seem |
| 5/16/2005 | JAM | 1.50 | $ 300.00 | $ 450.00 | Review letter brief from Northern Trust defense counsel describing, pursuant to court order, purported "legal deficiencies" in amended complaint; draft e-mail to co-counsel regarding changes to complaint related to same; review various e-mails on complaint changes; begin review and revise proposed changes to amended complaint |
| 5/17/2005 | JAM | 4.00 | $ 300.00 | $ 1,200.00 | Continue review and revise second amended Solutia complaint; phone conference Ronen Sarraf re: same; phone conference RAF, EMD, & Ronen Sarraf re: same |
| 5/18/2005 | JAM | 1.75 | $ 300.00 | $ 525.00 | review and revise latest Ronen Sarraf changes to second amended Solutia complaint draft; phone conference Ronen Sarraf re: same |
| 5/19/2005 | JAM | 1.25 | $ 300.00 | $ 375.00 | review and revise latest Ronen Sarraf changes to second amended Solutia complaint draft; phone conference Ronen Sarraf & RAF re: same |
| 6/1/2005 | JAM | 0.50 | $ 300.00 | $ 150.00 | Review account statement of proposed new plaintiff and letter to Judge regarding same |
| 6/6/2005 | JAM | 0.25 | $ 300.00 | $ 75.00 | Review response from Boston regional office of DOL regarding FOIA request pertaining to Northern trust |
| 6/8/2005 | JAM | 0.25 | $ 300.00 | $ 75.00 | Review status of responses from various DOL regional offices regarding FOIA request |
| 6/20/2005 | JAM | 0.50 | $ 300.00 | $ 150.00 | Conference RAF, EMD & Ronen Sarraf re: advisability of filing separate complaint for new plaintiff in light of Judge's rejection of attempt to amend complaint; review drafts of letter to Judge re: same |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/1/2005 | JAM | 0.50 | $ 300.00 | $ 150.00 | Begin research likely response to upcoming motions to dismiss on standing issues, etc. |
| 7/5/2005 | JAM | 7.00 | $ 300.00 | $ 2,100.00 | Continue research likely response to upcoming motions to dismiss on standing issues, etc. |
| 7/6/2005 | JAM | 7.25 | $ 300.00 | $ 2,175.00 | Review motions to dismiss by Solutia defendants and Northern Trust; begin research response; conference RAF & Ronen Sarraf re: response strategy |
| 7/7/2005 | JAM | 0.75 | $ 300.00 | $ 225.00 | Continue review motions to dismiss by Solutia defendants and Northern Trust; phone conference Kathleen Davies re: strategy for response to Northern Trust motion to dismiss |
| 7/12/2005 | JAM | 7.75 | $ 300.00 | $ 2,325.00 | Continue research and draft response to Solutia defendants motion to dismiss; arrange conference call on strategy for same; arrange for reproduction of appendices and affidavits filed by Solutia defendants and Northern Trust in support of their motions to dismiss |
| 7/13/2005 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue research and draft response to Solutia defendants motion to dismiss; conference call on strategy for same |
| 7/14/2005 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue research and draft response to Solutia defendants motion to dismiss; phone conference Ronen Sarraf & Rich Finberg re: division of labor in drafting response; conference JRH & Dan Bushell re: briefs we have done recently on topics to be addressed by Ronen Sarraf; e-mail briefs and related materials to Ronen Sarraf to assist him in preparing response |
| 7/15/2005 | JAM | 7.75 | $ 300.00 | $ 2,325.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 7/18/2005 | JAM | 7.75 | $ 300.00 | $ 2,325.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 7/19/2005 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue research and draft response to Solutia defendants motion to dismiss; phone conference Ronen Sarraf re: same |
| 7/20/2005 | JAM | 7.00 | $ 300.00 | $ 2,100.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 7/21/2005 | JAM | 8.25 | $ 300.00 | $ 2,475.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 7/22/2005 | JAM | 7.00 | $ 300.00 | $ 2,100.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 7/25/2005 | JAM | 5.50 | $ 300.00 | $ 1,650.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 7/26/2005 | JAM | 4.50 | $ 300.00 | $ 1,350.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 7/27/2005 | JAM | 3.00 | $ 300.00 | $ 900.00 | Continue research and draft response to Solutia defendants motion to dismiss |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/28/2005 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 7/29/2005 | JAM | 7.25 | $ 300.00 | $ 2,175.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 8/1/2005 | JAM | 7.75 | $ 300.00 | $ 2,325.00 | Continue research and draft response to Solutia defendants motion to dismiss; phone conference Ronen Sarraf re: seeking leave of court to increase page limit for brief |
