| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/19/2006 | JAM | 1.25 | $ 300.00 | $ 375.00 | Continue review recent Ninth Circuit case law on ERISA standing; review recent northern district of New York ERISA company stock case motion to dismiss decision |
| 10/31/2006 | JAM | 0.75 | $ 300.00 | $ 225.00 | Review recent company stock decisions and petition for certiorari in Summers case that discusses directed trustee issues |
| 11/1/2006 | JAM | 0.75 | $ 300.00 | $ 225.00 | Continue review recent company stock decisions |
| 11/28/2006 | JAM | 0.50 | $ 300.00 | $ 150.00 | Begin review and analyze recent Second Circuit decision on ERISA pension benefits and complaint amendment |
| 11/29/2006 | JAM | 0.25 | $ 300.00 | $ 75.00 | Continue review and analyze recent Second Circuit decision on ERISA pension benefits and complaint amendment |
| 1/2/2007 | JAM | 2.00 | $ 300.00 | $ 600.00 | Begin draft outline of oral argument for appellate proceedings before Second Circuit |
| 1/3/2007 | JAM | 3.75 | $ 300.00 | $ 1,125.00 | Continue draft outline of oral argument for appellate proceedings before Second Circuit; begin review briefs and related case filings |
| 1/5/2007 | JAM | 1.75 | $ 300.00 | $ 525.00 | Begin assemble cases for EMD to review in preparing for oral argument |
| 1/8/2007 | JAM | 7.00 | $ 300.00 | $ 2,100.00 | Continue assemble cases for EMD to review in preparing for oral argument; continue draft oral argument outline |
| 1/9/2007 | JAM | 8.25 | $ 300.00 | $ 2,475.00 | continue draft and research oral argument outline; update research on related issues and begin review recent cases |
| 1/10/2007 | JAM | 7.25 | $ 300.00 | $ 2,175.00 | continue draft and research oral argument outline; continue update research on related issues and continue review recent cases |
| 1/11/2007 | JAM | 2.75 | $ 300.00 | $ 825.00 | continue draft and research oral argument outline; continue update research on related issues and continue review recent cases; draft and review e-mail's regarding correction of typo and yielding oral argument time to DOL |
| 1/17/2007 | JAM | 7.00 | $ 300.00 | $ 2,100.00 | continue draft and research oral argument outline; continue update research on related issues and continue review recent cases; begin draft memo on recent cases and possible Court questions (with answers) |

EXHIBIT D

| | | | | | |
|---|---|---|---|---|---|
| 1/18/2007 | JAM | 8.00 | $ 300.00 | $ 2,400.00 | Continue draft and research memo on recent cases and possible Court questions (with answers); continue review recent articles and cases on relevant issues; e-mail exchange with co-counsel and phone call to Second Circuit clerk's office regarding when we will know identity of panel -- check Second Circuit website regarding same |
| 1/19/2007 | JAM | 7.25 | $ 300.00 | $ 2,175.00 | Continue draft and research memo on recent cases and possible Court questions (with answers); continue review recent articles and cases on relevant issues |
| 1/20/2007 | JAM | 0.25 | $ 300.00 | $ 75.00 | Research Second Circuit law on ERISA SOL |
| 1/22/2007 | JAM | 1.75 | $ 300.00 | $ 525.00 | Continue review recent articles and cases on relevant issues; research Second Circuit views on ERISA SOL |
| 2/5/2007 | JAM | 0.50 | $ 300.00 | $ 150.00 | In preparation for EMD dry run of oral argument, review memo on possible questions and think of more questions to ask |
| 2/6/2007 | JAM | 2.00 | $ 300.00 | $ 600.00 | Prepare for EMD dry run of oral argument, review memo on possible questions and think of more questions to ask; meet with EMD and JRH for dry run of oral argument |
| 2/12/2007 | JAM | 0.75 | $ 300.00 | $ 225.00 | Review EMD e-mail memo on mock oral argument during ABA meetings in California; research related issues and compose e-mail memo in response |
| 2/15/2007 | JAM | 0.25 | $ 300.00 | $ 75.00 | Review and analyze EMD e-mail chain with DOL regarding oral argument strategy |
| 2/27/2007 | JAM | 1.25 | $ 300.00 | $ 375.00 | Review and analyze amicus brief filed by seven law professors in support of certiorari petition arguing that 1132(a)(2) claim for breach of fiduciary duty could be brought even for loss to a single plan account in a defined benefit plan; assess for possible relevance to our appeal |
| 5/4/2007 | JAM | 1.75 | $ 300.00 | $ 525.00 | Review and analyze EMD draft of oral argument; draft and research e-mail memo with comments on same |
| 5/16/2007 | JAM | 1.00 | $ 300.00 | $ 300.00 | Update research and review EMD e-mail and case cited therein (Lively v. Dynegy) |

EXHIBIT D

| | | | | | |
|---|---|---|---|---|---|
| 5/17/2007 | JAM | 7.75 | $ 300.00 | $ 2,325.00 | Continue review recent cases; determine identity of panel from Second Circuit website; conference EMD re: same; e-mail Ronen Sarraf re: same; research judicial profiles and opinions of panel members; supervise paralegals re: same; begin review relevant cases; prepare for oral argument phone conference with DOL |
| 5/18/2007 | JAM | 4.25 | $ 300.00 | $ 1,275.00 | Prepare for and participate in telephonic moot court with DOL personnel especially Tim Hauser; draft and review e-mails subsequent to moot court on related topics |
| 5/22/2007 | JAM | 0.25 | $ 300.00 | $ 75.00 | Conference EMD re: results of her oral argument before the Second Circuit |
| 6/6/2007 | JAM | 1.25 | $ 300.00 | $ 375.00 | Review and analyze Seventh Circuit's recent Guidant ERISA standing opinion |
| 6/12/2007 | JAM | 3.75 | $ 300.00 | $ 1,125.00 | Review Tim Hauser e-mail recommending that we notify Second Circuit of recent Supreme Court case discussing deferring to Department of Labor interpretations of its own regulations; review Supreme Court case; draft letter to court regarding same; draft multiple e-mails to co-counsel regarding same |
| 6/13/2007 | JAM | 0.25 | $ 300.00 | $ 75.00 | Send out letter to Second Circuit on Supreme Court deference case |
| 6/14/2007 | JAM | 2.25 | $ 300.00 | $ 675.00 | Review and analyze Karen Wahle letter to court on Guidant opinion; track down and obtain DOL letter to court on same; e-mail exchange with DOL attorney regarding Karen Wahle letter |
| 6/15/2007 | JAM | 0.50 | $ 300.00 | $ 150.00 | Continue analyze Karen Wahle letter and review various background documents to determine whether filing a response would be desirable |
| Totals James A. Moore | | 1,018.00 | | $ 305,400.00 | |
| | | | | | |
| 7/13/2005 | JRH | 3.50 | $ 300.00 | $ 1,050.00 | review Northern Trust's motion to dismiss; E.Doyle's email memo re same;  prepare 2 email memos re same |
| 7/14/2005 | JRH | 3.50 | $ 300.00 | $ 1,050.00 | met with Jim Moore re: research materials for responding to motion to dismiss; research and email re same |
| 8/2/2005 | JRH | 3.00 | $ 300.00 | $ 900.00 | Analyzed and commented on E Doyle's draft of Plaintiff's Opposition to Northern Trust's Motion to Dismiss |
| 8/29/2005 | JRH | 4.00 | $ 300.00 | $ 1,200.00 | preparation of loss calculation for amended proof of claim |

