# JOINT DECLARATION OF CLASS COUNSEL

# EXHIBIT E

**In re Solutia Corp. ERISA Litigation**
**SARRAF GENTILE LLP**
**Case Expenses**

| Date | Amount | Description |
|---|---|---|
| 9/21/04 | $3.85 | Postage |
| 10/7/04 | $9.02 | Postage |
| 10/8/04 | $4.42 | Postage |
| 10/16/04 | $4.19 | Postage |
| 12/10/04 | $4.33 | Postage |
| 12/20/04 | $2.49 | Postage |
| 12/27/04 | $5.16 | Postage |
| 2/25/05 | $3.87 | Postage |
| 5/6/05 | $7.70 | Postage |
| 5/10/05 | $2.12 | Postage |
| 5/13/05 | $54.31 | Research |
| 5/20/05 | $6.98 | Postage |
| 7/5/05 | $10.68 | Teleconferencing |
| 9/1/05 | $20.14 | Photocopying |
| 6/4/06 | $19.35 | Teleconferencing |
| 5/20/07 | $105.00 | Meals |
| 6/25/07 | $9.62 | Postage |
| 6/27/07 | $7.83 | Postage |
| 6/29/07 | $15.66 | Postage |
| 7/26/07 | $7.56 | Meals |
| 7/26/07 | $6.49 | Meals |
| 8/1/07 | $13.56 | Meals |
| 10/19/07 | $60.00 | Meals |
| 11/24/07 | $127.80 | Travel |
| 11/25/07 | $7.85 | Meals |
| 11/25/07 | $34.43 | Travel |
| 11/26/07 | $41.09 | Meals |
| 11/26/07 | $6.22 | Meals |
| 11/26/07 | $10.00 | Travel |
| 11/26/07 | $34.72 | Travel |
| 11/29/07 | $55.77 | Meals |
| 12/12/07 | $40.00 | Meals |
| 5/12/08 | $19.00 | Meals |
| **TOTAL** | **$761.21** | |