# JOINT DECLARATION OF CLASS COUNSEL

# EXHIBIT F

Case 1:07-cv-06011-LAP    Document 43-9    Filed 09/03/2008    Page 1 of 3

Re: Solutia Litigation  **FEES SUMMARY**  08/06/2008
*STEMBER FEINSTEIN DOYLE and PAYNE, LLC*

**STEMBER FEINSTEIN DOYLE & PAYNE, LLC**
429 Forbes Avenue
Allegheny Building, 17th Floor
Pittsburgh, PA 15219

**EXPENSES**
**REPORTING PERIOD: August 1, 2007 through August 22, 2008**

| Bill Date | Bill Code | Total Dur | Rate/Price | Billed Amt | Description |
|---|---|---|---|---|---|
| 10/19/07 | AIR | 1.00 | $ 598.80 | $ 598.80 | Airfare to/from New York |
| 09/27/07 | COPYING | 1,102.00 | $ 0.14 | $ 154.28 | Photocopying Expense |
| 10/31/07 | COPYING | 1,103.00 | $ 0.14 | $ 154.42 | Photocopying Expense |
| 10/31/07 | COPYING | 118.00 | $ 0.14 | $ 16.52 | Photocopying Expense |
| 11/30/07 | COPYING | 71.00 | $ 0.14 | $ 9.94 | Photocopying Expense |
| 11/30/07 | COPYING | 223.00 | $ 0.14 | $ 31.22 | Photocopying Expense |
| 02/28/08 | COPYING | 35.00 | $ 0.14 | $ 4.90 | Photocopying Expense |
| 02/28/08 | COPYING | 55.00 | $ 0.14 | $ 7.70 | Photocopying Expense |
| 03/31/08 | COPYING | 45.00 | $ 0.14 | $ 6.30 | Photocopying Expense |
| 08/17/07 | CRTFEE | 1.00 | $ 25.00 | $ 25.00 | Pro Hac Vice Motion for E. Doyle |
| 08/21/07 | MISC EXPENSE | 1.00 | $ 18,569.54 | $ 18,569.54 | Lowenstein Sandler (Invoice 490272) |
| 09/18/07 | MISC EXPENSE | 1.00 | $ 20,193.16 | $ 20,193.16 | Lowenstein Sandler (Invoice 492054) |
| 10/23/07 | MISC EXPENSE | 1.00 | $ 4,683.60 | $ 4,683.60 | Lowenstein Sandler (Invoice 494674) |
| 10/31/07 | MISC EXPENSE | 1.00 | $ 101.08 | $ 101.08 | BroadData Conferencing |
| 11/19/07 | MISC EXPENSE | 1.00 | $ 24,147.69 | $ 24,147.69 | Lowenstein Sandler (Invoice 496681) |
| 12/01/07 | MISC EXPENSE | 1.00 | $ 57.06 | $ 57.06 | BroadData Conferencing |
| 12/14/07 | MISC EXPENSE | 1.00 | $ 32,966.42 | $ 32,966.42 | Lowenstein Sandler (Invoice 498630) |
| 01/01/08 | MISC EXPENSE | 1.00 | $ 35.96 | $ 35.96 | BroadData Conferencing |
| 01/18/08 | MISC EXPENSE | 1.00 | $ 17,751.58 | $ 17,751.58 | Lowenstein Sandler (Invoice 501501) |
| 02/07/08 | MISC EXPENSE | 1.00 | $ 5.26 | $ 5.26 | BroadData Conferencing |
| 02/15/08 | MISC EXPENSE | 1.00 | $ 7,125.46 | $ 7,125.46 | Lowenstein Sandler (Invoice 504222) |
| 02/22/08 | MISC EXPENSE | 1.00 | $ 18.53 | $ 18.53 | BroadData Conferencing |
| 03/19/08 | MISC EXPENSE | 1.00 | $ 37,210.27 | $ 37,210.27 | Lowenstein Sandler (Invoice 506475) |
| 04/16/08 | MISC EXPENSE | 1.00 | $ 8,970.76 | $ 8,970.76 | Lowenstein Sandler (Invoice 508444) |
| 05/19/08 | MISC EXPENSE | 1.00 | $ 10,992.20 | $ 10,992.20 | Lowenstein Sandler (Invoice 510880) |
| 06/18/08 | MISC EXPENSE | 1.00 | $ 11,002.94 | $ 11,002.94 | Lowenstein Sandler (Invoice 513429) |
| 07/25/08 | MISC EXPENSE | 1.00 | $ 3,721.34 | $ 3,721.34 | Lowenstein Sandler (Invoice 517069) |
| 08/22/08 | MISC EXPENSE | 1.00 | $ 729.66 | $ 729.66 | Lowenstein Sandler (Invoice 519240) |
| 08/31/07 | PACER | 1.00 | $ 21.76 | $ 21.76 | PACER (Court Support) |
| 09/30/07 | PACER | 1.00 | $ 64.80 | $ 64.80 | PACER (Court Support) |
| 09/30/07 | PACER | 1.00 | $ 155.60 | $ 155.60 | PACER (Court Support) |
| 09/30/07 | PACER | 1.00 | $ 193.44 | $ 193.44 | PACER (Court Support) |
| 10/31/07 | PACER | 1.00 | $ 5.68 | $ 5.68 | PACER (Court Support) |
| 10/31/07 | PACER | 1.00 | $ 150.48 | $ 150.48 | PACER (Court Support) |
| 11/30/07 | PACER | 1.00 | $ 66.16 | $ 66.16 | PACER (Court Support) |
| 11/30/07 | PACER | 1.00 | $ 5.68 | $ 5.68 | PACER (Court Support) |
| 12/31/07 | PACER | 1.00 | $ 13.28 | $ 13.28 | PACER (Court Support) |
| 12/31/07 | PACER | 1.00 | $ 5.52 | $ 5.52 | PACER (Court Support) |
| 03/31/08 | PACER | 1.00 | $ 4.32 | $ 4.32 | PACER (Court Support) |
| 03/31/08 | PACER | 1.00 | $ 0.80 | $ 0.80 | PACER (Court Support) |
| 04/30/08 | PACER | 1.00 | $ 0.32 | $ 0.32 | PACER (Court Support) |
| 05/31/08 | PACER | 1.00 | $ 2.48 | $ 2.48 | PACER (Court Support) |
| 05/31/08 | PACER | 1.00 | $ 1.92 | $ 1.92 | PACER (Court Support) |

