# JOINT DECLARATION OF CLASS COUNSEL

# EXHIBIT G

MALAKOFF DOYLE & FINBERG, P.C.
Suite 200
The Frick Building
Pittsburgh, PA 15219-6003

## SOLUTIA
## COST AND EXPENSE REPORT
## REPORTING PERIOD: INCEPTION - AUGUST 12, 2008

| Date | Description | Amount |
|---|---|---|
| 09/30/04 | Office Depot VISA<br>Thompson Financial -research | $224.70 |
| 10/11/04 | Supreme Ct of PA<br>Certificates of Good Standing for E M Doyle and R A Finberg | $50.00 |
| 10/25/04 | Pacer Service Center<br>Electronic Court access | $2.17 |
| 12/15/04 | West Publishing Company<br>Weslaw searches | $54.11 |
| 12/17/04 | Supreme Ct of PA<br>Certificate of Good Standing for E M Doyle | $25.00 |
| 12/17/04 | Supreme Ct of PA<br>Certificate of Good Standing for R A Finberg | $25.00 |
| 01/15/05 | Sarraf Gentile LLP<br>Reimbursement of costs | $720.00 |
| 02/09/05 | FedEx<br>Delivery fee | $6.85 |
| 02/11/05 | Pacer Service Center<br>Electronic Court access | $24.43 |
| 03/19/05 | Sarraf Gentile LLP<br>Reimbursement of costs | $100.00 |
| 03/30/05 | West Publishing Company<br>Westlaw searches | $351.69 |
| 03/31/05 | David Kernan<br>Copies | $60.00 |
| 04/05/05 | Sarraf Gentile LLP<br>Reimbursement of costs | $33.55 |

EXHIBIT G

**MALAKOFF DOYLE & FINBERG, P.C.**
Suite 200
The Frick Building
Pittsburgh, PA 15219-6003

## SOLUTIA
### COST AND EXPENSE REPORT
### REPORTING PERIOD: INCEPTION - AUGUST 12, 2008

| Date | Description | Amount |
|---|---|---|
| 04/20/05 | West Publishing Company Weslaw searches | $35.19 |
| 04/20/05 | David Kernan Copies | -$50.55 |
| 04/27/05 | Pacer Service Center Electronic Court access | $69.20 |
| 05/13/05 | Sarraf Gentile LLP Reimbursement of costs | $54.31 |
| 05/18/05 | West Publishing Company Westlaw searches | $699.79 |
| 05/21/05 | Standard & Poors Research | $60.00 |
| 06/20/05 | Sarraf Gentile LLP Reimbursement of costs | $1,565.00 |
| 06/23/05 | West Publishing Company Westlaw searches | $15.72 |
| 06/30/05 | Office Depot VISA Thompson Financial -research | $64.20 |
| 06/30/05 | E M Doyle Airfare and travel expenses for EMD to NYC 03/10-13/05 | $506.65 |
| 07/21/05 | Pacer Service Center Electronic Court access | $2.56 |
| 08/18/05 | West Publishing Company Westlaw searches | $472.55 |
| 08/22/05 | David Kernan Copies | -$18.70 |

EXHIBIT G

**MALAKOFF DOYLE & FINBERG, P.C.**
Suite 200
The Frick Building
Pittsburgh, PA 15219-6003

## SOLUTIA
## COST AND EXPENSE REPORT
## REPORTING PERIOD: INCEPTION - AUGUST 12, 2008

| Date | Description | Amount |
|---|---|---|
| 09/16/05 | West Publishing Company<br>Weslaw searches | $441.24 |
| 09/29/08 | Office Depot VISA<br>Pro hav vice for E M Doyle | $25.00 |
| 09/29/05 | FedEx<br>Delivery fee | $27.69 |
| 10/18/05 | West Publishing Company<br>Westlaw searches | $25.18 |
| 10/28/05 | FedEx<br>Delivery fee | $13.56 |
| 10/28/05 | Pacer Service Center<br>Electronic Court access | $39.20 |
| 11/18/05 | West Publishing Company<br>Westlaw searches | $43.63 |
| 01/18/06 | West Publishing Company<br>Westlaw searches | $5.74 |
| 01/25/06 | Pacer Service Center<br>Electronic Court access | $16.96 |
| 03/12/06 | FedEx<br>Delivery fee | $63.79 |
| 04/04/06 | Sarraf Gentile LLP<br>Reimbursement of costs | $255.00 |
| 04/24/06 | West Publishing Company<br>Westlaw searches | $144.65 |
| 04/27/06 | Pacer Service Center<br>Electronic Court access | $54.48 |

EXHIBIT G

MALAKOFF DOYLE & FINBERG, P.C.
Suite 200
The Frick Building
Pittsburgh, PA 15219-6003

