# JOINT DECLARATION OF CLASS COUNSEL

# EXHIBIT H

# SARRAF GENTILE LLP

ATTORNEYS AT LAW

11 Hanover Square • New York, New York 10005 • T 212.868.3610 • F 212.918.7967
www.sarrafgentile.com

**FIRM BIOGRAPHY**

SARRAF GENTILE LLP practices in a wide variety of litigation, with an emphasis on class, derivative and other complex multi-party actions. The firm is devoted to protecting the interests of businesses, investors, retirees and consumers that have been defrauded. The firm's practice involves securities, labor and antitrust laws, consumer fraud statutes, product liability claims and corporate governance matters. The firm maintains offices in New York City.

A few of the cases in which the firm is or has been involved include:

• *In re RCN Corp. ERISA Litigation*, where the firm served as Co-Lead Counsel on behalf of a class of plan participants in the RCN 401(k) retirement plan and recovered $5.375 million on behalf of the class for violations of the federal labor laws.

• *The Education Station Day Care Centers v. Yellow Book USA, Inc.*, where the firm represented a class of advertisers in the Yellow Book telephone directory for deceptive practices and helped recover over $70 million on behalf of the class for violations of consumer protection laws.

• *Schottenfeld Qualified Associates LP v. Workstream Inc, et al.*, where the firm served as Co-Lead Counsel on behalf of a class of purchasers of Workstream stock and recovered $3,900,000 on behalf of the class for violations of the federal securities laws.

• *In re Host America Corp. Derivative Litigation*, where the firm served as Co-Lead Counsel in a shareholder derivative action and obtained numerous corporate governance changes on behalf of the company.

- *In re Ferro Corp. ERISA Litigation*, where the firm served as Co-Lead Counsel on behalf of a class of participants in the Ferro 401(k) retirement plan and recovered $4 million on behalf of the class for violations of the federal labor laws.

- *Mellott v. ChoicePoint Inc.*, where the firm served as Co-Lead Counsel on behalf of a class of participants in the ChoicePoint Inc. 401(k) retirement plan and obtained numerous therapeutic governance changes to the plan's administration.

- *Stevens v. GlobeTel Communications Corp.*, where the firm served as Co-Lead Counsel on behalf of a class of purchasers of GlobeTel stock and recovered $2.3 million on behalf of the class for violations of the federal securities laws.

- *Francis v. Comerica Inc.*, where the firm served as Co-Lead Counsel on behalf of a class of participants in the Comerica 401(k) retirement plan and recovered over $2 million on behalf of the class for violations of the federal labor laws.

- *Resnik v. Lucent Technologies Inc., et al.*, where the firm served as Co-Lead Counsel on behalf of the shareholders of Lucent Technologies and obtained therapeutic relief on behalf of Lucent shareholders in connection with the merger between Lucent and Alcatel.

- *In re Palm Treo 600 and 650 Litigation*, where the firm served as a member of the Executive Committee on behalf of a class of purchasers of the Palm Treo 600 and 650 for violations of consumer protection laws.

- *Wagner v. Republic of Argentina*, where the firm served as counsel to purchasers of sovereign debt and obtained a multi-million dollar judgment on their behalf.

THE ATTORNEYS

RONEN SARRAF has been actively litigating securities, corporate and complex commercial class actions for his entire legal career. He is a graduate of Brooklyn Law School, where he served as Managing Editor of the *Brooklyn Journal of International Law*. Mr. Sarraf was a member of the Moot Court Honor Society, where he received an award for competing in the BMI Entertainment and Communications National Moot Court Competition as well as for serving as team director for the Judge Duberstein National Bankruptcy Moot Court Competition. While in law school, Mr. Sarraf clerked for the Honorable Richard F. Braun, New York State Supreme Court, and was a research assistant to former SEC commissioner, Roberta S. Karmel. He is the author of "The Value of Borrowed Art," published in the *Brooklyn Journal of International Law* and an article entitled "Authors' Lawsuit Takes Giant Leap Forward," published in the *Authors Guild Bulletin*. Mr. Sarraf earned a B.A. from Queens College and graduated with Departmental Honors in History.

Mr. Sarraf is admitted to practice in the States of New York, the State of New Jersey, the United States Courts of Appeal for the Second, Seventh and Eleventh Circuit, the District Courts for the Southern, Eastern and Western Districts of New York, the District of New Jersey, the District of Connecticut, the Eastern District of Wisconsin, the District of Colorado, and the Eastern District of Michigan.

JOSEPH GENTILE has been actively litigating securities, corporate and complex commercial class actions for his entire legal career. He is a graduate of Boston College Law School, where he clerked for the Honorable Reginald C. Lindsay of the United States District Court for the District of Massachusetts. Mr. Gentile was also an intern at the Major Crimes Bureau at the Queens County District Attorney's Office as well as an intern at Bronx Legal Services. Mr. Gentile earned a B.S. from Fordham University, where he participated in the Business School's Honors Program, and graduated Cum Laude.

Mr. Gentile is admitted to practice in the State of New York and the Southern District of New York.