# JOINT DECLARATION OF CLASS COUNSEL

# EXHIBIT I



**429 Forbes Avenue**
**Allegheny Building, 17th Floor**
**Pittsburgh, PA 15219**
**www.stemberfeinstein.com**
**T:  412.281.8400**
**F:  412-281-1007**

**ELLEN M. DOYLE**

Ellen M. Doyle is a partner in Stember Feinstein Doyle & Payne, LLC.  Since 1982 (after seven years of civil rights litigation in the public interest sector) she has been litigating complex class actions against a broad range of large financial and corporate defendants in federal and state courts.

She has extensive experience in representing classes of ERISA plan participants who allege breaches of fiduciary duties with respect to 401k plans, ESOP plans, or other defined contribution plans.  Indeed, in 1997, Ms. Doyle initiated Blyler v. Agee, Case  CV 97-0332 (D. Idaho), in which she served as co-lead counsel in one of the very first actions challenging the prudence of investment in the company stock fund by a 401(k) plan's fiduciaries.  That same year she began litigation in which she served as co-lead counsel in Presley v. Carter Hawley Hale Profit Sharing Plan, Case  97-CV-04316 (N.D. Cal.), which involved an ESOP plan which held company stock into the company's bankruptcy.

Examples of other ERISA class actions challenging the prudence of investment in company stock in which Ms. Doyle has been appointed to serve as co-lead counsel are Sherrill v. Federal Mogul Corp. Retirement Programs Committee, Case  04-72949 (E.D. Mich.), In Re RCN Corporation ERISA Litigation, Master File : 04-CV-5068 (D.N.J.), In re CMS Energy ERISA Litig., 02-72834 (E.D. Mich.), In re Computer Associates ERISA Litig., Case  CV-02-6281 (S.D.N.Y.); Kling v. Fidelity Management Trust Co., 01-11939 (D. Mass.); In re McKesson HBOC, Inc. ERISA Litig., C00-20030 (N.D. Cal.); Koch v. Dwyer, 98-Civ.-5519 (S.D.N.Y). Koch was one of the first company stock cases litigated in this District.  Ms. Doyle had years of experience in litigating ERISA class actions before 1997 when she started filing company stock cases. She has also represented classes of plan participants in defined benefit pension plans, including in cases such as DiCioccio v. Duquesne Light Co., 93-0442 (W.D. Pa.); Barnes v. Bell Helicopter Textron, Inc., CA-92-CV-0694-D (N.D. Tex.); In re Gulf Pension Litig., H-86-4365 (S.D. Tex.).

EXHIBIT I

Ellen has also served as class counsel for medical benefit plan participants in ERISA covered plans, including <u>Fischel v. The Equitable Life Assurance Society of the United States</u>, Case 96-04202 (N.D. Cal.); <u>In re Blue Cross of Western Pennsylvania Litig.</u>, 93-1591 (W.D. Pa.); and <u>Kennedy v. United Healthcare of Ohio, Inc.</u>, C2-98-128 (S.D. Ohio).

Ellen's current representations include litigation on behalf of 401(k) plan participants in a number of cases alleging breaches of fiduciary duty through imprudent investing, representing ERISA health plan participants in cases involving wrongful denial of benefits, representing homeowners in Pennsylvania denied replacement cost benefits by a major insurance carrier, and representing hundreds of thousands of retirees in ERISA retiree health benefit litigation involving General Motors, the Ford Motor Company, and Chrysler LLC.

Ellen was selected for membership in the Academy of Trial Lawyers of Allegheny County and has served on that organization's Board of Directors, has served as Chair of the Insurance Section of the American Trial Lawyers Association, has served as the Vice-Chair of the Advisory Committee for the Rules of the United States District Court for the Western District of Pennsylvania. She currently serves as the Plaintiffs' Co-Chair of the ERISA Sub-Committee of the Employee Rights and Responsibilities Committee of the American Bar Association.

Ellen has authored numerous publications, including: *ERISA Litigation*: *The View from the Plaintiff's Side*, Vol. XXII, The Barrister (Autumn, 1991); *Fiduciaries Beware: Communications Between Administrators and Counsel Are Not Privileged*, Vol. 6, Benefits Law Journal, 2 (Summer 1993); *The 80/20 Percent Solution: Enforcing Medical Coverage Promises*, Vol. 32, Trial 10 (October 1996) (co-author); *Suing Banks and Financial Institutions: Perspective of Plaintiffs' Counsel*, Banking and Financial Services Conference, Pennsylvania Bar Institute (1990); *Non-Party Written Discovery: Requirements and Techniques*, Pennsylvania Bar Institute (1992); *Keeping Secrets: Confidentiality in Medical Benefits Plan Administration and Litigation*, Vol. 8, Benefits Law Journal, 1 (Spring, 1995); and *Taking Legal Action to Protect Policyholders' Ownership Rights in the Wake of the Continuing Trend Toward Insurance Company Demutualization*, ATLA Insurance Law Section Newsletter (Fall, 2000) (co-author).

