UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER REIFF,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK A. METZ, JR., SHEILA FELDMAN, HELEN L. NELLING, SUSAN E. BEVINGTON, NANCY STEMME, CHRISTOPHER N. AST, EMPLOYEE BENEFITS PLAN COMMITTEE, PENSION AND SAVINGS FUND COMMITTEE, JOHN HUNTER, ROBERT CLAUSEN, ROBERT POTTER, MICHAEL E. MILLER, PAUL H. HATFIELD, J. PATRICK MULCAHY, SALLY G. NARODICK, PAUL DONOVAN, ROBERT H. JENKINS, WILLIAM D. RUCKLESHAUS, JOHN B. SLAUGHTER, PHILIP R. LOCHNER, JR., ROBERT T. BLAKELY, NORTHERN TRUST COMPANY, and JOHN DOES 1-100,<br><br>    Defendants. | CIVIL ACT NO. 07-cv-6011 (LAP)<br>(ECF Matter)<br><br>Judge Lorretta A. Preska |

### AFFIDAVIT BY THE TRUMBULL GROUP, LLC

I, Tim Conklin, being duly sworn, depose and say that:

1.     I am over the age of majority.

2.  I have personal knowledge of the facts contained herein.

3.  I am a Bankruptcy Analyst for The Trumbull Group, LLC ("Trumbull"); the court appointed noticing and claims agent of the above captioned debtors.

4.  On Thursday, August 28, 2008, Trumbull caused to be served, via United States Postal Service, first class mail, postage prepaid, Solutia Inc.'s Motion to Approve Class Action Settlement and the Memorandum of Law in Support of Solutia Inc.'s Motion to Approve Class Action Settlement, attached hereto as Exhibit A, on all parties listed on Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2008

Tim Conklin
Bankruptcy Analyst
The Trumbull Group, LLC

STATE OF CONNECTICUT)
                     ) SS: WINDSOR
COUNTY OF HARTFORD   )

Subscribed, sworn to and acknowledged before me by Tim Conklin, Bankruptcy Analyst of The Trumbull Group, LLC on the __8th__ day of September 2008.

Notary Public
My Commission Expires:

AMY E. LEWIS
NOTARY PUBLIC
MY COMMISSION EXPIRES AUG. 31, 2012

- 2 -