| 8/2/2005 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue research and draft response to Solutia defendants motion to dismiss; discuss strategy and review letters to judge regarding increased page limit for brief |
| 8/3/2005 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 8/4/2005 | JAM | 7.00 | $ 300.00 | $ 2,100.00 | Continue research and draft response to Solutia defendants motion to dismiss; conf. RAF & Ronen Sarraf re: procedure for citing to plan documents in opposition brief and compiling appendix |
| 8/5/2005 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 8/7/2005 | JAM | 4.00 | $ 300.00 | $ 1,200.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 8/8/2005 | JAM | 6.50 | $ 300.00 | $ 1,950.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 8/8/2005 | JAM | 1.00 | $ 300.00 | $ 300.00 | Review and edit brief in opposition to Northern Trust motion to dismiss |
| 8/9/2005 | JAM | 8.25 | $ 300.00 | $ 2,475.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 8/10/2005 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue research and draft response to Solutia defendants motion to dismiss |
| 8/10/2005 | JAM | 1.25 | $ 300.00 | $ 375.00 | Review and edit brief in opposition to Northern Trust motion to dismiss |
| 8/11/2005 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue research and draft response to Solutia defendants motion to dismiss; phone conference Ronen Sarraf re: same; conference RAF re: same |
| 8/15/2005 | JAM | 3.75 | $ 300.00 | $ 1,125.00 | Research significance of Dura pharmaceuticals Supreme Court case; draft e-mail memo re: same; organize files |
| 8/16/2005 | JAM | 0.25 | $ 300.00 | $ 75.00 | Conference RAF re: drafting class certification motion and brief for bankruptcy proceeding |
| 8/17/2005 | JAM | 5.75 | $ 300.00 | $ 1,725.00 | Research procedure regarding amending proof of claim; begin draft amended proof claim; Phone Conference RAF & Ronen Sarraf re: strategy for same |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 8/18/2005 | JAM | 4.50 | $ 300.00 | $ 1,350.00 | Continue research procedure regarding amending proof of claim; draft statement to accompany amended proof of claim; begin research class certification procedure for amended proof of claim |
| 8/22/2005 | JAM | 6.75 | $ 300.00 | $ 2,025.00 | Continue research class certification procedure for amended proof of claim; review Schering-Plough Third Circuit decision; draft letter to Judge Preska regarding same; conference co-counsel regarding same; conference RAF re: class certification breach strategy |
| 8/23/2005 | JAM | 7.25 | $ 300.00 | $ 2,175.00 | Continue research class certification procedure for amended proof of claim; begin draft class certification motion and brief in support; e-mail exchange with co-counsel re: requesting oral argument on motions to dismiss |
| 8/24/2005 | JAM | 0.25 | $ 300.00 | $ 75.00 | Review draft of letter from co-counsel requesting oral argument on motions to dismiss; conference RAF re: same |
| 8/24/2005 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue research class certification procedure for amended proof of claim; continue draft class certification motion and brief in support; conference RAF re: same |
| 8/25/2005 | JAM | 7.75 | $ 300.00 | $ 2,325.00 | Continue research class certification procedure for amended proof of claim; continue draft class certification motion and brief in support |
| 8/26/2005 | JAM | 7.25 | $ 300.00 | $ 2,175.00 | Continue research class certification procedure for amended proof of claim; continue draft class certification motion and brief in support |
| 8/29/2005 | JAM | 8.25 | $ 300.00 | $ 2,475.00 | Continue draft bankruptcy class certification motion and brief in support; conference RAF & EMD re: whether to hire expert to make more precise loss estimate |