EXHIBIT D

| | | | | | |
|---|---|---|---|---|---|
| 8/30/2005 | JRH | 4.00 | $ 300.00 | $ 1,200.00 | preparation of loss calculation for amended proof of claim |
| 8/31/2005 | JRH | 0.50 | $ 300.00 | $ 150.00 | review and comment on proof of claim loss calculation, discussion with J Moore re: class certification versus representative action, research and email to J Moore re same |
| 9/1/2005 | JRH | 0.25 | $ 300.00 | $ 75.00 | researched issue of representative action versus class action, gave materials to Moore re same |
| 10/5/2005 | JRH | 1.00 | $ 300.00 | $ 300.00 | revise letter to Court regarding DiFelice opinion on directed trustees |
| 10/6/2005 | JRH | 0.25 | $ 300.00 | $ 75.00 | revisions to letter to Court re DiFelice opinion |
| 1/10/2007 | JRH | 5.00 | $ 300.00 | $ 1,500.00 | review and analyze briefing for appeal to second circuit on former participant standing issue |
| 1/11/2007 | JRH | 2.50 | $ 300.00 | $ 750.00 | review and analyze appellate briefs |
| 1/19/2007 | JRH | 0.25 | $ 300.00 | $ 75.00 | research re deference to administrative agency's interpretation of its own regulations |
| 1/22/2007 | JRH | 6.00 | $ 300.00 | $ 1,800.00 | review and analyze appellate briefs and related research in prep for argument |
| 1/23/2007 | JRH | 6.00 | $ 300.00 | $ 1,800.00 | review and analyze appellate briefs and related research in prep for argument |
| 1/24/2007 | JRH | 5.50 | $ 300.00 | $ 1,650.00 | review materials and research for appellate argument re former participant standing |
| 1/25/2007 | JRH | 4.00 | $ 300.00 | $ 1,200.00 | research for appellate argument |
| 2/5/2007 | JRH | 3.75 | $ 300.00 | $ 1,125.00 | research and prep for meeting re argument with EMD and JAM |
| 2/6/2007 | JRH | 7.00 | $ 300.00 | $ 2,100.00 | research re argument and former particpant standing issues |
| 2/9/2007 | JRH | 0.25 | $ 300.00 | $ 75.00 | research for appellate argument |
| 5/4/2007 | JRH | 0.25 | $ 300.00 | $ 75.00 | review of draft oral argument presentation for appeal |
| 5/18/2007 | JRH | 1.50 | $ 300.00 | $ 450.00 | conference call among plaintiff's counsel and DOL attorneys re moot courting for oral argument |
| 5/22/2007 | JRH | 0.25 | $ 300.00 | $ 75.00 | phone call from class member re press release |
| 6/7/2007 | JRH | 0.50 | $ 300.00 | $ 150.00 | phone conference with Doyle Sarraf and Gentile re strategy and new plaintiffs |
| 6/7/2007 | JRH | 0.50 | $ 300.00 | $ 150.00 | review and analysis of Guidant decision from 7th Circuit |
| 6/11/2007 | JRH | 2.50 | $ 300.00 | $ 750.00 | research statute of limitations issues |
| 6/11/2007 | JRH | 0.25 | $ 300.00 | $ 75.00 | phone call with Gentile re statute of limitations issues |
| 6/12/2007 | JRH | 7.00 | $ 300.00 | $ 2,100.00 | research of statute of limitations issues and preparation of email regarding the same |
| 6/13/2007 | JRH | 0.25 | $ 300.00 | $ 75.00 | meeting with Pincus re statute of limitations research |

EXHIBIT D

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/13/2007 | JRH | 4.50 | $ 300.00 | $ 1,350.00 | research regarding statute of limitations and standing |
| 6/14/2007 | JRH | 6.00 | $ 300.00 | $ 1,800.00 | research of statute of limitations and standing issues |
| 6/15/2007 | JRH | 5.50 | $ 300.00 | $ 1,650.00 | research of statute of limitations and standing issues; preparation of email to cocounsel summarizing same |
| 6/20/2007 | JRH | 0.50 | $ 300.00 | $ 150.00 | phone call among Finberg, Doyle, Sarraf, Gentile and myself regarding amendment of Dickerson and Rieff proofs of claim and statute of limitations and venue issues |
| 6/25/2007 | JRH | 2.00 | $ 300.00 | $ 600.00 | review and analyze draft objections to disclosure statement |
| 6/26/2007 | JRH | 2.25 | $ 300.00 | $ 675.00 | review and comment on draft class cert papers |
| 7/2/2007 | JRH | 0.75 | $ 300.00 | $ 225.00 | phone call among Doyle Sarraf and Gentile re: bankrtupcy stipulation |
| 7/3/2007 | JRH | 0.25 | $ 300.00 | $ 75.00 | review Dell letter to Judge Preska. |
| 7/9/2007 | JRH | 0.00 | $ 300.00 | $    - | phone call among Doyle, Sarraf and Gentile re settlement of bankruptcy claim |
| 7/10/2007 | JRH | 0.25 | $ 300.00 | $ 75.00 | phone call with Sarraf re: bankruptcy matters incl. subordination, estimation and warrants |
| 7/11/2007 | JRH | 0.25 | $ 300.00 | $ 75.00 | phone call with Doyle re: subordination |
| 7/12/2007 | JRH | 3.00 | $ 300.00 | $ 900.00 | gather 510b materials and briefs for Finberg |
| 7/13/2007 | JRH | 0.50 | $ 300.00 | $ 150.00 | research re: bankruptcy subordination issues |
| 7/13/2007 | JRH | 0.50 | $ 300.00 | $ 150.00 | phone call among Finberg, Doyle, Sarraf and Gentile |
| 7/17/2007 | JRH | 5.00 | $ 300.00 | $ 1,500.00 | research related to subordination briefing and investigation re statement of facts |
| 7/18/2007 | JRH | 10.00 | $ 300.00 | $ 3,000.00 | investigation, meetings, research and preparation of opposition to supplemental objection |
| 7/18/2007 | JRH | 0.50 | $ 300.00 | $ 150.00 | phone conference with Debtor's counsel re settlement |
| 7/19/2007 | JRH | 10.25 | $ 300.00 | $ 3,075.00 | preparation and revisions to opposition to debtor's supplemental objection (i.e., subordination under 510(b)) |
| 7/20/2007 | JRH | 9.50 | $ 300.00 | $ 2,850.00 | preparation and revisions to opposition to debtor's supplemental objection (i.e., subordination under 510(b)) |
| 7/21/2007 | JRH | 6.25 | $ 300.00 | $ 1,875.00 | revisiosn to opposition to subordination motion |
| 7/23/2007 | JRH | 8.00 | $ 300.00 | $ 2,400.00 | opposition to supplemental objection (subordination) |
| 7/25/2007 | JRH | 1.00 | $ 300.00 | $ 300.00 | phone call with co-counsel and bankruptcy counsel re disclosure statement and settlement |

EXHIBIT D

| | | | | |
|---|---|---|---|---|
| 7/31/2007 | JRH | 0.50 | $ 300.00 | $ 150.00 | phone call with bankruptcy counsel and co-counsel re disclosure statement and settlement |
| Totals Joel R. Hurt | | 150.50 | | $ 45,150.00 | |
| | | | | | |
| | | | | | |
| 9/9/2004 | KJD | 2.00 | $ 240.00 | $ 480.00 | Discuss claims in new case; review general case law on fiduciary duty in ERISA context |
| 9/10/2004 | KJD | 3.00 | $ 240.00 | $ 720.00 | Discuss claims in new case; review general case law on fiduciary duty in ERISA context |
| 9/14/2004 | KJD | 2.00 | $ 240.00 | $ 480.00 | Review complaint in securities action. |
| 9/15/2004 | KJD | 3.00 | $ 240.00 | $ 720.00 | Review complaint in securities action and outline facts to be used in ERISA complaint. |
| 9/16/2004 | KJD | 3.00 | $ 240.00 | $ 720.00 | Outline facts to be used in ERISA complaint; participate in conference call. |
| 9/17/2004 | KJD | 5.00 | $ 240.00 | $ 1,200.00 | Review documents from defendant, including annual reports; research stock prices. |
| 9/20/2004 | KJD | 4.00 | $ 240.00 | $ 960.00 | Review documents from defendant, including annual reports |
| 9/21/2004 | KJD | 5.00 | $ 240.00 | $ 1,200.00 | Review documents from defendant; draft memo re: significant facts in documents. |
| 9/22/2004 | KJD | 5.00 | $ 240.00 | $ 1,200.00 | Work on memo re: significant facts in documents. |
| 9/23/2004 | KJD | 5.00 | $ 240.00 | $ 1,200.00 | Review annual reports for capitalization; review draft ERISA complaint; review additional Plan documents. |
| 9/24/2004 | KJD | 4.00 | $ 240.00 | $ 960.00 | Work on insert for Complaint. |
| 9/26/2004 | KJD | 3.00 | $ 240.00 | $ 720.00 | Work on insert for Complaint; review additional documents. |
| 9/27/2004 | KJD | 4.00 | $ 240.00 | $ 960.00 | Work on draft Complaint. |
| 9/28/2004 | KJD | 5.00 | $ 240.00 | $ 1,200.00 | Work on draft Complaint; review bankruptcy documents; participate in conference call. |
| 9/29/2004 | KJD | 4.00 | $ 240.00 | $ 960.00 | Review and revise draft Complaint; review bankruptcy documents. |
| 9/30/2004 | KJD | 5.00 | $ 240.00 | $ 1,200.00 | Review and revise draft Complaint. |
| 10/4/2004 | KJD | 7.50 | $ 240.00 | $ 1,800.00 | Revise Complaint:  add preliminary statement, shorten discussion of Plan, re-organize statement of facts. |
| 10/5/2004 | KJD | 6.00 | $ 240.00 | $ 1,440.00 | Review new materials and revise complaint to specify each defendant's breach of duty. |
| 10/6/2004 | KJD | 5.50 | $ 240.00 | $ 1,320.00 | Revise complaint, discuss. |
| 10/7/2004 | KJD | 3.00 | $ 240.00 | $ 720.00 | Online research re: Solutia, Monsanto, etc. |
| 10/11/2004 | KJD | 2.50 | $ 240.00 | $ 600.00 | Research stock prices for year-end 1997 - 2003. |
| 10/15/2004 | KJD | 2.50 | $ 240.00 | $ 600.00 | Review bankruptcy materials. |