Re: Solutia Litigation

Page: 1

EXHIBIT F

Re:  Solutia Litigation  **FEES SUMMARY**  08/06/2008
*STEMBER FEINSTEIN DOYLE and PAYNE, LLC*

REPORTING PERIOD:  August 1, 2007 through August 22, 2008

| Date | Type | Qty | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/30/08 | PACER | 1.00 | $ 2.40 | $ 2.40 | PACER (Court Support) |
| 06/30/08 | PACER | 1.00 | $ 2.96 | $ 2.96 | PACER (Court Support) |
| 10/19/07 | PARKING | 1.00 | $ 9.75 | $ 9.75 | Parking Expense (Pgh Int'l Airport) |
| 12/07/07 | PARKING | 1.00 | $ 17.25 | $ 17.25 | Parking Expense |
| 11/30/07 | POSTAGE | 1.00 | $ 12.74 | $ 12.74 | Postage Expense |
| 12/31/07 | POSTAGE | 1.00 | $ 0.82 | $ 0.82 | Postage Expense |
| 06/30/08 | POSTAGE | 1.00 | $ 0.42 | $ 0.42 | Postage Expense |
| 11/28/07 | TAXI | 1.00 | $ 34.60 | $ 34.60 | TAXI |
| 11/29/07 | TAXI | 1.00 | $ 25.50 | $ 25.50 | TAXI |
| **Total Expenses** | | | | $ 200,090.27 | |

EXHIBIT F