## SOLUTIA
## COST AND EXPENSE REPORT
## REPORTING PERIOD: INCEPTION - AUGUST 12, 2008

| Date | Description | Amount |
|---|---|---|
| 05/31/06 | West Publishing Company<br>Westlaw searches | $88.64 |
| 06/28/06 | West Publishing Company<br>Westlaw searches | $117.14 |
| 07/26/06 | West Publishing Company<br>Westlaw searches | $422.67 |
| 07/26/06 | Pacer Service Center<br>Electronic Court access | $31.76 |
| 07/26/06 | FedEx<br>Delivery fee | $15.78 |
| 07/26/06 | Clerk, U.S. Court of Appeals, 2nd Circuit<br>Admission fee | $190.00 |
| 06/29/06 | Office Depot VISA<br>Travel agent fee for refunded airline ticket | $25.00 |
| 07/30/06 | Printing House Press<br>Copies of Appendix & Brief | $4,734.25 |
| 08/22/06 | West Publishing Company<br>Westlaw searches | $151.43 |
| 08/30/06 | Office Depot VISA<br>Airfare and travel agent fees for cancelled non-refundable tickets | $454.30 |
| 09/06/06 | Sarraf Gentile LLP<br>Reimbursement of costs | $728.97 |
| 09/20/06 | P A Povirk<br>Copies | $8.00 |
| 09/26/06 | West Publishing Company<br>Westlaw searches | $9.11 |

EXHIBIT G

**MALAKOFF DOYLE & FINBERG, P.C.**
Suite 200
The Frick Building
Pittsburgh, PA 15219-6003

## SOLUTIA
## COST AND EXPENSE REPORT
## REPORTING PERIOD: INCEPTION - AUGUST 12, 2008

| Date | Description | Amount |
|---|---|---|
| 10/03/06 | Pacer Service Center<br>Electronic Court access | $8.96 |
| 10/10/06 | Sarraf Gentile LLP<br>Reimbursement of costs | $769.35 |
| 10/18/06 | West Publishing Company<br>Westlaw searches | $315.13 |
| 01/22/07 | Pacer Service Center<br>Electronic Court access | $10.56 |
| 01/28/07 | West Publishing Company<br>Westlaw searches | $10.86 |
| 01/31/07 | Office Depot VISA<br>Airfare and travel agent fees for cancelled non-refundable tickets | $138.80 |
| 02/27/07 | Office Depot VISA<br>Airfare for EMD to Palm Springs, CA 02/08-11/07 | $846.60 |
| 02/27/07 | West Publishing Company<br>Westlaw searches | $234.55 |
| 02/28/07 | FedEx<br>Delivery fee | $15.54 |
| 03/19/07 | West Publishing Company<br>Westlaw searches | $118.40 |
| 04/24/07 | West Publishing Company<br>Westlaw searches | $1.95 |
| 04/24/07 | Pacer Service Center<br>Electronic Court access | $8.48 |
| 04/25/07 | E M Doyle<br>Travel expenses for E M Doyle to Palm Springs, CA 02/08-11/07 | $480.43 |

EXHIBIT G

**MALAKOFF DOYLE & FINBERG, P.C.**
Suite 200
The Frick Building
Pittsburgh, PA 15219-6003

## SOLUTIA
## COST AND EXPENSE REPORT
## REPORTING PERIOD: INCEPTION - AUGUST 12, 2008

| Date | Description | Amount |
|---|---|---|
| 05/25/07 | West Publishing Company<br>Westlaw searches | $7.78 |
| 05/31/07 | Office Depot VISA<br>Airfare for EMD to NYC 5/20-21/07 | $867.80 |
| 05/31/07 | J E Dixon<br>Copies | $3.25 |
| 06/16/07 | E M Doyle<br>Travel expenses for E M Doyle to NYC 05/20-21/07 | $671.06 |
| 06/28/07 | West Publishing Company<br>Westlaw searches | $281.29 |
| 07/12/07 | FedEx<br>Delivery fee | $40.65 |
| 07/25/07 | West Publishing Company<br>Westlaw searches | $8.20 |
| 07/25/07 | West Publishing Company<br>Westlaw searches | $406.79 |
| 07/25/07 | Prothonotary, Supreme Court of PA<br>Certificates of Good Standing for E M Doyle | $50.00 |
| 07/26/07 | FedEx<br>Delivery fee | $202.84 |
| 07/26/07 | Pacer Service Center<br>Electronic Court access | $36.96 |
| 08/14/07 | E M Doyle<br>Travel expenses for E M Doyle to NYC 07/16/07 | $480.63 |
| 08/25/07 | West Publishing Company<br>Westlaw searches | $527.90 |

EXHIBIT G

**MALAKOFF DOYLE & FINBERG, P.C.**
Suite 200
The Frick Building
Pittsburgh, PA 15219-6003

## SOLUTIA
## COST AND EXPENSE REPORT
## REPORTING PERIOD: INCEPTION – AUGUST 12, 2008

| Date | Description | Amount |
|---|---|---|
| 08/31/07 | FedEx<br>Delivery fee | $9.46 |
| 08/31/07 | FedEx<br>Delivery fee | $444.00 |
| 10/30/07 | Pacer Service Center<br>Electronic Court access | $228.48 |
| 01/17/08 | Pacer Service Center<br>Electronic Court access | $15.04 |
| 07/11/08 | Pacer Service Center<br>Electronic Court access | $2.24 |
|  | Internal Copies through 02/13/08<br>Estimate 11,118 @ $0.17 | $1,890.06 |
|  | Phone Charges<br>Through 02/13/08 | $106.96 |
|  | **Total Actual MDF Expenses** | $22,527.59 |

EXHIBIT G