Ellen is admitted to practice in Pennsylvania, the United States District Courts for the Western District of Pennsylvania and the Eastern District of Michigan, the Second, Third, Fourth, Fifth, Sixth, Seventh and Ninth Circuit Courts of Appeal and the United States Supreme Court. She has been given the highest possible rating (AV) by the Martindale-Hubbell Law Directory.

Ellen is a 1975 graduate of Northeastern University School of Law, has been a member of the Pennsylvania Bar since 1975.

**JOHN STEMBER**

John Stember is a partner in Stember Feinstein Doyle & Payne, and specializes in litigating class action lawsuits that seek to protect the retirement benefits of employees and retirees.

John received his B.A. (cum laude) from Ohio University in 1972 and his J.D. from the University of Pittsburgh School of Law in 1976. After graduation, he worked for Neighborhood Legal Services (from 1976 to 1995. He then joined Healey, Davidson & Hornack, PC, representing individuals and unions regarding Title VII, ERISA, NLRB, and unemployment insurance. From 1996 through 2003, John practiced solo concentrating in employment, labor, employee benefits and ERISA and represented unions and employees. In 2003, he established Stember Feinstein specializing in ERISA class action litigation and employment discrimination.

Over the last decade, John has been litigating a number of large class actions involving termination or reduction of retiree healthcare benefits. These cases have involved thousands of former union employees, including former Steelworkers, Chemical Workers, United Electrical Workers and members of PACE. See, e.g., Crown Cork & Seal v. United Steelworkers of America, 32 E.B.C. 1950, 2004 U.S. Dist. LEXIS 760 (W.D. Pa. 2004); Rexam, Inc. v. United Steelworkers of America, 2006 WL 2530384 (D.Minn. Aug. 31, 2006); Pringle v. Continental Tire North America, 06-cv-02985 (N.D. Ohio); Santos v. Pechiney Plastics Packaging Inc., Case C 05-00149 (N.D. Calif.); Theis v. Sunoco, Case 04-0199 (W.D. Pa); United Auto Workers v. General Motors, 235 F.R.D. 383 (E.D. Mich. 2006); United Auto Workers v. Ford Motor Co., 2006 U.S. Dist. LEXIS 70471 (E.D. Mich. July 13, 2006).

John is the longtime Chair of the Board of the Mon Valley Unemployed Committee, a non-profit group dedicated to assisting dislocated workers throughout Western Pennsylvania. He was a founding Board Member of the Steel Valley Authority, one of the first municipal authorities created to facilitate industrial retention. John was also past president of the Iron City Legal Assistance Workers / UAW Local. He is also a member of the LCC (Lawyer's Coordinating Committee) and NELA (National Employment Lawyers Association).

John is admitted to practice in all state courts in Pennsylvania, the U.S. District Court for the Western District of Pennsylvania, the Northern District of Ohio, the Southern District of Ohio, the Eastern District of Michigan, several circuit courts of appeals, and the United States Supreme Court.

**PAMINA EWING**

Pamina Ewing is an attorney with Stember Feinstein Doyle & Payne, LLC.

Pamina is a 1984 graduate of Carleton College in Northfield, Minnesota (cum laude), and a 1990 graduate of the University of Pittsburgh School of Law where she was Executive Editor of the Law Review.

Following graduation from law school, Ms. Ewing clerked for the Honorable Gustave Diamond of the United States District Court for the Western District of Pennsylvania and then worked at Reed Smith for several years where she focused her work in employment law and general litigation. She joined the predecessor to Stember Feinstein Doyle & Payne in 2003 and has focused her work on the firm's class action litigation. She is admitted to practice in Pennsylvania, as well as in numerous federal district and circuit courts.

3

EXHIBIT I

**STEPHEN M. PINCUS**

Stephen M. Pincus is an attorney with Stember Feinstein Doyle & Payne, LLC focusing on employment, employee benefits, and class action cases.

Stephen is an honors graduate from the University of Michigan – Ann Arbor (B.A., 1989). He received his law degree (with honors) in 1993 from the University of Maryland School of Law. Following graduation from law school, Stephen was selected by Yale Law School to be a Robert M. Cover Fellow in Public Interest Law. As a Cover Fellow, Stephen co-directed a legal clinic at Yale that served the needs of persons with HIV/AIDS. After the two-year fellowship, Mr. Pincus served as the first law clerk to the Honorable Janet Bond Arterton of the United States District Court for the District of Connecticut.