| 8/30/2005 | JAM | 8.75 | $ 300.00 | $ 2,625.00 | Continue draft and research bankruptcy class certification motion and brief in support; begin assemble exhibits; review recent court opinions in related areas; review local counsel's suggested changes and draft of supporting declaration |
| 8/31/2005 | JAM | 8.50 | $ 300.00 | $ 2,550.00 | Continue draft and research bankruptcy class certification motion and brief in support; conference EMD re: same; review and revise RAF draft of attachment to amended proof of claim; conference RAF re: same; conference Ronen Sarraf re: same; continue revise amended proof of claim form |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 9/1/2005 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue draft and research bankruptcy class certification motion and brief in support; begin review Northern Trust's reply brief in support of motion to dismiss |
| 9/2/2005 | JAM | 8.25 | $ 300.00 | $ 2,475.00 | Continue draft and research bankruptcy class certification motion, brief in support, and related documents; continue review Northern Trust's reply brief in support of motion to dismiss; review the Solutia Defendants' reply brief in support of their motion to dismiss |
| 9/6/2005 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue draft and research bankruptcy class certification motion, brief in support, and related documents |
| 9/7/2005 | JAM | 4.00 | $ 300.00 | $ 1,200.00 | Continue draft and research bankruptcy class certification motion, brief in support, and related documents; conference RAF & Ronen Sarraf re: same; organize related files |
| 9/21/2005 | JAM | 1.50 | $ 300.00 | $ 450.00 | Conference RAF re: advisability of filing second complaint for second plaintiff; phone conference RAF & Ronen Sarraf re: same; review Ronen Sarraf draft changes and research other changes to make to original complaint |
| 9/22/2005 | JAM | 3.25 | $ 300.00 | $ 975.00 | Make changes to original complaint regarding co-fiduciary liability and requisite knowledge; conference JRH re: same; conference RAF re: same; draft e-mail on same |
| 9/23/2005 | JAM | 0.50 | $ 300.00 | $ 150.00 | Review RAF changes to original complaint regarding co-fiduciary liability and requisite knowledge; conference RAF re: same |
| 9/26/2005 | JAM | 1.25 | $ 300.00 | $ 375.00 | Review JP Morgan case to determine whether its holding might suggest complaint changes; review latest Second Circuit ERISA decisions to determine if there is anything relevant to our case |
| 10/3/2005 | JAM | 2.25 | $ 300.00 | $ 675.00 | Phone conference EMD, RAF, & Ronen Sarraf re: whether to voluntarily dismiss Northern Trust in light of USAir decision; review new adverse decision on ERISA standing and draft e-mail re: same; begin review new Company Stock opinion denying in part motions to dismiss |
| 10/4/2005 | JAM | 1.75 | $ 300.00 | $ 525.00 | Review and revise EMD draft of letter to Judge Preska responding to Northern Trust's submitting DiFelice opinion; continue review recent Company Stock case from Kansas |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/5/2005 | JAM | 0.75 | $ 300.00 | $ 225.00 | Begin review and revise second EMD draft of letter to Judge Preska responding to Northern Trust's submitting DiFelice opinion; continue review recent Company Stock case from Kansas |
| 10/6/2005 | JAM | 0.50 | $ 300.00 | $ 150.00 | Continue review and revise second EMD draft of letter to Judge Preska responding to Northern Trust's submitting DiFelice opinion; continue review recent Company Stock case from Kansas |
| 10/7/2005 | JAM | 0.75 | $ 300.00 | $ 225.00 | continue review recent Company Stock case from Kansas |
| 10/13/2005 | JAM | 0.50 | $ 300.00 | $ 150.00 | Review recent docket activity in bankruptcy case; draft e-mail on same and speculating as to why debtor has not filed opposition to our certification brief and motion; conference RAF re: same |
| 10/14/2005 | JAM | 3.75 | $ 300.00 | $ 1,125.00 | Review, distribute to co-counsel, and analyze debtor's brief in opposition to bankruptcy class certification motion; conference RAF re: same; continue monitor bankruptcy court docket |
| 10/18/2005 | JAM | 0.25 | $ 300.00 | $ 75.00 | E-mail exchange with co-counsel re: is sending Judge Preska letter advising her of Williams certification opinion addressing standing issues |