EXHIBIT D

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/18/2004 | KJD | 3.00 | $ 240.00 | $ 720.00 | Draft proof of claim. |
| 7/11/2005 | KJD | 3.50 | $ 240.00 | $ 840.00 | Review Complaint and memoranda |
| 7/12/2005 | KJD | 5.50 | $ 240.00 | $ 1,320.00 | Review papers from Northern Trust and arguments; conference call re motions to dismiss |
| 7/13/2005 | KJD | 4.00 | $ 240.00 | $ 960.00 | Review responses to motions to dismiss in comparable ERISA cases; outline arguments to be made |
| 7/14/2005 | KJD | 5.00 | $ 240.00 | $ 1,200.00 | Review FAB 2004-03 and materials on directed trustees; outline "directed trustee" argument |
| 7/15/2005 | KJD | 3.00 | $ 240.00 | $ 720.00 | outline analysis of FAB 2004-03 and statute |
| 7/18/2005 | KJD | 3.00 | $ 240.00 | $ 720.00 | Work on draft of argument |
| 7/19/2005 | KJD | 3.00 | $ 240.00 | $ 720.00 | Work on draft of argument |
| 7/20/2005 | KJD | 3.00 | $ 240.00 | $ 720.00 | Work on brief |
| 7/21/2005 | KJD | 2.00 | $ 240.00 | $ 480.00 | Work on brief |
| 7/25/2005 | KJD | 2.25 | $ 240.00 | $ 540.00 | Work on brief |
| 7/26/2005 | KJD | 3.50 | $ 240.00 | $ 840.00 | Work on brief |
| 7/27/2005 | KJD | 4.00 | $ 240.00 | $ 960.00 | Work on brief |
| 7/28/2005 | KJD | 4.00 | $ 240.00 | $ 960.00 | Work on brief |
| 7/29/2005 | KJD | 8.00 | $ 240.00 | $ 1,920.00 | Work on brief |
| 8/9/2005 | KJD | 4.50 | $ 240.00 | $ 1,080.00 | Review and revise latest draft of NTC brief; check cites; review exhibits; coordinate w/ response to Solutia's motion to dismiss |
| 8/10/2005 | KJD | 8.00 | $ 240.00 | $ 1,920.00 | Review and revise latest draft of NTC brief; check cites and citation forms; review exhibits; research documents as part of record on 12(b)(6) motion; discuss brief w/ RAF, JAM. |
| 8/11/2005 | KJD | 0.75 | $ 240.00 | $ 180.00 | Review latest draft of NTC brief. |
| Totals Kathleen J. Davies | | 159.00 | | $ 38,160.00 | |
| 4/3/2006 | MPM | 1.50 | $ 490.00 | $ 735.00 | Review opinion, re: standing, conference with Joel and EMD. |
| Totals Michael P. Malakoff | | 1.50 | | $ 735.00 | |
| 9/3/2004 | RAF | 0.25 | $ 490.00 | $ 122.50 | confer with Ronen Sarrah re possible new matter |
| 9/7/2004 | RAF | 1.75 | $ 490.00 | $ 857.50 | phone call with Roenen Sarrah re new matter, review of draft ocmplaint, confer with EMD re taking case; obtain 11-ks, review of materials, analysis |
| 9/8/2004 | RAF | 3.50 | $ 490.00 | $ 1,715.00 | investigate and analysis, review of documents, phone conference onene sarraf and EMD, review of bankruptcy docket, |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 9/9/2004 | RAF | 1.50 | $ 490.00 | $ 735.00 | investigate and analysis, review of documents |
| 9/14/2004 | RAF | 2.25 | $ 490.00 | $ 1,102.50 | review facts, documents re new case/for complaint, etc. |
| 9/15/2004 | RAF | 0.50 | $ 490.00 | $ 245.00 | review of 11-Ks, other documents, analysis |
| 9/16/2004 | RAF | 0.25 | $ 490.00 | $ 122.50 | confer with EMD and Ronen re case strategy |
| 9/23/2004 | RAF | 0.25 | $ 490.00 | $ 122.50 | confer with cocounsel re issues, strategy |
| 9/28/2004 | RAF | 0.25 | $ 490.00 | $ 122.50 | update, confer with counsel re issues with proposed complaint |
| 9/30/2004 | RAF | 0.50 | $ 490.00 | $ 245.00 | review of proposed complaint, message to EMD re same, needs for fixing, etc. |
| 10/4/2004 | RAF | 0.25 | $ 490.00 | $ 122.50 | communicaitons swith Ronen re Solutia compliant |
| 10/5/2004 | RAF | 0.25 | $ 490.00 | $ 122.50 | re complaint revisions |
| 10/6/2004 | RAF | 3.50 | $ 490.00 | $ 1,715.00 | work on complaint/revisions/bankruptcy related issues/pleadings re same |
| 10/7/2004 | RAF | 2.25 | $ 490.00 | $ 1,102.50 | revisions to complaint |
| 10/8/2004 | RAF | 0.25 | $ 490.00 | $ 122.50 | misc -- getting info re complaint |
| 10/11/2004 | RAF | 0.50 | $ 490.00 | $ 245.00 | gather info for damage analysis |
| 10/13/2004 | RAF | 0.50 | $ 490.00 | $ 245.00 | analysis of losses for proof of claim |
| 10/14/2004 | RAF | 6.00 | $ 490.00 | $ 2,940.00 | analysis of losses, review of forms 11-K, preparation of loss summary and analysis, plus notes, etc. |
| 10/15/2004 | RAF | 2.00 | $ 490.00 | $ 980.00 | preparation of damage analysis, notes, etc. for attachment to bankruptcy proof of claim;revisions;  Phone conference with  with Ronen and EMD re same, |
| 10/18/2004 | RAF | 0.50 | $ 490.00 | $ 245.00 | draft revise letter to clients re not releasing class claims in individau Idisriminaiton suit settlements (pro rated from 1 hour in RCN , similar letter) |
| 11/2/2004 | RAF | 0.25 | $ 490.00 | $ 122.50 | pro haec vice motion in bankruptcy court, also move forward re same in District court |
| 11/10/2004 | RAF | 0.25 | $ 490.00 | $ 122.50 | review and revisions to Brad Gelder memo re withdrawal of reference |
| 11/11/2004 | RAF | 0.50 | $ 490.00 | $ 245.00 | revisions to memo re possible Solutia withdrawal of reference/ confer with Brad Gelder, review revised copy, email to Ronen re same |
| 11/12/2004 | RAF | 0.25 | $ 490.00 | $ 122.50 | comment on /revise proposed motion for withdrawal of reference |
| 11/15/2004 | RAF | 0.25 | $ 490.00 | $ 122.50 | email to Ronen re case status; also send Ronen DOL brief in Agway; email to Brad Gelder re content of motion to withdraw reference/2nd Cir. law |
| 11/29/2004 | RAF | 0.25 | $ 490.00 | $ 122.50 | revisions/comments to Ronnen on proposed pretrial order |
| 12/3/2004 | RAF | 0.25 | $ 490.00 | $ 122.50 | work on motion to withdraw reference |
| 12/6/2004 | RAF | 1.50 | $ 490.00 | $ 735.00 | work on withdrawal of refernece motion, brief, analysis |