Following the clerkship, Stephen worked as an attorney with the law firm of Rosen & Dolan in New Haven, Connecticut, where he specialized in representing individuals in employment, civil rights, and personal injury cases. Among his more notable cases was a civil rights case against the State of Connecticut in which the jury awarded a record $1 million for the loss of life for a person with mental retardation. Stephen also brought numerous cases against municipalities for discriminatory hiring and violations of due process and civil rights laws. Stephen then became counsel for SBC Communications where he litigated employment discrimination cases. Since joining the predecessor to Stember Feinstein Doyle & Payne in 2003, Stephen has concentrated his work in representing individuals in employment law actions and retirees in a series of nationwide class actions law suits involving cuts to health benefits.

Stephen is a member of the bars of Pennsylvania, Connecticut and Maryland (inactive). He has written articles in legal publications including *Trial*, *Stetson Law Review*, *Clinical Law Review, Pennsylvania Municipalities*, and the Allegheny County Bar Association's *Legal Journal*. In 2005, he was named by *Pittsburgh Magazine* as one of Pittsburgh's "40 under 40" who are making a positive contribution to the region. In 2006, he was named by the *Legal Intelligencer*, Philadelphia's legal newspaper, as one of Pennsylvania's "Lawyers on a Fast Track."

**JOEL R. HURT**

Joel R. Hurt is an attorney with Stember Feinstein Doyle & Payne, LLC who spends the majority of his professional time engaged in class action litigation in the areas of employee benefits and insurance. He has been actively involved in pursuing ERISA claims related to the imprudent investment of 401(k) plan and ESOP assets in employer securities, as well as claims involving the interpretation of group medical benefits plans. See, e.g., Kling v. Fidelity Management Trust Co., Case 01-11939 (D.Mass.) (appointed class counsel in case for breach of fiduciary duty related to continued investment in employer stock in 401(k) plan, recovering $10.85 million); In re: CMS ERISA Litigation, Master File 02-72834 (E.D.Mich) ($28 million settlement of fiduciary breach case involving employer stock in 401(k) plan/ESOP); In re McKesson HBOC, Inc. ERISA Litigation, Master File C00-20030 RMW (N.D.Cal.) ($18.2 million settlement of fiduciary breach case involving employer stock in 401(k) plan); Kennedy, et al. v. United Healthcare of Ohio, Inc., Case C2-98-128 (S.D.Ohio) ($1.95 million recovery in case challenging allocation of co-payments by medical benefits administrator/insurer). He has also

actively participated in the prosecution of state-court class actions involving replacement cost homeowners insurance. See Pogel v. State Farm Mut. Ins. Co., 74 Pa.D.&C. 4th 1, 2005 WL 3675376 (C.P., Allegheny, September 1, 2005) (granting summary judgment in favor of class of State Farm insureds).

Joel was selected as a 2006 Pennsylvania Super Lawyers Rising Star by the publishers of Law & Politics magazine. He is also the author of "Winning With Grammar," published in the ATLA Insurance Law Section Newsletter, Winter 2006, addressing the use of expert testimony to demonstrate that an insurer's policy interpretation is unreasonable because it violates the rules of grammar.

Joel graduated from the University of Pittsburgh School of Law in 2000 and joined Stember Feinstein Doyle & Payne, LLC in 2007. Prior to that, Mr. Hurt practiced with Malakoff Doyle & Finberg, PC from 2000 to 2007. He is admitted to practice before the courts of Pennsylvania, the United States District Court for the Western District of Pennsylvania and the United States Court of Appeals for the Eleventh Circuit. His professional memberships include the Allegheny County Bar Association, the Pittsburgh Chapter of the American Inns of Court, the American Association for Justice and the Western Pennsylvania Trial Lawyers Association.

**JONATHAN K. COHN**

Jonathan Cohn is an attorney specializing in employee benefits, labor, employment, class action, and commercial litigation cases.

Jonathan received his undergraduate degree in history from the University of Texas at Austin, where he completed the Plan II Honors Liberal Arts Program. He graduated cum laude from Fordham University School of Law in New York City in 1997. His accomplishments in law school include serving as a member of the Fordham Law Review and selection for the Order of the Coif (top 10% of his class).

After graduating from law school, Jonathan served as a Pro Se Law Clerk for the United States Court of Appeals for the Second Circuit. He then worked in the general litigation department of Kramer Levin Naftalis and Frankel, a prominent law firm in New York City, for four and one-half years.

After relocating to Pittsburgh in 2004, Jonathan's practice focused on public and private sector union-side labor law and plaintiff-side employment law. He joined the predecessor to Stember Feinstein Doyle & Payne in 2006.

Jonathan's experience includes litigation in federal and state courts, as well as in the arbitration context. He has represented individuals in EEOC, PHRC, workers' compensation, unemployment compensation, and arbitration proceedings, and practiced before the National Labor Relations Board and Pennsylvania Labor Relations Board.