| 10/20/2005 | JAM | 0.25 | $ 300.00 | $ 75.00 | E-mail exchange with co-counsel re: new adverse ERISA standing opinion out of California and its effect on whether to send Judge Preska letter advising her of Williams certification opinion addressing standing issues |
| 11/29/2005 | JAM | 0.25 | $ 300.00 | $ 75.00 | Begin draft reply brief for bankruptcy class certification motion |
| 12/13/2005 | JAM | 0.75 | $ 300.00 | $ 225.00 | Continue research whether we need to clarify that our amended proof of claim "replaced" the original claim and was not additional to it, as suggested by defense counsel |
| 12/14/2005 | JAM | 1.00 | $ 300.00 | $ 300.00 | Conference RAF & phone conference RAF & Ronen Sarraf re: RAF lunch with Eric Schaeffer and insights gained therefrom regarding bankruptcy process and Solutia's planning for bankruptcy as early as May 2003; review e-mails on same |
| 12/19/2005 | JAM | 1.75 | $ 300.00 | $ 525.00 | Research and draft stipulation clarifying that amended and original proofs of claim are not cumulative |

EXHIBIT D

| Date | Atty | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 12/21/2005 | JAM | | 0.50 | $ 300.00 | $ 150.00 | Begin review complaint in adversary proceedings in Solutia bankruptcy, relating to J.P. Morgan's action as indenture trustee, for facts of relevance to our case |
| 12/22/2005 | JAM | | 0.25 | $ 300.00 | $ 75.00 | Continue review complaint in adversary proceedings in Solutia bankruptcy, relating to J.P. Morgan's action as indenture trustee, for facts of relevance to our case |
| 1/6/2006 | JAM | | 0.50 | $ 300.00 | $ 150.00 | Continue review complaint in adversary proceedings in Solutia bankruptcy, relating to J.P. Morgan's action as indenture trustee, for facts of relevance to our case |
| 1/10/2006 | JAM | | 3.00 | $ 300.00 | $ 900.00 | Begin research and draft reply brief in support of bankruptcy class certification; review related background documents; conference RAF re: same |
| 3/2/2006 | JAM | | 5.50 | $ 300.00 | $ 1,650.00 | Begin research and review background documents related to preparing Solutia bankruptcy court class certification reply brief; conference RAF re: same |
| 3/3/2006 | JAM | | 2.00 | $ 300.00 | $ 600.00 | Continue research and review background documents related to preparing Solutia bankruptcy court class certification reply brief and/or letter to defense counsel suggesting we postpone things until motion to dismiss is decided |
| 3/6/2006 | JAM | | 0.50 | $ 300.00 | $ 150.00 | Draft letter from RAF to defense counsel suggesting we postpone motion for class certification until motion to dismiss is decided |
| 3/7/2006 | JAM | | 0.75 | $ 300.00 | $ 225.00 | Phone conference with co-counsel re: strategy for objecting to disclosure statement and POR |
| 3/31/2006 | JAM | | 1.50 | $ 300.00 | $ 450.00 | Review, research, and analyze court's opinion granting defendant's motion to dismiss; draft e-mail regarding same. |
| 4/1/2006 | JAM | | 1.50 | $ 300.00 | $ 450.00 | Review, research, and analyze strategy for contents and drafting of notice of appeal |
| 4/3/2006 | JAM | | 2.50 | $ 300.00 | $ 750.00 | Review, research, and analyze strategy for contents and drafting of notice of appeal; conferences EMD re: same; multiple phone conferences Ronen Sarraf re: same; draft multiple e-mails re: same; review multiple e-mails re: same; draft changes to notice of appeal |
| 4/6/2006 | JAM | | 0.75 | $ 300.00 | $ 225.00 | Review, analyze, and suggest changes to the appeals court documents specifying issues on appeal, etc. |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/7/2006 | JAM | 0.25 | $ 300.00 | $ 75.00 | Review incoming and draft outgoing e-mail memos on issue of whether to list cases involving similar issues on appeals court documents |
| 4/10/2006 | JAM | 0.25 | $ 300.00 | $ 75.00 | Review and revise drafts of preliminary appeals court forms and how to describe relief requested in this case |
| 5/8/2006 | JAM | 1.50 | $ 300.00 | $ 450.00 | Phone conference Ronen Sarraf re: division of labor on appeals brief; begin review his draft of appeals brief; review status of other pending appeals in similar cases |
| 5/9/2006 | JAM | 4.75 | $ 300.00 | $ 1,425.00 | Continue review Ronen Sarraf draft of appellants brief; review Second Circuit local rules related to same; begin update research regarding same |