EXHIBIT D

| Date | | Hours | Rate | Amount | | Description |
|---|---|---|---|---|---|---|
| 12/8/2004 | RAF | 1.75 | $ 490.00 | $ | 857.50 | work on withdrawal of reference motions, consult with Gary Nelson re same, confer with Ronen re strategy, |
| 12/9/2004 | RAF | 1.25 | $ 490.00 | $ | 612.50 | revisions to withdrawal of reference motion, tel. with Ronen |
| 12/13/2004 | RAF | 0.75 | $ 490.00 | $ | 367.50 | revisions to and emails re case management order, suggested changes/strategy |
| 12/16/2004 | RAF | 0.75 | $ 490.00 | $ | 367.50 | Phone conference, strategy, analysis re relief from stay vs. withdrawal of reference. |
| 12/17/2004 | RAF | 0.50 | $ 490.00 | $ | 245.00 | work on withdrawal of reference |
| 12/28/2004 | RAF | 0.25 | $ 490.00 | $ | 122.50 | check on status, calendar, proceudres re withdrawal of reference, bankruptcy docket check |
| 1/5/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | confer with Ronen and EMD re case strategy |
| 1/6/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | revisions to letter to Court, Phone conference with  Ronen re same |
| 1/7/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | revisions/comments  to letter court, strategy |
| 1/10/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | prelim review of materials from Roenen , re Solutia's ooppposition to w/ref of asbestos |
| 1/18/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | update on docket, developments |
| 1/20/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | Phone conference with  with deft bankruptcy counsel re prodcudure, resolving withdrawal of reference |
| 1/21/2005 | RAF | 0.10 | $ 490.00 | $ | 49.00 | review of letter to court |
| 2/2/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | confer/email EMD and Ronen |
| 2/10/2005 | RAF | 1.75 | $ 490.00 | $ | 857.50 | gather and forward materials to Brad Gelder and Ronene re withdrawal of reference motion/jurisdictional issues, etc. ; review of 3rd Cir. Compbustion Engineering re same |
| 2/12/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | emails to/from Ronen, quick review of Solutia opposition papers |
| 2/15/2005 | RAF | 1.50 | $ 490.00 | $ | 735.00 | review of det brief, Phone conference with EMD, BG, Ronen, strategy |
| 2/18/2005 | RAF | 2.00 | $ 490.00 | $ | 980.00 | review/revise portions of brief re bankruptcy, confer with Brad Gelder re bankruptcy issues, strategy |
| 2/21/2005 | RAF | 1.50 | $ 490.00 | $ | 735.00 | work on bankruptcy issues re withdrawal of reference motion |
| 2/24/2005 | RAF | 0.75 | $ 490.00 | $ | 367.50 | edits to brief re withdrawal of reference, respond to Ronen questions, etc. |
| 2/25/2005 | RAF | 0.75 | $ 490.00 | $ | 367.50 | followup bankruptcy issues re withdrawal of reference/make revisions to summary/intro section |
| 3/3/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | phone conference with Ronen and EMD; review recent communications in case |
| 3/9/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | preliminary review of Equity Comittee report |

EXHIBIT D

| 3/10/2005 | RAF | 1.00 | $ 490.00 | $ | 490.00 | review of Equity Comittee report |
|---|---|---|---|---|---|---|
| 3/17/2005 | RAF | 4.00 | $ 490.00 | $ | 1,960.00 | review of equity comittee report, confer with Ronen an EMD re case strategy, instruct Jim Moore re case needs, facts, etc. |
| 3/21/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | re class certificaiton, facts, providing Jim Moore with info/facts re class cert. |
| 3/23/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | confer with jim Moore re factual issues, strategy, emails to/from co-counsel |
| 3/24/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | conference with Jim MOore, Ronene and EMD re case strategy, investigation, amended complaint, etc. |
| 3/28/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | confer with Jim Moore as to potential amendments to complaint, matters to investigate |
| 4/5/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | misc. emails, PC |
| 4/6/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | re amended compalint issues, email from Ronen |
| 4/7/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | re ameded compalint issues, call to Ronen, review of email complaint drafting issues |
| 4/8/2005 | RAF | 1.75 | $ 490.00 | $ | 857.50 | review of draft of complaint, conference with Ronen, EMD, JM; |
| 4/11/2005 | RAF | 0.40 | $ 490.00 | $ | 196.00 | re stragey, emails with Ronen, pretrial order, posisble motion to turnover docuemnt in bankruptcy court |
| 4/12/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | anlaysis of how ot obtain Equity Committee reports/possible bankrputcy avenues, Phone conference with  Ronen, email re issue |
| 4/14/2005 | RAF | 1.00 | $ 490.00 | $ | 490.00 | work on issue re getting doucment from Equity committe, confer with GAry Gardner, re bankruptcy approach, email to Ronene re same |
| 4/20/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | misc. communicaitons re amended complaint |
| 4/25/2005 | RAF | 1.00 | $ 490.00 | $ | 490.00 | analysis and comment on Ronnen Sarraf memo re suing NTCC; other complaint issues, review |
| 4/26/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | consult on issues re amended complaint |
| 4/28/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | consult on issues re case strategy, complaint issues, possible info from bankruptcy comittee |
| 5/2/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | misc emails, interim counsel issues |
| 5/3/2005 | RAF | 1.50 | $ 490.00 | $ | 735.00 | revisions interim counsel motion, review rules, etc., Phone conference re compliant, strategy issues |
| 5/4/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | address issues re complaint |
| 5/5/2005 | RAF | 1.25 | $ 490.00 | $ | 612.50 | confer, emails re suing directors, work on loss allegations, revisions to complaint |

EXHIBIT D

| | | | | | |
|---|---|---|---|---|---|
| 5/6/2005 | RAF | 3.50 | $ 490.00 | $ 1,715.00 | revisions to amended compalints, read and respond to emails on various complaint issues; work on allegations re losses to the plan, verify /calculatie infromation re losses, review of 11-Ks re same, etc. , Phone conference with  Ronen and Jim re final compalint revisions/startegic decisions |
| 5/7/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | review of recent bankruptcy filings/monitor procdings/review proposed filing with court re class counsel |
| 5/13/2005 | RAF | 1.50 | $ 490.00 | $ 735.00 | review of letter from defendants re deficientice sin compalint, confer with Ronen and Ellen re responsing to same, amendment issues |
| 5/14/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | review of Northern Trust letter re deficience, send to Ronen |
| 5/15/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | confer re startegay, emails |
| 5/17/2005 | RAF | 2.50 | $ 490.00 | $ 1,225.00 | analysis of deft deficiency letters, ocnfer with Ronen, discuss strategy, complaint reviisions |
| 5/18/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | followup on issue |
| 5/19/2005 | RAF | 1.50 | $ 490.00 | $ 735.00 | revisions to complaint, confer with Ronen and Jim re complaint issues, new allegations re concentration of stock; class definition issues |
| 5/20/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | confer with Ronen re amended compliant issues |
| 5/22/2005 | RAF | 0.10 | $ 490.00 | $ 49.00 | email to ronen/EMD re compalint issues, additional plaintiff |
| 5/23/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | re scheduling, brief limits, emails |
| 5/24/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | review of porposed court filling re iterim counsel, emails to Ronen |
| 5/26/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | emails to Ronen, misc strategy issues re joinder of additional plaintiff |
| 5/30/2005 | RAF | 0.10 | $ 490.00 | $ 49.00 | review of bankruptcy email filings, emails, check status |
| 5/31/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | respond to emails from Ronen, strategy issues/follow bankruptcy filings |
| 6/1/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | review, respond to emails re stipulation re briefs, adding plaintiff, proposed letter to court |
| 6/2/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | review, respond to emails re stipulation re briefs, adding plaintiff, proposed letter to court |
| 6/8/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | misc re scheudling/procedural issues, email to/from Ronen |