| 5/10/2006 | JAM | 3.50 | $ 300.00 | $ 1,050.00 | Continue review Ronen Sarraf draft of appellants brief; continue research issues for same |
| 5/11/2006 | JAM | 2.75 | $ 300.00 | $ 825.00 | Attend mediation conference call with Second Circuit mediator discussing merits of case and attempting to encourage parties to settlement; conference call Ronen Sarraf and Ellen Doyle regarding appeal argument strategy |
| 5/15/2006 | JAM | 5.25 | $ 300.00 | $ 1,575.00 | Continue research appellate brief and related rules; phone conference Ronen Sarraf re: appellate brief drafting strategy |
| 5/16/2006 | JAM | 5.50 | $ 300.00 | $ 1,650.00 | Continue research appellate brief and related rules |
| 5/17/2006 | JAM | 6.00 | $ 300.00 | $ 1,800.00 | Continue research appellate brief and related rules |
| 5/18/2006 | JAM | 5.50 | $ 300.00 | $ 1,650.00 | Continue research appellate brief and related rules |
| 5/19/2006 | JAM | 6.75 | $ 300.00 | $ 2,025.00 | Continue research appellate brief and related rules; phone conference Ronen Sarraf re: same |
| 5/22/2006 | JAM | 7.00 | $ 300.00 | $ 2,100.00 | Continue research appellate brief and related rules; begin draft appellate brief |
| 5/23/2006 | JAM | 3.25 | $ 300.00 | $ 975.00 | Continue research appellate brief and related rules; continue draft appellate brief |
| 5/24/2006 | JAM | 0.50 | $ 300.00 | $ 150.00 | Continue research appellate brief and related rules; continue draft appellate brief |
| 5/30/2006 | JAM | 1.75 | $ 300.00 | $ 525.00 | Review various e-mails from defense counsel regarding additions to joint appendix; draft e-mails regarding same; double check need for adding additional material; research rules regarding same |
| 5/31/2006 | JAM | 5.00 | $ 300.00 | $ 1,500.00 | Continue draft and research appellant's brief |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/1/2006 | JAM | 7.25 | $ 300.00 | $ 2,175.00 | Continue draft and research appellant's brief |
| 6/2/2006 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue draft and research appellant's brief |
| 6/5/2006 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue draft and research appellant's brief |
| 6/6/2006 | JAM | 6.25 | $ 300.00 | $ 1,875.00 | Continue draft and research appellant's brief; continue to monitor dockets of related appeals on similar issue and e-mail co-counsel regarding activity on same |
| 6/7/2006 | JAM | 6.75 | $ 300.00 | $ 2,025.00 | Continue draft and research appellant's brief |
| 6/8/2006 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue draft and research appellant's brief; phone conference Ronen Sarraf and e-mail exchange with co-counsel re: contents of appendix; review appellate rules re: same |
| 6/9/2006 | JAM | 7.75 | $ 300.00 | $ 2,325.00 | Continue draft and research appellant's brief; review DOL amicus brief submitted in Vaughn appeal in Ninth Circuit; e-mail exchange with Ronen Sarraf re: same |
| 6/12/2006 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue draft and research appellant's brief |
| 6/13/2006 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue draft and research appellant's brief |
| 6/14/2006 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue draft and research appellant's brief |
| 6/15/2006 | JAM | 7.75 | $ 300.00 | $ 2,325.00 | Continue draft and research appellant's brief |
| 6/16/2006 | JAM | 7.25 | $ 300.00 | $ 2,175.00 | Continue draft and research appellant's brief |
| 6/19/2006 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue draft and research appellant's brief; draft and research e-mail memo on significance of Second Circuit's Pereira decision; review Solutia objection in bankruptcy proceedings to our proof of claim; draft e-mail to Ronen Sarraf regarding DOL participation in this appeal |
| 6/20/2006 | JAM | 7.75 | $ 300.00 | $ 2,325.00 | Continue draft and research appellant's brief |
| 6/21/2006 | JAM | 6.00 | $ 300.00 | $ 1,800.00 | Continue draft and research appellant's brief; draft e-mail memo on my concerns about "accrued benefit" theory |
| 6/23/2006 | JAM | 2.50 | $ 300.00 | $ 750.00 | Continue draft and research appellant's brief; conference call on brief strategy |