EXHIBIT D

| Date | | Hours | Rate | Amount | | Description |
|---|---|---|---|---|---|---|
| 6/16/2005 | RAF | 0.75 | $ 490.00 | $ | 367.50 | review of bankruptcy court docket, emails to/from Ronen re procedural issues, service, schedule, etc. review of court order, set up review objections to claims to check no objection re class claim |
| 6/17/2005 | RAF | 1.00 | $ 490.00 | $ | 490.00 | review of latest bankruptcy filings, check on matters that might affect claim |
| 6/20/2005 | RAF | 1.75 | $ 490.00 | $ | 857.50 | strategy. draft/revise possible letter to court |
| 6/21/2005 | RAF | 1.00 | $ 490.00 | $ | 490.00 | email to ronen, Sarrif, revisions of proposed letter to court re possible new action |
| 6/24/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | review of bankruptcy docket/filings, emails with Ronen re seeking confidential documents |
| 7/1/2005 | RAF | 0.75 | $ 490.00 | $ | 367.50 | Phone conference with Ronen; and with him and Marcia Bove re possible DOL participatation; confer with Jim Moore re stratgey, planning, allocating briifing responsibilies |
| 7/6/2005 | RAF | 1.50 | $ 490.00 | $ | 735.00 | receive motions to dismiss, Phone conference with  Ronen re assignemtns, etc., joint phone call with Ronen and Bove of DOL re their possible participation, emails re same |
| 7/11/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | emails, etc. re motions/briefs |
| 8/2/2005 | RAF | 3.25 | $ 490.00 | $ | 1,592.50 | revisions, edits to trustee brief |
| 8/2/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | monitor bankruptcy filings, print and review seelcted items, email to cocounsel re same |
| 8/3/2005 | RAF | 0.75 | $ 490.00 | $ | 367.50 | edits to brief re trustee |
| 8/4/2005 | RAF | 2.00 | $ 490.00 | $ | 980.00 | work on trustee brief, revisions |
| 8/5/2005 | RAF | 3.50 | $ 490.00 | $ | 1,715.00 | revisions to brief in response to trustee motion; also review and respond to memo from Ronen re bankruptcy developments, strategy |
| 8/7/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | work on response to trustee |
| 8/8/2005 | RAF | 6.00 | $ 490.00 | $ | 2,940.00 | revisions to company brief, emal to Ronen and EMD; also, re trustee brief |
| 8/9/2005 | RAF | 4.00 | $ 490.00 | $ | 1,960.00 | revisions to response to NTC brief, comment/revisions re Ronen Sarraf declaration/issues re ratings/check documents |
| 8/10/2005 | RAF | 4.50 | $ 490.00 | $ | 2,205.00 | revisions to NTC brief, including issues of Moody's allegations, and market conditions; resolve questions re Soluta deft;s brief, Ronen declaration, etc. |
| 8/11/2005 | RAF | 4.00 | $ 490.00 | $ | 1,960.00 | revisions to NTC brief, Ronen declaration, etc. |
| 8/14/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | analysis of Durapharmica case, impact on pending motions on Rule 8 |

EXHIBIT D

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 8/15/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | follow up re Durapharmica case, imessage to Jim Moore re follow up needed . |
| 8/16/2005 | RAF | 2.25 | $ 490.00 | $ 1,102.50 | re filing amended class proof of claim, and review of docket devepment, loss analysis |
| 8/17/2005 | RAF | 2.00 | $ 490.00 | $ 980.00 | amended proof of claim, loss calculations, anlasyis, text of claim and explanation |
| 8/18/2005 | RAF | 1.50 | $ 490.00 | $ 735.00 | class proof of claim, loss analysis, revisions to text of notes,, review of 11-Ks |
| 8/22/2005 | RAF | 0.75 | $ 490.00 | $ 367.50 | work on class cert issues, amending proof of claim, new computations, re letter to court re new third Cir. decision |
| 8/23/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | review Judge Rakoff decision on fbankruptcy and class certificaiton |
| 8/24/2005 | RAF | 1.25 | $ 490.00 | $ 612.50 | emails, etc., monitor bankruptcy case, re class cert issue |
| 8/28/2005 | RAF | 1.00 | $ 490.00 | $ 490.00 | loss analysis, etc. |
| 8/29/2005 | RAF | 1.00 | $ 490.00 | $ 490.00 | re informing court of new 32d Cir decision, work on loss issues |
| 8/30/2005 | RAF | 1.25 | $ 490.00 | $ 612.50 | re class cert |
| 8/31/2005 | RAF | 2.25 | $ 490.00 | $ 1,102.50 | loss issues, work on notes to proof of claim, etc. |
| 9/1/2005 | RAF | 1.50 | $ 490.00 | $ 735.00 | re revising amended class proof fo claim/class certificaiton brief, draft of letter to bankruptcy counsel |
| 9/2/2005 | RAF | 2.50 | $ 490.00 | $ 1,225.00 | review and revise class certificaiton motion/brief |
| 9/6/2005 | RAF | 3.00 | $ 490.00 | $ 1,470.00 | work on class cert papers for bankruptcy case |
| 9/7/2005 | RAF | 1.50 | $ 490.00 | $ 735.00 | re class papers, revisions, comments |
| 9/8/2005 | RAF | 0.50 | $ 490.00 | $ 245.00 | draft letter to bankruptcy counsel re class motion/proof of claim/plan of reorg input |
| 9/9/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | review of emails from Ronen/EMD re case strategy, deveopmnets, review bankruptcy court filings |
| 9/11/2005 | RAF | 0.25 | $ 490.00 | $ 122.50 | montior bankruptcy filings |
| 9/14/2005 | RAF | 0.50 | $ 490.00 | $ 245.00 | check on bankruptcy court fiings, status of plan, etc. |
| 9/14/2005 | RAF | 2.00 | $ 490.00 | $ 980.00 | review of bankruptcy court filings, review of Equity Commitee opposition re apoinmtnet of exerts, review objections to proofso claim, email to co-counsel re strategy, findings |
| 9/22/2005 | RAF | 2.50 | $ 490.00 | $ 1,225.00 | revisions to proposed Martinez complaint -- re trustee allegations, bankruptcy allegations, confer with Jim Moore re same, email to Ronen re compalint revisions |

EXHIBIT D

| Date | | | | | | Description |
|---|---|---|---|---|---|---|
| 9/28/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | call with Ronen, case strategy in bankruptcy, possiblenew action |
| 9/29/2005 | RAF | 2.50 | $ 490.00 | $ | 1,225.00 | revisions to pleading, possible new action (martinez) re co-fiduciary allegations |
| 10/3/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | confer with Ronen and Ellen re case developments, impact on trustee claims of US Air decision, strategy |
| 10/4/2005 | RAF | 1.00 | $ 490.00 | $ | 490.00 | revisions of letter to Court re Defelice decision, review/cite to complaint, etc. re same |
| 10/6/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | revisions letter to court. |
| 10/12/2005 | RAF | 1.00 | $ 490.00 | $ | 490.00 | phone conference EMD and Ronen Sarraf re class cert procedings, stragey; review of docket and rules re lack of response; readiness, and response, monitor bankruptcy court filings |
| 10/13/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | review status, correspondence, strategy re class cert hearing |
| 10/14/2005 | RAF | 2.00 | $ 490.00 | $ | 980.00 | review of deft breif in opposition to class cert, confer re strategy, PCs to bankruptcy counsel re scheduling matters, etc. |
| 10/18/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | re letter to court re case developmnets |
| 10/20/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | emails re later case devolpments |
| 11/18/2005 | RAF | 0.10 | $ 490.00 | $ | 49.00 | confer with Jim Moore re response re bankruptcy class certificaiton motion |
| 11/30/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | Phone conference with  Ronen, messages to and from Bellacosa re clas procedings, etc. |
| 12/2/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | update on bankruptcy court filings |
| 12/6/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | Phone conference with , emails re class certificaiton schedule, postponing court hearing |
| 12/14/2005 | RAF | 2.50 | $ 490.00 | $ | 1,225.00 | lunch meet with Eric Schaffer, Phone conference Ronen Sarraf |
| 12/15/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | read JP Morgan pleadings |
| 12/16/2005 | RAF | 0.50 | $ 490.00 | $ | 245.00 | confer with EMD, Phone conference with with Ronen Sarraf and Joe Gentile re case strategy |
| 12/19/2005 | RAF | 0.25 | $ 490.00 | $ | 122.50 | update on filings, email to co-counsel re latest developments |
| 1/10/2006 | RAF | 0.30 | $ 490.00 | $ | 147.00 | email to Peter Bellacoas re class cert scheduling, insurance, future plan of reorgan, and withdrawal of initial proof of claim. |
| 1/11/2006 | RAF | 0.25 | $ 490.00 | $ | 122.50 | follow-up re schelding issues of class cert, |
| 1/24/2006 | RAF | 0.25 | $ 490.00 | $ | 122.50 | misc emails to Bellacosa, and internal re proof of claim, bankruptcy strategy |
| 1/25/2006 | RAF | 0.25 | $ 490.00 | $ | 122.50 | follow-up with Bellacoas re withdrawal of proof of claim (original one) |