| 6/23/2006 | JAM | 4.75 | $ 300.00 | $ 1,425.00 | Begin prepare reply brief for bankruptcy class certification motion; conference RAF re: same |
| 6/23/2006 | JAM | 0.50 | $ 300.00 | $ 150.00 | Assist RAF with legal research for response to motion to expunge claim |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/26/2006 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue draft and research appellant's brief; review and revise Ronen Sarraf draft of table of contents for joint appendix |
| 6/27/2006 | JAM | 5.50 | $ 300.00 | $ 1,650.00 | Continue draft and research appellant's brief; draft e-mail to RAF regarding procedure for revising brief |
| 6/28/2006 | JAM | 3.25 | $ 300.00 | $ 975.00 | Review and revise advance copies of joint appendix, special appendix, and cover sheets for appendices and brief from printer; multiple e-mails to co-counsel re: same; phone conference with printer re: same; conference RAF re: same; begin draft and research new versions of cover sheets and table of contents |
| 6/28/2006 | JAM | 3.50 | $ 300.00 | $ 1,050.00 | Continue research reply brief for bankruptcy class certification motion |
| 6/29/2006 | JAM | 5.75 | $ 300.00 | $ 1,725.00 | Continue research opposition brief to motion to expunge claim; conference RAF re: same |
| 6/29/2006 | JAM | 1.50 | $ 300.00 | $ 450.00 | Draft tables of contents for Joint Appendix and special appendix; phone conference printer re: same; exchange multiple e-mails Ronen Sarraf re: same |
| 6/30/2006 | JAM | 0.50 | $ 300.00 | $ 150.00 | Continue research opposition brief to motion to expunge claim |
| 6/30/2006 | JAM | 7.00 | $ 300.00 | $ 2,100.00 | Continue research and draft appeal brief |
| 7/3/2006 | JAM | 4.75 | $ 300.00 | $ 1,425.00 | Continue research and draft appeal brief |
| 7/4/2006 | JAM | 4.75 | $ 300.00 | $ 1,425.00 | Continue research and draft appeal brief |
| 7/5/2006 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue research and draft appeal brief |
| 7/6/2006 | JAM | 1.75 | $ 300.00 | $ 525.00 | Continue research and draft appeal brief |
| 7/6/2006 | JAM | 3.75 | $ 300.00 | $ 1,125.00 | Continue research and draft opposition brief to motion to disallow claim |
| 7/7/2006 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue research and draft opposition brief to motion to disallow claim; conference RAF re: same |
| 7/10/2006 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue research and draft opposition brief to motion to disallow claim; conference RAF re: same |
| 7/11/2006 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue research and draft opposition brief to motion to disallow claim |
| 7/12/2006 | JAM | 9.25 | $ 300.00 | $ 2,775.00 | Continue research and draft opposition brief to motion to disallow claim; conference RAF re: same |
| 7/13/2006 | JAM | 5.50 | $ 300.00 | $ 1,650.00 | Continue research and draft opposition brief to motion to disallow claim; conference RAF re: same |
| 7/14/2006 | JAM | 1.00 | $ 300.00 | $ 300.00 | Continue research and draft opposition brief to motion to disallow claim; conference RAF re: same |
| 7/18/2006 | JAM | 1.75 | $ 300.00 | $ 525.00 | Review amicus briefs from AARP and DOL; begin review new cases on ERISA standing issues |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/19/2006 | JAM | 0.75 | $ 300.00 | $ 225.00 | Continue review amicus brief from DOL; begin review new cases on ERISA standing issues |
| 7/19/2006 | JAM | 0.25 | $ 300.00 | $ 75.00 | Review and edit co-counsel's draft of notice of supplemental authority to bankruptcy court regarding amicus briefs in Second Circuit appeal |
| 7/20/2006 | JAM | 1.00 | $ 300.00 | $ 300.00 | Continue review new cases on ERISA standing issues |
| 7/20/2006 | JAM | 0.25 | $ 300.00 | $ 75.00 | Review co-counsel's revised draft of notice of supplemental authority to bankruptcy court regarding amicus briefs in Second Circuit appeal |
| 7/24/2006 | JAM | 2.00 | $ 300.00 | $ 600.00 | Continue review new cases on ERISA standing issues |
| 7/25/2006 | JAM | 2.75 | $ 300.00 | $ 825.00 | Research basis for clerk's letter indicating we need to file a motion to file amicus brief as an exhibit; review and revise Ronen Sarraf's draft of motion and supporting affidavit and motion form; review e-mails and have phone conference with local counsel regarding same |