EXHIBIT D

| Date | | | | | | Description |
|---|---|---|---|---|---|---|
| 1/31/2006 | RAF | 0.25 | $ 490.00 | $ | 122.50 | follow-up re prepararing stipulation re dismissal of first claim in favor of second |
| 2/1/2006 | RAF | 0.25 | $ 490.00 | $ | 122.50 | Prep Draft stipulaiton re dismissal of dulicate claim, email to Peter Bellacosa re same |
| 2/2/2006 | RAF | 0.25 | $ 490.00 | $ | 122.50 | Follow-up re stipulaiton re dismissal of dulicate claim, revise per Bellacoa comments, email to him w additional info request |
| 2/15/2006 | RAF | 0.50 | $ 490.00 | $ | 245.00 | follow-up re bankruptcy plan analysis/questions comments |
| 2/15/2006 | RAF | 0.75 | $ 490.00 | $ | 367.50 | receive notification of filing of plan of reorg and disclosure statement -- emails re same, set up DAB re analysis needed |
| 2/27/2006 | RAF | 0.25 | $ 490.00 | $ | 122.50 | finalize Stipulaiton re bankruptcy claim substitution, email to Ronen Sarraf re same |
| 3/6/2006 | RAF | 0.50 | $ 490.00 | $ | 245.00 | emails exchange with Ronen re cases status, strategy, update on bankruptcy status/check docket |
| 3/7/2006 | RAF | 0.75 | $ 490.00 | $ | 367.50 | confer with Ronen, DAB, JM, EMD re bankruptcy proceedings, strategy, impact of plan, etc. /make update on status, bankruptcy filings |
| 3/9/2006 | RAF | 0.40 | $ 490.00 | $ | 196.00 | emails to/from Ronen Sarraf re bankruptcy issues including recent status report from equity comittee, email to Bellacosa (Solutia bankry counsel re scheulding) |
| 3/17/2006 | RAF | 0.25 | $ 490.00 | $ | 122.50 | review of draft of objections, email to cocounsel |
| 3/19/2006 | RAF | 1.50 | $ 490.00 | $ | 735.00 | review of recent court decision in Gregory v. Finova (4th Cir.) -  emails to Ronen and others re disclosure statement issues, discovery strategy, etc. |
| 3/28/2006 | RAF | 0.50 | $ 490.00 | $ | 245.00 | review f docket and recent filings, email to Ronen re startegy, disclosure statemetn, etc. |
| 3/29/2006 | RAF | 1.50 | $ 490.00 | $ | 735.00 | review of latest draft of objections to disclosure statement, revisions, email to Ronen and other co-counsel re strategy, changes needed |
| 4/2/2006 | RAF | 0.50 | $ 490.00 | $ | 245.00 | email to Ronen, comments on proposed objections in bankruptcy court, strategy |
| 4/7/2006 | RAF | 2.75 | $ 490.00 | $ | 1,347.50 | re objeciotions to disclosure statement, limited objection re fee applicaiton |
| 4/10/2006 | RAF | 0.50 | $ 490.00 | $ | 245.00 | analysis of issues re defense cots/insurance for objeciton, email to Ronen re same |
| 4/11/2006 | RAF | 0.25 | $ 490.00 | $ | 122.50 | comments, revisions re counsel applicaiton to bankruptcy court re fees, defedning action |

EXHIBIT D

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/12/2006 | RAF | 0.50 | $ 490.00 | $    245.00 | follow-up, review, revise bankruptcy papers re objections to D/S and limited fee objection |
| 4/14/2006 | RAF | 0.50 | $ 490.00 | $    245.00 | comments, review of court filings, developments |
| 4/17/2006 | RAF | 0.25 | $ 490.00 | $    122.50 | follow up re court filings, objections to discloure statement |
| 4/18/2006 | RAF | 0.25 | $ 490.00 | $    122.50 | review, revisions re objections to D/S and limited objection re fees |
| 4/24/2006 | RAF | 0.25 | $ 490.00 | $    122.50 | various emails re devlopments, issues |
| 4/25/2006 | RAF | 0.10 | $ 490.00 | $      49.00 | follow-up emails re devleopments, stratgey |
| 5/4/2006 | RAF | 0.25 | $ 490.00 | $    122.50 | emails/ etc. re bankruptcy related filings, schedules, etc. |
| 5/23/2006 | RAF | 0.50 | $ 490.00 | $    245.00 | re prep for hearing, review of docket, other filings, etc. |
| 5/25/2006 | RAF | 0.50 | $ 490.00 | $    245.00 | re developments in bankruptcy, review of other objections to plan, etc. |
| 5/26/2006 | RAF | 0.75 | $ 490.00 | $    367.50 | review of bankruptcy filings, update re developments re upcoming hearing |
| 5/31/2006 | RAF | 0.25 | $ 490.00 | $    122.50 | check docket, email to Ronen |
| 6/1/2006 | RAF | 1.00 | $ 490.00 | $    490.00 | work on bankruptcy issues, review other objections to plan, update on developments |
| 6/2/2006 | RAF | 0.50 | $ 490.00 | $    245.00 | review of bankruptcy filings related to plan/reorganizaiton |
| 6/22/2006 | RAF | 0.25 | $ 490.00 | $    122.50 | email to cocounsel re appeal strategy |
| 7/11/2006 | RAF | 0.25 | $ 490.00 | $    122.50 | update status, review of docket filings |
| 7/13/2006 | RAF | 3.25 | $ 490.00 | $  1,592.50 | response to objection, review , supervise/revise Jm Moore response, revisions |
| 7/14/2006 | RAF | 0.50 | $ 490.00 | $    245.00 | review, approve final changes |
| 8/1/2006 | RAF | 0.10 | $ 490.00 | $      49.00 | re scheduling, update status |
| 8/11/2006 | RAF | 0.50 | $ 490.00 | $    245.00 | appeal issues re DOL brief, etc., Phone conference with  Ronen; monitor docket/filings |
| 8/14/2006 | RAF | 0.25 | $ 490.00 | $    122.50 | Phone conference with  with Ronen, and counsel for retirement committee |
| 8/17/2006 | RAF | 0.25 | $ 490.00 | $    122.50 | review email from Ronen re bankruptcy hearing, review of recent court filings, email to Ronen and EMD re updated information learned |
| 9/8/2006 | RAF | 0.25 | $ 490.00 | $    122.50 | review of recent developments in bankruptcy court, misc. emails, etc. |
| 10/5/2006 | RAF | 0.25 | $ 490.00 | $    122.50 | receive and respond to co-counsel re bankruptcy court dervelopments |
| 11/15/2006 | RAF | 0.50 | $ 490.00 | $    245.00 | review of court filings, memo to co-counsel re developments, issues |
| 11/27/2006 | RAF | 0.25 | $ 490.00 | $    122.50 | various emails, update re DOL filing |
| 1/11/2007 | RAF | 0.10 | $ 490.00 | $      49.00 | review and respond to various emails re DOL involvement in appeal, etc. |
| 1/15/2007 | RAF | 0.25 | $ 490.00 | $    122.50 | monitor recent filings, forward relevant ones to co-counsel |

EXHIBIT D

| Date | | Hours | Rate | Amount | | Description |
|---|---|---|---|---|---|---|
| 2/15/2007 | RAF | 0.25 | $ 490.00 | $ | 122.50 | monitor filings, email to co-counsel updating status |
| 5/17/2007 | RAF | 3.25 | $ 490.00 | $ | 1,592.50 | review of amended plan/ D/S, emails to co-counsel |
| 5/21/2007 | RAF | 2.25 | $ 490.00 | $ | 1,102.50 | analysis of D/S, review of prior objections, etc. |
| 5/22/2007 | RAF | 1.50 | $ 490.00 | $ | 735.00 | review of proposed POR, prior objections, etc. /analysis of legal position |
| 5/23/2007 | RAF | 2.75 | $ 490.00 | $ | 1,347.50 | emails, etc. re adding class represents, settlement approach to bankruptcy counsel; analysis of por and d/s |
| 5/24/2007 | RAF | 3.25 | $ 490.00 | $ | 1,592.50 | analysis of claims, revisions to disclousre statement objections; case strategy |
| 5/25/2007 | RAF | 2.00 | $ 490.00 | $ | 980.00 | prepare for and conference call with EMD, Ronen, and others re bankruptcy strategy, DOL position, potential objecitons to POR, etc. |
| 5/29/2007 | RAF | 3.50 | $ 490.00 | $ | 1,715.00 | review and analysis of proposed plan of reorganization and disclosure statement, review of our prior objections to prior plan draft, review of DOL position re plan and withdrawal of objecitons. |
| 6/5/2007 | RAF | 0.25 | $ 490.00 | $ | 122.50 | Review and respond to email from Ronen re objection in bankrupty -- review of prior response |
| 6/7/2007 | RAF | 0.50 | $ 490.00 | $ | 245.00 | review POR and D/S issues with Dan Bushell, analysis of changfes needed for objections, etc. |
| 6/8/2007 | RAF | 0.50 | $ 490.00 | $ | 245.00 | Phone conference with  with Ronen and debtor's counsel re pending motion re insuraers fees, posisble settlement, bankruptcy issues, prep for same |
| 6/12/2007 | RAF | 0.25 | $ 490.00 | $ | 122.50 | emails to co-counsel re class reps -- issues with standing, identifying claims |
| 6/12/2007 | RAF | 0.50 | $ 490.00 | $ | 245.00 | communicaitons to/from Ronen re objection to claims, quesionts re class rep |
| 6/13/2007 | RAF | 0.25 | $ 490.00 | $ | 122.50 | email to co-counsel re client records/new plaintiff |
| 6/14/2007 | RAF | 0.30 | $ 490.00 | $ | 147.00 | various communicaitons to Dan Bushell/Ronen re revisions to be made to objections to disclosure statment/ and schedule |
| 6/19/2007 | RAF | 0.50 | $ 490.00 | $ | 245.00 | emails, identiying issues, arranging call |
| 6/20/2007 | RAF | 2.75 | $ 490.00 | $ | 1,347.50 | strategy conference with cocounsel re proofs of claim, objecitons in bankruptcy, new complaint, venue issues, etc., prep for same, review of class rep. account info, etc. / Review of proofs of claim, suggestions to Ronen re same by email; email to Dan B. re changes needed in objections to D/D |