| 8/9/2006 | JAM | 0.25 | $ 300.00 | $ 75.00 | Review and print out latest docket entries; verify deadline for appellee's brief |
| 8/10/2006 | JAM | 5.25 | $ 300.00 | $ 1,575.00 | Assist co-counsel in drafting motion for judicial notice of amicus brief and related papers; multiple phone conferences with co-counsel re: same |
| 8/25/2006 | JAM | 0.25 | $ 300.00 | $ 75.00 | Review recent Fifth Circuit case on ERISA standing |
| 8/30/2006 | JAM | 0.25 | $ 300.00 | $ 75.00 | Review recent district court decisions on ERISA standing |
| 9/6/2006 | JAM | 3.50 | $ 300.00 | $ 1,050.00 | Begin review Northern Trust's appellee's brief; research related procedural issues (on raising issues not decided by the district court and need to file an oversized brief) and draft e-mail on same |
| 9/7/2006 | JAM | 7.00 | $ 300.00 | $ 2,100.00 | Continue review Northern Trust's appellee's brief in our opposition brief in district court proceedings that discussed same issues; review and revise co-counsel draft of motion and supporting declaration for enlargement of length limitation for reply brief; phone conference co-counsel re: same |
| 9/8/2006 | JAM | 6.00 | $ 300.00 | $ 1,800.00 | Continue research and draft reply brief to Northern Trust's appellee's brief |
| 9/11/2006 | JAM | 6.25 | $ 300.00 | $ 1,875.00 | Continue research and draft reply brief to Northern Trust's appellee's brief |
| 9/12/2006 | JAM | 7.25 | $ 300.00 | $ 2,175.00 | Continue research and draft reply brief to Northern Trust's appellee's brief |

EXHIBIT D

| Date | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 9/13/2006 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue research and draft reply brief to Northern Trust's appellee's brief ; begin review the Solutia Defendants' opposition brief |
| 9/14/2006 | JAM | 7.75 | $ 300.00 | $ 2,325.00 | Continue research and draft reply brief to Northern Trust's appellee's brief ; continue review and analyze the Solutia Defendants' opposition brief; draft e-mail discussing initial impressions of same |
| 9/15/2006 | JAM | 7.75 | $ 300.00 | $ 2,325.00 | Continue research and draft reply brief to Northern Trust's appellee's brief ; continue review and analyze the Solutia Defendants' opposition brief; phone conference discussing initial impressions of same |
| 9/18/2006 | JAM | 8.25 | $ 300.00 | $ 2,475.00 | Continue research and draft reply brief to Northern Trust's appellee's brief ; begin research reply to Solutia defendants opposition brief |
| 9/19/2006 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue research and draft reply brief |
| 9/20/2006 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue research and draft reply brief |
| 9/21/2006 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue research and draft reply brief |
| 9/22/2006 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue research and draft reply brief |
| 9/25/2006 | JAM | 7.50 | $ 300.00 | $ 2,250.00 | Continue research and draft reply brief; review National Association of Manufacturers amicus brief |
| 9/26/2006 | JAM | 8.25 | $ 300.00 | $ 2,475.00 | Continue research and draft reply brief; conference and phone conference with co-counsel regarding strategy for same and assembling addendum for same |
| 9/27/2006 | JAM | 10.00 | $ 300.00 | $ 3,000.00 | Continue research and draft reply brief; conference and phone conference with co-counsel regarding strategy for same |
| 9/28/2006 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue research and draft reply brief; conference and phone conference with co-counsel regarding strategy for same |
| 9/29/2006 | JAM | 4.75 | $ 300.00 | $ 1,425.00 | Continue research and draft reply brief; conference and phone conference with co-counsel regarding strategy for same |
| 10/3/2006 | JAM | 0.75 | $ 300.00 | $ 225.00 | Review and analyze recent S.D.N.Y. (Polaroid) case addressing ERISA participant standing and other issues |
| 10/13/2006 | JAM | 1.75 | $ 300.00 | $ 525.00 | Review forthcoming law review article criticizing FAB's views on directed trustee liabilities, especially with respect to its reliance on EMH; draft and circulate e-mail memo on same |
| 10/18/2006 | JAM | 0.50 | $ 300.00 | $ 150.00 | Begin review recent Ninth Circuit case law on ERISA standing |

EXHIBIT D