EXHIBIT D

| Date | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/21/2007 | RAF | 5.50 | $ 490.00 | $ 2,695.00 | revisions to objections to disclosure statement, emails, etc. re revisions to same, and also re bankrupcty proofs of claim and insurance issues re same |
| 6/22/2007 | RAF | 0.75 | $ 490.00 | $ 367.50 | further revisions re objecitons to D/S, insurance info, phone conference re strategy, venue issues, etc. |
| 6/24/2007 | RAF | 0.10 | $ 490.00 | $ 49.00 | message to co-counsel re our objectin to insurer's fees in bankruptcy |
| 6/25/2007 | RAF | 1.50 | $ 490.00 | $ 735.00 | revisions to objecitons to diclsoure statement, strategy, etc. |
| 6/26/2007 | RAF | 0.50 | $ 490.00 | $ 245.00 | revisions to objecitons to diclsoure statement |
| 6/27/2007 | RAF | 0.10 | $ 490.00 | $ 49.00 | follow-up regarding objections to disclosure statement |
| 7/2/2007 | RAF | 0.10 | $ 490.00 | $ 49.00 | Email to co-counsel re case strategy |
| 7/12/2007 | RAF | 2.00 | $ 490.00 | $ 980.00 | Work on POR/D-S statement issues, and equitable subordination, anlaysis of documents, Phone conference with  Ronen |
| 7/13/2007 | RAF | 6.50 | $ 490.00 | $ 3,185.00 | Gather and analysis of materials re 510(b) subordination, phone conference re strategy, review of proposed language in plan re releases, exculpation, email memo to Roenen et al re position on issues, analysis of issues re warrants, subordination, etc. |
| 7/16/2007 | RAF | 7.75 | $ 490.00 | $ 3,797.50 | Issues regarding disclosure statement, analysis of POR and D/S, email memos to co-coujnsel, conference call with Ronen re strategy,. call with Frischberg for deft, Legal research re estimating claims, effect, procedure |
| 7/17/2007 | RAF | 9.00 | $ 490.00 | $ 4,410.00 | Work on preperation of brief re subordination of claim, review of reseacrh materials, |
| 7/18/2007 | RAF | 12.75 | $ 490.00 | $ 6,247.50 | work on subordination issues, meet with co-counsel re same.  Work on issue re "arising under language" as it appears in bankruptcy jurisctional statute vs. subordination clause. Work on objection/statement of position re voting procedures. Confer with  co-counsel and phone conference with defendant counsel  re settlement position. |
| 7/23/2007 | RAF | 0.50 | $ 490.00 | $ 245.00 | review and comment on drafts of brief |
| 7/27/2007 | RAF | 1.50 | $ 490.00 | $ 735.00 | update on developments, Phone conference with co-counsel re bankruptcy court/settlement strategy, phone conference with and debtor's counsel re setling case. |
| 7/31/2007 | RAF | 1.00 | $ 490.00 | $ 490.00 | Phone conference with all co-counsel re settlement strategy, preparation for same. |

EXHIBIT D

| 8/20/2007 | RAF | 0.10 | $ 490.00 | $ | 49.00 | Review email from EMD re settlement status |
| 9/13/2007 | RAF | 1.75 | $ 490.00 | $ | 857.50 | Review email from Levee and EMD re settlement status.  Email to co-counsel analysing settlement issues and procedures/and value of proposed relief under the plan/review of relevant portions of POR re same. |
| 9/14/2007 | RAF | 0.50 | $ 490.00 | $ | 245.00 | Conference call re settlment strategey, preperation for same. |
| 9/19/2007 | RAF | 0.25 | $ 490.00 | $ | 122.50 | review of bankruptcy filings, docket, email note to co-counsel re scheduling issues impacting class |
| 9/21/2007 | RAF | 0.50 | $ 490.00 | $ | 245.00 | various emails re case strategy |
| 9/26/2007 | RAF | 3.00 | $ 490.00 | $ | 1,470.00 | revisions to proposed memo of Understanding, lenghty email to co-counsel re issues |
| 10/12/2007 | RAF | 0.50 | $ 490.00 | $ | 245.00 | email exchange with EMD re settlement issues and addressing issues raised/concerns of counsel for individuals K. Wahle |
| 10/15/2007 | RAF | 0.50 | $ 490.00 | $ | 245.00 | Settlement strategy - email comments on counsel for individual's settlement position, indemnificaiton issues, related matters, review of EMD response |
| 10/16/2007 | RAF | 0.25 | $ 490.00 | $ | 122.50 | review of EMD report of developments, respond to same and re latest disclosure statement filed |
| 10/17/2007 | RAF | 0.10 | $ 490.00 | $ | 49.00 | review of co-counsel emails re latest Disclosure statement |
| 10/18/2007 | RAF | 0.25 | $ 490.00 | $ | 122.50 | email exchange with co-counsel re possible scheduling of subordination issue/review emails re debtor position on Disclosure statement issues |
| 10/21/2007 | RAF | 1.50 | $ 490.00 | $ | 735.00 | Prepare and send analysis to co-counsel re alternative settlement structures, Plan B. |
| 10/22/2007 | RAF | 1.50 | $ 490.00 | $ | 735.00 | Settlement strategy -- Review and respond to EMD re settlement issues, release prolems, discharge of claims, preserving claims against individuals, etc. |
| 10/29/2007 | RAF | 0.75 | $ 490.00 | $ | 367.50 | emails from/to Ronen Sarraf re voting issues/various emails re case strategy/conference call with co-counsel re settlement position |
| 11/6/2007 | RAF | 1.25 | $ 490.00 | $ | 612.50 | Review of emails re settlement.  Address issues re adequacy of notice to class, re timing, requirements of FRCP 23 and Bankruptcy rules. |
| 11/9/2007 | RAF | 0.20 | $ 490.00 | $ | 98.00 | email exchange re developments, drop in stock price, impact on posisble settlement |

EXHIBIT D

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/13/2007 | RAF | 1.25 | $ 490.00 | $ 612.50 | analysis of issues relating to settlement, including indemnificaiton under POR, settlement strategey, objeciton issues |
| 11/14/2007 | RAF | 1.00 | $ 490.00 | $ 490.00 | conference call, analysis of issues relating to settlement, settlement strategy |
| 11/16/2007 | RAF | 1.25 | $ 490.00 | $ 612.50 | review of and suggested revisions to objection to confirmation |
| 11/19/2007 | RAF | 1.25 | $ 490.00 | $ 612.50 | conf call foe bankruptcy settlement/objeciton strategy, review of draft objection to confirmation |
| 11/20/2007 | RAF | 1.00 | $ 490.00 | $ 490.00 | STRATEGY- settlement issues, bankruptcy issues/emails, etc. |
| 11/21/2007 | RAF | 0.75 | $ 490.00 | $ 367.50 | STRATEGY- EMAILs to co-counsel re same, loss issues |
| 11/27/2007 | RAF | 1.75 | $ 490.00 | $ 857.50 | revisions to bullet points re settlement, email exchanges re strategy issus, possible maser settlement |
| 11/27/2007 | RAF | 1.50 | $ 490.00 | $ 735.00 | add'l revisions to bullet points, strategy issus, and, re possible master settlement |
| 11/28/2007 | RAF | 0.25 | $ 490.00 | $ 122.50 | read, resopnsd to emails re settlement issues |
| 12/26/2007 | RAF | 0.50 | $ 490.00 | $ 245.00 | Comment on adminsitrative issues re settlement, emails to co-counsel re same |
| 12/27/2007 | RAF | 1.75 | $ 490.00 | $ 857.50 | Review and comments on stipulation of settlement, various emails re same |
| 2/1/2008 | RAF | 2.50 | $ 490.00 | $ 1,225.00 | Review of settment documents, email to co-counsel with questions/concerns |
| 2/7/2008 | RAF | 0.25 | $ 490.00 | $ 122.50 | email to.from co-counsel re settlement issues, comments re agreement |
| 2/11/2008 | RAF | 2.25 | $ 490.00 | $ 1,102.50 | Review of proposed settlement documents, emails re oints, conference with co-counsel |
| 2/21/2008 | RAF | 0.25 | $ 490.00 | $ 122.50 | update on settlement issues for upcoming phone conference |
| 2/22/2008 | RAF | 0.50 | $ 490.00 | $ 245.00 | phone conference re settlement strategy in light of bankruptcy developments, exit financing, etc. |
| Totals Richard A. Finberg | | 284.30 | | $ 139,307.00 | |
| | | | | | |
| 9/7/2004 | TAB | 0.50 | $ 145.00 | $ 72.50 | Obtain, organize SEC filings for RAF |
| 9/8/2004 | TAB | 2.00 | $ 145.00 | $ 290.00 | Obtain docket reports, identify, organize SEC filings for KJD and RAF |
| 9/9/2004 | TAB | 3.50 | $ 145.00 | $ 507.50 | Review, organize various SEC filings for RAF, KJD |
| 9/14/2004 | TAB | 2.50 | $ 145.00 | $ 362.50 | Review 8-K SEC filings for RAF, KJD |
| 9/16/2004 | TAB | 1.50 | $ 145.00 | $ 217.50 | Obtain historical pricing, annual reports for KJD |

EXHIBIT D

| 9/16/2004 | TAB | 1.00 | $ 145.00 | $ | 145.00 | Review 8-K SEC filings, obtain background information |
|---|---|---|---|---|---|---|
| 9/17/2004 | TAB | 1.00 | $ 145.00 | $ | 145.00 | Obtain historical pricing information, research Northern Trust Co. |
| 9/21/2004 | TAB | 1.00 | $ 145.00 | $ | 145.00 | investigate Northern Trust Comapny holdings |
| 9/23/2004 | TAB | 0.50 | $ 145.00 | $ | 72.50 | Obtain news reports for KJD, research Northern Trust |
| 10/11/2004 | TAB | 0.75 | $ 145.00 | $ | 108.75 | Obtain historical pricing information |
| 10/15/2004 | TAB | 1.00 | $ 145.00 | $ | 145.00 | Interest rate, USCA research for RAF |
| 2/14/2005 | TAB | 1.00 | $ 145.00 | $ | 145.00 | Obtain related court opinions for BSG |
| 2/23/2005 | TAB | 1.00 | $ 145.00 | $ | 145.00 | Shepardize, verify citations, quotations in brief for BSG |
| 2/24/2005 | TAB | 3.00 | $ 145.00 | $ | 435.00 | Sheparzie, verify citations, quotations in brief for BSG |
| 3/9/2005 | TAB | 1.00 | $ 145.00 | $ | 145.00 | Obtain various Solutia-related on-line images for RAF |
| 3/24/2005 | TAB | 0.50 | $ 145.00 | $ | 72.50 | Obtain CFR FOIA sections for JAM |
| 3/31/2005 | TAB | 2.50 | $ 145.00 | $ | 362.50 | Obtain historical news reports |
| 4/4/2005 | TAB | 1.50 | $ 145.00 | $ | 217.50 | Obtain historical news reports for JAM |
| 4/8/2005 | TAB | 1.00 | $ 145.00 | $ | 145.00 | Obtain related SEC filings for JAM |
| 4/25/2005 | TAB | 1.50 | $ 145.00 | $ | 217.50 | Obtain corporate bond rating data for JAM |
| 4/26/2005 | TAB | 1.50 | $ 145.00 | $ | 217.50 | Research historical bond rating data for JAM |
| 4/28/2005 | TAB | 2.50 | $ 145.00 | $ | 362.50 | Obtain analyst reports, bond rating data for JAM |
| 5/2/2005 | TAB | 0.50 | $ 145.00 | $ | 72.50 | Obtain various on-line images Re: Plan of Reorganization |
| 5/3/2005 | TAB | 2.50 | $ 145.00 | $ | 362.50 | Investigate compnay ratings history and historical boards of directors |
| 5/4/2005 | TAB | 2.50 | $ 145.00 | $ | 362.50 | Obtain ratings histories, historical boards of directors |
| 5/5/2005 | TAB | 2.00 | $ 145.00 | $ | 290.00 | Review amended compalint; communications with co-counsel; analyze history Re: Board of Directors appointments |
| 5/19/2005 | TAB | 3.50 | $ 145.00 | $ | 507.50 | Obtain, send out various SEC filings to co-counsel |
| 7/5/2005 | TAB | 1.00 | $ 145.00 | $ | 145.00 | Obtain related court opinions in MK case; scan/file management |
| 7/12/2005 | TAB | 0.50 | $ 145.00 | $ | 72.50 | organize, obtain SEC filings |
| 8/4/2005 | TAB | 4.00 | $ 145.00 | $ | 580.00 | Shepardize, verify citations, appendix references |
| 8/10/2005 | TAB | 6.50 | $ 145.00 | $ | 942.50 | Sheapardize, check citations, quotations in NTC response, plaintiffs reseponse |
| 8/24/2005 | TAB | 1.50 | $ 145.00 | $ | 217.50 | Obtain excerpts from Colliers for JAM |
| 8/25/2005 | TAB | 1.00 | $ 145.00 | $ | 145.00 | Obtain Colliers excerpts for JAM |
| 8/29/2005 | TAB | 0.50 | $ 145.00 | $ | 72.50 | Obtain historical stock price data |
| 8/30/2005 | TAB | 1.00 | $ 145.00 | $ | 145.00 | Obtain historical stock pricing data |
| 9/6/2005 | TAB | 0.50 | $ 145.00 | $ | 72.50 | Review docket for plan of reorganization-related filings |

EXHIBIT D

Case (Copy)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/25/2006 | TAB | 0.50 | $ 145.00 | $ | 72.50 | Obtain recent-stipulation-related document; communications with USBC, SDNY Re: case status |
| 2/2/2006 | TAB | 0.25 | $ 145.00 | $ | 36.25 | Communications with USBC, SDNY Re: Judicial assignments, review docket report |
| 6/9/2006 | TAB | 0.50 | $ 145.00 | $ | 72.50 | Cite check, sheaprdize various casrs for JAM |
| 7/6/2006 | TAB | 2.50 | $ 145.00 | $ | 362.50 | Cite check, sheaprdize verify quotations in appellate breif for JAM |
| 8/18/2006 | TAB | 0.50 | $ 145.00 | $ | 72.50 | Obtain Federal Register excerpts |
| 9/19/2006 | TAB | 1.00 | $ 145.00 | $ | 145.00 | Obtain Federal Register excerpts for JAM |
| 9/26/2006 | TAB | 2.00 | $ 145.00 | $ | 290.00 | Obtain, organize SEC filings and news reports |
| 9/28/2006 | TAB | 5.00 | $ 145.00 | $ | 725.00 | Check citations; verify quotations; sheapardize brief |
| 1/4/2007 | TAB | 2.00 | $ 145.00 | $ | 290.00 | Obtain Soutia cases for oral argument summary |
| 1/5/2007 | TAB | 2.00 | $ 145.00 | $ | 290.00 | Obtain cases for oral argument summary |
| 1/8/2007 | TAB | 1.00 | $ 145.00 | $ | 145.00 | Organize cases for oral argument summary |
| 1/9/2007 | TAB | 1.00 | $ 145.00 | $ | 145.00 | organize Soutia cases for oral arumwent for EMD |
| 1/11/2007 | TAB | 2.50 | $ 145.00 | $ | 362.50 | Organize case summaries for oral argument summary |
| Totals Thomas A. Buzard | | 80.50 | | $ | 11,672.50 | |

| | | | | | |
|---|---|---|---|---|---|
| TOTALS | | 2,410.80 | | $ | 813,465.75 |
| | | | | | |

EXHIBIT D