# EXHIBIT B

```
5834069   AIRGAS INC  NICK CHIROS AIRGAS EAST INC 259 RADNOR-CHESTER ROAD, SUITE 100 PO BOX 6675  RADNOR, PA 19087-8675
6134264   AKIN GUMP STRAUSS HAUER & FELD LLP  DANIEL GOLDEN, ESQ COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS 590
          MADISON AVENUE  NEW YORK, NY 10022
6748443   AMERICAN ROLLER COMPANY   1440 THIRTEENTH AVENUE    UNION GROVE, WI 53182
6055595   AMY PRITCHARD WILLIAMS   HEARST TOWER 47TH FLOOR 214 NORTH TRYON STREET  CHARLOTTE, NC 28202
5978720   ANDREW KURTH LLP  ADRIAN S. BAER, ESQ. 600 TRAVIS STREET SUITE 4200   HOUSTON, TX 77002
5978709   ANDREWS KURTH LLP  CHASLESS YANCY-HUNTER, ESQ. 600 TRAVIS STREET SUITE 4200   HOUSTON, TX 77002
5978710   ANDREWS KURTH LLP  PAUL W. HERRING, ESQ. 1717 MAIN STREET SUITE 3700    DALLAS, TX 75201
5978729   ANDREWS KURTH LLP  MONICA BLACKER & MIKE COFFMAN 1717 MAIN STREET SUITE 3700    DALLAS, TX 75201
6134258   ANGELO, GORDON & CO.  JED A. HART 245 PARK AVENUE 26TH FLOOR   NEW YORK, NY 10167
5872362   ARCHER & GREINER, PC  STEPHEN M. PACKMAN, ESQ. ONE CENTENNIAL SQ   HADDONFIELD, NJ 08033
5872333   ARMSTRONG TEASDALE LLP  RICHARD W. ENGEL, JR., ESQ. ONE METROPOLITAN SQUARE SUITE 2600   ST. LOUIS, MO 63102
5872334   ARMSTRONG TEASDALE LLP  SUSAN K. OLSEN & STEVEN N. COUSINS ONE METROPOLITAN SQUARE SUITE 2600   ST. LOUIS, MO 63102
5978717   ARNOLD & PORTER  JOEL M. GROSS, ESQ. 555 TWELFTH STREET, NW   WASHINGTON, DC 20004
6243492   ASHBY & GEDDES  PHILIP TRAINER, JR., ESQ. LAUREN E MAGUIRE, ESQ 222 DELAWARE AVENUE, 17TH FLOOR   WILMINGTON, DE
          19899
6457311   ASSISTANT ATTORNEY GENERAL  STEVEN B. FLANCHER, ESQ. PO BOX 30754    LANSING, MI 48909
5978696   ASST. ATTORNEY GENERAL  HAL F. MORRIS, ESQ. OFFICE OF THE TEXAS ATTY GEN PO BOX 12548-MC-008   AUSTIN, TX 78711-2548
5977824   AUSTIN INDUSTRIES INC. C/O  GARDIER WYNNE SEWELL LLP JASON BRAMLETT, ESQ. THANKSGIVING TOWER 1601 ELM STREET SUITE
          3000  DALLAS, TX 75201
7212712   AVERITT EXPRESS, INC. C/O  MILLER & MARTIN PLLC SEAN C. KIRK 1200 ONE NASHVILLE PLACE 150 FOURTH AVENUE NORTH
          NASHVILLE, TN 37219-2433
6529258   BAILEY & GLASSER LLP  H. F. SALSBERY 227 CAPITOL ST   CHARLESTON, WV 25301
6134262   BAKER BOTTS LLP  TONY M. DAVIS ESQ. ONE SHELL PLAZA 910 LOUISIANA   HOUSTON, TX 77002
6866799   BAKER BOTTS LLP  LEE D. CHARLES 30 ROCKEFELLER PLAZA    NEW YORK, NY 10112-4498
5977841   BALBER PICKARD BATTISTONI ET AL.  MARY WAGG, ESQ. 1370 AVENUE OF THE AMERICAS    NEW YORK, NY 10019-4602
6457282   BANK OF NEW YORK  MARTIN FEIG, VP CORPORATE TRUST DEFAULT ADMINISTRATION 101 BARCLAY STREET   NEW YORK, NY 10286
6134260   BARLEY SNYDER  KATHY L. YEATTER, ESQ. 126 EAST KING STREET    LANCASTER, PA 17602
5872342   BARON, SAR, GOODWIN, GILL & LOHR  A. FRANK BARON, ESQ. 750 PIERCE ST PO BOX 717   SIOUX CITY, IA 51102
5814886   BEAR, STEARNS & CO. INC.  BRYAN SHAPIRO 383 MADISON AVENUE    NEW YORK, NY 10179
6243491   BELL, BOYD & LLOYD LLC  MARK X. YOUNG, ESQ. 70 WEST MADISON STREET SUITE 3300   CHICAGO, IL 60602
5978711   BERGEN CAPITAL, INC.  EDWARD EYRING HEIGHTS PLAZA 777 TERRACE AVENUE 6TH FLOOR  HASBROUCK HEIGHTS, NJ 07604
5963824   BLACKWELL SANDERS PEPER MARTIN LLP  DAVID A. WARFIELD 720 OLIVE ST SUITE 2400   SAINT LOUIS, MO 63101
6529465   BLANCO,TACKABERY,COMBS & MATAMOROS,PA  JEANNETTE M. STARK, ESQ. PO BOX 25008   WINSTON SALEM, NC 27114
5872374   BLANK ROME  WILLIAM J. BURNETT, ESQ. 1201 MARKET ST SUITE 800   WILMINGTON, DE 19801
5978698   BLANK ROME LLP  ANDREW B. ECKSTEIN, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVE   NEW YORK, NY 10174
6243466   BLANK ROME LLP  EDWARD J. LOBELLO, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE   NEW YORK, NY 10174
6546287   BODMAN LLP  ROBERT J. DIEHL, JR. 6TH FLOOR AT FORD FIELD 1901 ST ANTOINE STREET   DETROIT, MI 48226
5830920   BRAYTON & PURCELL  ALAN R BRAYTON, ESQ. 222 RUSH LANDING ROAD     NOVATO, CA 94945
5976589   BREAZEALE, SACHSE & WILSON LLP  KAYE M. CABALLERO, ESQ ONE AMERICAN PLACE SUITE 2300 PO BOX 3197  BATON ROUGE, LA
          70821-3197
6667395   BROWN & CONNERY, LLP  DONALD K. LUDMAN, ESQ. 6 NORTH BROAD STREET    WOODBURY, NJ 08096
5978732   BROWN RUDNICK BERLACK ISRAELS LLP  STEVEN B. SMITH, ESQ. 120 WEST 45TH STREET    NEW YORK, NY 10036
5978733   BROWN RUDNICK BERLACK ISRAELS LLP  AMANDA MITCHELL & STEVEN LEVINE ONE FINANCIAL CENTER    BOSTON, MA 02111
5834057   BRYAN CAVE  LLOYD PALANS, ESQ. ONE METROPOLITAN SQUARE 211 NORTH BROADWAY SUITE 3600  ST. LOUIS, MO 63102-2750
5834061   CADWALADER WICKERSHAM & TAFT LLP.  BRUCE R. ZIRINSKY, ESQ. 1 WORLD FINANCIAL CTR FL 6   NEW YORK, NY 10281-1003
5839900   CADWALADER, WICKERSHAM & TAFT LLP  NATHAN A. HAYNES ONE WORLD FINANCIAL CENTER    NEW YORK, NY 10281
5839901   CAIRNCROSS & HEMPELMANN, PS  JOHN R. KNAPP, JR., ESQ. COUNSEL TO MICROSOFT CORP 524 2ND AVE, SUITE 500   SEATTLE, WA
          98104
6454365   CALPINE CENTRAL, L.P. (CALPINE)  JACK BELLINGER VICE PRESIDENT & MANAGING COUNSEL 717 TEXAS ST, STE 1000   HOUSTON,
          TX 77002
6537848   CALWELL LAW OFFICES  STUART CALWELL 500 RANDOLPH STREET    CHARLESTON, WV 25302
6533622   CALWELL PRACTICE PLLC  STUART CALWELL 90 BROAD, 19TH FLOOR    NEW YORK, NY 10004
5978722   CARTER, LEDYARD & MILBURN LLP  AARON R. CAHN, ESQ. 2 WALL STREET    NEW YORK, NY 10005
5978701   CITICORP USA, INC.  DAVID JAFFE 390 GREENWICH ST    NEW YORK, NY 10013
5977792   COGNIS CORP. C/O  HUGHES, HUBBARD, & REED LLP JEFFREY S MARGOLIN, ESQ ONE BATTERY PARK PLAZA   NEW YORK, NY
          10004-1482
5872339   COHEN & GRIGSBY, PC  WILLIAM E. KELLEHER, JR., ESQ. 11 STANWIX ST 15TH FLOOR   PITTSBURGH, PA 15222
6166665   COHEN, WEISS AND SIMON LLP  BABETTE CECCOTTI 330 WEST 42ND STREET    NEW YORK, NY 10036
5710985   CONGRESS FINANCIAL CORPORATION  ANTHONY VIZGIRDA 150 SOUTH WACKER DRIVE, SUITE 2200    CHICAGO, IL 60606-4202
5978726   COTTON, ERIC C., ESQ.   3300 ENTERPRISE PARKWAY POBOX 228042  BEACHWOOD, OH 44122
6243501   COUCHMAN PARTNERS LP  JON COUCHMAN 909 3RD AVE    NEW YORK, NY 10022-4731
6663875   COUDERT BROTHERS LLP  JEFF D. KAHANE, ESQ. RUSSELL W ROTEN, ESQ PETER B ACKERMAN, ESQ 1114 AVENUE OF THE AMERICAS
          NEW YORK , NY 10036-7703
6551155   COX, MICHAEL A.  ATTORNEY GENERAL PO BOX 30754    LANSING, MI 48909
5978728   CUMBERLAND ASSOCIATES LLC  BARRY KONIG 1114 AVENUE OF THE AMERICAS 38TH FLOOR   NEW YORK, NY 10036
5834067   DEBEVOISE & PLIMPTON LLP  GEORGE E.B. MAGUIRE, ESQ. 919 THIRD AVENUE    NEW YORK, NY 10022
5978731   DEPT. OF LAW & PUBLIC SAFETY DIV. OF LAW  BRENDAN RUANE, DEPUTY ATTY GENERAL RICHARD J HUGHES JUSTICE COMPLEX PO BOX
          093   TRENTON, NJ 08625-0093
```

# EXHIBIT B

```
5872349   DICKINSON WRIGHT PLLC  MICHAEL C. HAMMER, ESQ. 500 WOODWARD AVE SUITE 4000    DETROIT, MI 48226-3425
5872341   DICKSTEIN SHAPIRO LLP  DANIEL M. LITT, ESQ. 1825 EYE STREET, NW    WASHINGTON, DC 20006-5403
5872328   DILWORTH PAXSON LLP  SCOTT J. FREEDMAN, ESQ. LIBERTY VIEW - SUITE 700 457 HADDONFIELD ROAD    CHERRY HILL , NJ 08002
5978716   DLA PIPER RUDNICK GRAY CARY US LLP  MATTHEW COVINGTON & GEORGE GIGOUNAS 153 TOWNSEND ST STE 800    SAN FRANCISCO, CA
          94107-1957
5834068   ELECTRONIC DATA SYSTEMS CORPORATION  SHEREE CRESPIN LEGAL AFFAIRS DIVISION 5400 LEGACY DRIVE MAIL STOP H3-3A-05
          PLANO, TX 75024
5839852   FAGEL HABER LLC  CLINTON P. HANSEN, ESQ. 55 EAST MONROE 40TH FLOOR    CHICAGO, IL 60603
6243495   FINKEL GOLDSTEIN BERZOW ROSENBLOOM  & NASH, LLP HAROLD S BERZOW, ESQ 26 BROADWAY SUITE 711  NEW YORK, NY 10004
5978727   FLEXSYS AMERICA LP  DAVID C. MINE, ESQ. 260 SPRINGSIDE DRIVE    AKRON, OH 44333-2433
6243496   FOSTER & SEAR LLP  SCOTT W. WERT, ESQ. 524 E LAMAR BLVD SUITE 200  ARLINGTON, TX 76011
5978738   FOSTER & WOLKIND, PC  PETER B. FOSTER, ESQ. ATTORNEYS FOR AETNA COATING, INC, LOWRY ELECTRIC COMPANY, AND HELMKAMP
          CONSTRUCTION COMPANY 80 FIFTH AVENUE, SUITE 1401 NEW YORK, NY 10011-8002
5978693   FULBRIGHT & JAWORSKI LLP  EVELYN BIERY,ESQ. & PAUL BOTROS,ESQ. 1301 MCKINNEY    HOUSTON, TX 77010
5978730   FULBRIGHT & JAWORSKI LLP  JONATHAN BOLTON & MARK WORDEN 1301 MCKINNEY SUITE 5100    HOUSTON, TX 77010
5978694   FULBRIGHT & JAWORSKI, LLP  DAVID ROSENZWEIG, ESQ. 666 FIFTH AVE    NEW YORK, NY 10103
5978712   GENERAL ATTORNEY  MARY ANN KILGORE 1416 DODGE STREET ROOM 830    OMAHA, NE 68179
5790874   GIBSON DUNN & CRUTCHER L L P   200 PARK AVENUE    NEW YORK, NY 10166-0193
5834076   GLENN M. REISMAN, ESQ.   TWO CORPORATE DRIVE SUITE 648 PO BOX 861 SHELTON, CT 06484
5834072   GOLDBERG KOHN BELL BLACK ROSENBLOOM &  RANDALL L. KLEIN, ESQ. MORITZ LTD 55 EAST MONROE ST SUITE 3700  CHICAGO, IL
          60603
6243504   GREENSFELDER, HENKE & GALE, P.C.  ANDREW W. MANUEL, ESQ. MICHELLE C BORGMEYER, ESQ 10 S BROADWAY SUITE 2000  ST.
          LOUIS, MO 63102
5978700   HAHN & HESSEN  MARK T. POWER, ESQ. 488 MADISON AVE    NEW YORK, NY 10022
6134257   HAND ARENDALL LLC  J KEN THOMPSON, ESQ 1200 PARK PLACDE TOWER 2001 PARK PLACE NORTH    BIRMINGHAM, AL 35203
6546277   HARVEY, PENNINGTON, CABOT,  GRIFFITH & RENNEISEN, LTD JOHN J WINTER, ESQ 230 PARK AVENUE    NEW YORK, NY 10169
5839889   HARVEY, PENNINGTON, CABOT,  GRIFFITH & RENNEISEN, LTD. JOHN J WINTER, ESQ COUNSEL TO PPG INDUSTRIES, INC 1835 MARKET
          ST PHILADELPHIA, PA 19103
5978715   HASKELL,SLAUGHTER,YOUNG & REDIKER,LLC  R. SCOTT WILLIAMS, ESQ. THOMAS E REYNOLDS, ESQ 1400 PARK PLACE TOWER 2001
          PARK PLACE NORTH  BIRMINGHAM, AL 35203
6551153   HASSE, ANNE FINGARETT, ESQ.   1111 BROADWAY    OAKLAND, CA 94607-5500
6921181   HENNIGAN, BENNETT & DORMAN LLP  COUNSEL FOR THE AD HOC COMMITTEE OF SOLUTIA NOTEHOLDERS BENNET J MURPHY, ESQ MICHAEL
          J HEYMAN, ESQ 865 SOUTH FIGUEROA STREET, SUITE 2900 LOS ANGELES, CA 90017
5872350   HOFFMAN, MATTHEW (LAW OFFICES OF )  MATTHEW HOFFMAN 909 FANNIN STREET STE 2350    HOUSTON, TX 77010-1044
5872325   HOLLAND & KNIGHT LLP  BARBARA R. PARLIN, ESQ. 195 BROADWAY    NEW YORK, NY 10007
5978740   HOLLAND & KNIGHT LLP  DEBORAH S. GRIFFIN, ESQ. 10 ST JAMES AVE    BOSTON, MA 02116
5872368   HUGHES, HUBBARD & REED, LLP  JERRY S. MARGOLIN, ESQ. ONE BATTERY PARK PLAZA    NEW YORK, NY 10004
5978739   HUIGE, JOHN, ESQ.   35550 JEFFERS COURT    HARRISON TOWNSHIP, MI 48045-3226
6243488   HUNTON & WILLIAMS LLP  PETER S. PARTEE, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET    RICHMOND, VA 23219
5834045   IBT LOCAL 299  TOIALE JOHNSON, BUSINESS AGENT 2741 TRUMBULL AVENUE    DETROIT, MI 48216
5872352   ICE MILLER  PEGGY J. NAILE ONE AMERICAN SQUARE BOX 82001    INDIANAPOLIS, IN 46282-0002
5872353   ICE MILLER  BEN T. CAUGHEY ONE AMERICAN SQUARE BOX 82001    INDIANAPOLIS, IN 46282
5834050   ICWU 12C  BOB MOSER, PRESIDENT SOLUTIA KRUMMRICH PLANT 500 MONSANTO AVENUE    SAUGET, IL 62206
5834051   ICWU LOCAL 125-C  ANTHONY PETTIS 702 CLYDESDALE AVENUE    ANNISTON, AL 36201
5834048   ICWU LOCAL 16C  JIM ZEUNER, PRESIDENT SOLUTIA QUEENY PLANT 500 MONSANTO AVE    SAUGET, IL 62206-1137
5834047   ICWU-C, UFCW LOCAL 414  DAVID P. JORGE, PRESIDENT 730 WORCESTER STREET    SPRINGFIELD, MA 01151
5834059   INTERNAL REVENUE SERVICE  NAN DILLINGHAM INSOLVENCY UNIT 290 BROADWAY 5TH FLOOR  NEW YORK, NY 10007
5857788   INTERNATIONAL CHEMICAL WORKERS UNION  GREG VILLANOVA DIRECTOR OF COLLECTIVE BARGAINING 1799 AKRON PENINSULA ROAD
          AKRON, OH 44319
5814861   IOS CAPITAL, LLC  BANKRUPTCY ADMINISTRATION 1738 BASS ROAD PO BOX 13708    MACON, GA 31210-3708
5834049   IUE-CWA LOCAL 288  RUDOLPH ORSZULAK, PRESIDENT 730 WORCESTER STREET    SPRINGFIELD, MA 01151
5826354   JAMES F. HUMPHREYS & ASSOCIATE  JAMES F. HUMPHREYS UNITED CENTER, SUITE 800 500 VIRGINIA STREET, EAST    CHARLESTON,
          WV 25301
6453095   JAMES F. HUMPHREYS & ASSOCIATES, L.C.   1200 NEW HAMPSHIRE AVENUE, NW SUITE 510    WASHINGTON, DC 20036
5960806   JAMES R. GREEN & ASSOCIATES, P.A.  ATTN: JAMES R. GREEN, ESQ. 625 NORTH NINTH AVENUE    PENSACOLA, FL 32501
5872358   JENKINS & KLING, PC  STEPHEN L. KLING, JR. 10 S BRENTWOOD BLVD SUITE 200    CLAYTON, MO 63105
5872348   JOHN LEVIN & CO.  JEFFREY DANE ONE ROCKEFELLER PLAZA 25TH FLOOR    NEW YORK, NY 10020
5676067   JPMORGAN CHASE BANK (INDENTURE TRUSTEE)  WANDA EILAND INSTITUTIONAL TRUST SERVICES 4 NEW YORK PLAZA - 15TH FLOOR
          NEW YORK, NY 10004
5830879   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP  COUNSEL FOR EAGLEROCK CAPITAL MANAGEMENT ATTN: DAVID S ROSNER 1633
          BROADWAY, 22ND FLOOR   NEW YORK, NY 10019
5834041   KBC BANK NV  MARIE-THERESE BROOTHAERS AND CHRISTINE VAN HERZELE HAVENLAAN 12    BRUSSELS, B-1080 BELGIUM
5978718   KELLEY DRYE & WARREN LLP  DAVID RETTER & EDWARD LEEN 101 PARK AVE    NEW YORK, NY 10178
5834060   KELLEY DRYE & WARREN LLP.  JAMES S. CARR, ESQ. 101 PARK AVENUE    NEW YORK, NY 10178
6546278   KENNEDY, DAVID J., ESQ.  ASSISTANT UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK 86 CHAMBERS STREET,
          3RD FLOOR   NEW YORK, NY 10007
5834075   KING & SPALDING LLP.  JAMES PARDO & FELTON PARRISH COUNSEL TO SURFACE SPECIALTIES, INC 1180 PEACHTREE ST, NE
          ATLANTA, GA 30303
6551136   KIRKLAND & ELLIS LLP  ATTN:  RICHARD M. CIERI, ESQ., AND JONATHAN S HENES, ESQ CITIGROUP CENTER 153 EAST 53RD STREET
             NEW YORK, NY 10022-4675
```

# EXHIBIT B

```
5839897   KLESTADT & WINTERS, LLP  TRACEY L. KLESTADT, ESQ. 292 MADISON AVENUE 17TH FLOOR   NEW YORK, NY 10017
5839898   KLESTADT & WINTERS, LLP  JOHN E. JURELLER, JR. ESQ. 292 MADISON AVENUE 17TH FLOOR   NEW YORK, NY 10017
7247076   KRAMER LEVIN  MICHAEL J. DELL, ESQ. COUNSEL FOR NORTHERN TRUST 1177 AVENUE OF THE AMERICAS   NEW YORK, NY 10036
7213336   KRAMER LEVIN NAFTALIS & FRANKEL LLP  JONATHAN KOEVARY, ESQ. 1177 AVENUE OF THE AMERICAS   NEW YORK, NY 10036
5978697   KURZMAN KARELSEN & FRANK LLP  LEE UNTERMAN, ESQ & MARK FRIMMELL, ESQ 230 PARK AVE 23RD FL   NEW YORK, NY 10169
6243490   LATHROP & GAGE L.C.  KITO ROBINSON 2345 GRAND BOULEVARD SUITE 2800   KANSAS CITY, MO 64108
6669684   LAW OFFICES OF DOUGLAS T. TABACHNIK  DOUGLAS T. TABACHNIK, ESQ. WOODHULL HOUSE 63 WEST MAIN STREET, SUITE C
          FREEHOLD, NJ 07728-2141
5872366   LEBOUEF, LAMB, GREEN & MACRAE, LLP  ELIZABETH PAGE SMITH, ESQ. 125 WEST 55TH STREET   NEW YORK, NY 10019
6457309   LERACH COUGHLIN STOIA & ROBBINS LLP  KIMBERLY C. EPSTEIN LESLEY E WEAVER MARIA V MORRIA 100 PINE STREET, SUITE 2600
          SAN FRANCISCO, CA 94111
5956090   LINEBARGER,GOGGAN,BLAIR & SAMPSON,LLP  JOHN P. DILLMAN P O BOX 3064   HOUSTON, TX 77253-3064
6248727   LINEBARGER,GOGGAN,BLAIR & SAMPSON,LLP  CLAYTON E. MAYFIELD 1148 PARK STREET   BEAUMONT, TX 77701-3614
6777799   LONGACRE MASTER FUND, LTD.  VLADIMIR JELISAVCIC 810 SEVENTH FLOOR 33RD FLOOR   NEW YORK, NY 10019
7213337   LOS ANGELES COUNTY TREASURER AND   TAX COLLECTOR PO BOX 54110   LOS ANGELES, CA 90051-0110
6740183   LOU THOMPSON BLACK, ATTORNEY   3550 FANNIN   BEAUMONT, TX 77701
6921308   LOVELLS LLP  COUNSEL FOR UK ENVIRONMENTAL AGENCY MATTHEW MORRIS, ESQ ROBIN KELLER, ESQ 590 MADISON AVENUE  NEW YORK,
          NY 10022
6921310   LOVELLS LLP  COUNSEL FOR UK ENVIRONMENTAL AGENCY JOHANNE HOUBOUYAN, ESQ 590 MADISON AVENUE   NEW YORK, NY 10022
5834073   LOWENSTEIN SANDLER  SHARON L. LEVINE, ESQ. 65 LIVINGSTON AVENUE   ROSELAND, NJ 07068
5839869   LOWENSTEIN SANDLER PC  BRUCE S. NATHAN, ESQ. 1251 AVENUE OF THE AMERICAS   NEW YORK, NY 10020
5839870   LOWENSTEIN SANDLER PC  ANUSIA L. GAYER, ESQ. 1251 AVENUE OF THE AMERICAS   NEW YORK, NY 10020
7052419   LOWENSTEIN SANDLER PC  COUNSEL FOR JEREMY DICKERSON AND ROGER REIFF ATTN: MICHAEL S ETKIN AND IRA M LEVEE 1251
          AVENUE OF THE AMERICAS 18TH FLOOR  NEW YORK, NY 10020
7052420   LOWENSTEIN SANDLER PC  COUNSEL FOR JEREMY DICKERSON AND ROGER REIFF ATTN: MICHAEL S ETKIN AND IRA M LEVEE 65
          LIVINGSTON AVENUE  ROSELAND, NJ 07068
7053726   LOWENSTEIN SANDLER PC   1251 AVENUE OF THE AMERICAS 18TH FLOOR   NEW YORK, NY 10020
6925162   MACCO & STERN, LLP  ATTORNEYS FOR TOYOTA MOTOR CREDITOR CO. VINCENT CUOCCI 135 PINELAWN ROAD, SUITE 120 SOUTH
          MELVILLE, NY 11747
6601871   MATTHEW K. CARTER  FULLER & WILLINGHAM 413 FIRST AVENUE, SW   CULLMAN, AL 35055
6921863   MCCLAIN & PATCHIN, P.C.  COUNSEL FOR CHEVRON PHILLIPS CHEMICAL CO TONY L DRAPER, ESQ J CASEY ROY, ESQ 711 LOUISIANA,
          SUITE 3100  HOUSTON, TX 77002
5978734   MCGUIRE WOODS LLP  JOHN H. MADDOCK III, ESQ. ONE JAMES CENTER 901 EAST CARY STREET   RICHMOND, VA 23219
5839895   MELCHIONNA ,TERRY, DAY AMMAR & BLACK  PAUL M. BLACK, ESQ. 310 FIRST STREET, SUITE 1100 PO BOX 90   ROANOKE, VA 24002
5967403   MENTER, RUDIN & TRIVELPIECE, P.C.  JAMES C. THOMAN, ESQ. & KEVIN M NEEWMAN, ESQ 500 S SALINA STREET SUITE 500
          SYRACUSE, NY 13202
6243484   MICHAEL W. CANNADAY, ESQ.   5145 KINGS MOUNTAIN ROAD   COLLINSVILLE, VA 24078
7201079   MICHIGAN, STATE OF C/O  ASSISTANT ATTORNEY GENERAL JONATHAN C. PIERCE ENVIRONMENT, NATURAL RESOURCES, AND
          AGRICULTURE DIVISION PO BOX 30755  LANSING, MI 48909
6243505   MILBANK, TWEED, HADLEY & MCCLOY LLP  SUSHEEL KIRPALANI, ESQ. SAMINA UDDIN, ESQ 1 CHASE MANHATTAN PLAZA   NEW YORK,
          NY 10005
5827186   MILBERG WEISS BERSHAD HYNES &  KIMBERLY C. EPSTEIN, ESQ. LERACH LLP 100 PINE STREET SUITE 2600  SAN FRANCISCO, CA
          94111
5839864   MISSOURI DEPT. OF REVENUE  CHAD A. KELSH, ESQ. GENERAL COUNSEL'S OFFICE 301 W HIGH ST ROOM 670  JEFFERSON CITY, MO
          65105
5834056   MONSANTO COMPANY- E2NE  CHARLES W. BURSON, GENERAL COUNSEL 800 NORTH LINDBERG BOULEVARD   ST. LOUIS, MO 63167
6772689   MUNSCH HARDT KOPF & HARR, PC  RANDALL A. RIOS COUNSEL FOR HUNTSMAN 700 LOUISIANA 46TH FLOOR  HOUSTON, TX 77002
6243483   MURPHY, MCCOUBREY & AUTH L.L.P.  NORMAN J. GUZ, JR., ESQ. 272 EXCHANGE STREET PO BOX 237   CHICOPEE, MA 01014
6252225   NAIR & LEVIN, P.C.  ROBERT M. LEVIN, ESQ. 707 BLOOMFIELD AVE   BLOOMFIELD, CT 06002
6055723   NEW YORK STATE DEPT OF ENVIRONMENTAL C/O  NEW YORK STATE DEPARTMENT OF LAW EUGENE T. LEFF, ESQ. ASST ATTORNEY
          GENERAL 120 BROADWAY   NEW YORK, NY 10271
6243467   NEW YORK, STATE OF  EUGENE T. LEFF, ESQ. NEW YORK STATE DEPARTMENT OF LAW 120 BROADWAY   NEW YORK, NY 10271
6243480   NEXSEN PRUT ADAMS KLEEMEIER, PLLC  THOMAS S. THORNTON, ESQ. PO BOX 3463   GREENSBORO, NC 27402
6531825   NORTON & ASSOCIATES LLC  MICHAEL E. NORTON, ESQ. 551 FIFTH AVENUE, 27TH FLOOR   NEW YORK , NY 10176-2701
6780949   NOSSAMAN, GUTHNER, KNOX, & ELLIOT, LLP  ALLAN H. ICKOWITZ, ESQ. DONNA M BALBIN, ESQ 445 SOUTH FIGUEROA STREET 31ST
          FLOOR  LOS ANGELES, CA 90071
5834055   O'MELVENY & MYERS LLP.  BEN LOGAN, ESQ. 400 SOUTH HOPE STREET   LOS ANGELES, CA 90071-2899
6243503   OCHS & GOLDBERG, LLP  MARTIN P. OCHS MICHAEL R OCHS, ESQ MITCHELL D GOLDBERG, ESQ 60 EAST 42ND STREET SUITE 1545 NEW
          YORK, NY 10165
5833989   OFFICE OF THE UNITED STATES TRUSTEE  GREG M. ZIPES FOR THE SOUTHERN DISTRICT OF NEW YORK 33 WHITEHALL STREET 21ST
          FLOOR  NEW YORK, NY 10004
6243726   ORACLE CORPORATION  C/O ALAN HOROWITZ, ESQ. BUCHALTER, NEMER, FIELDS & YOUNGER 18400 VON KARMAN AVENUE SUITE 800
          IRVINE, CA 92612
5839860   ORRICK, HERRINGTON & SUTCLIFF LLP  FREDERICK D. HOLDEN, JR., ESQ. COUNSEL TO AOL LIMITED 405 HOWARD ST FL 11   SAN
          FRANCISCO, CA 94105-2680
5872376   ORRICK, HERRINGTON & SUTCLIFF LLP  THOMAS L. KENT, ESQ. 666 FIFTH AVE   NEW YORK, NY 10103
5872377   ORRICK, HERRINGTON & SUTCLIFF LLP  PATRICIA L. MURRELL, ESQ. 666 FIFTH AVE   NEW YORK, NY 10103
5872378   ORRICK, HERRINGTON & SUTCLIFF LLP  ERIC M. FROTER, ESQ. 666 FIFTH AVE   NEW YORK, NY 10103
5834074   OTTERBOURG STEINDLER HOUSTON&ROSEN PC  ANDREW M. KRAMER, ESQ. 230 PARK AVE   NEW YORK, NY 10169
```

**EXHIBIT B**

```
5834046   PACE LOCAL 6-196  RON SUEMNICK, LOCAL PRESIDENT 5045 WEST JEFFERSON AVENUE     TRENTON, MI 48183
6243474   PARKER POE ADAMS & BERNSTEIN LLP  KIAH T. FORD, IV CHRISTOPHER J FERNANDEZ 401 SOUTH TRYON STREET SUITE 3000
          CHARLOTTE, NC 28202
6530318   PATTERSON, BELKNAP, WEBB & TYLER LLP  DAVID W. DYKHOUSE, ESQ. 1133 AVENUE OF THE AMERICAS    NEW YORK, NY 10036-6710
6454038   PAUL D. HENDERSON, P.C.  ATTORNEY AT LAW 712 W DIVISION AVENUE     ORANGE, TX 77630-6320
6243502   PENSION BENEFIT GUARANTY CORPORATION  JOAN SEGAL, ESQ. OFFICE OF THE GENERAL COUNSEL 1200 K STREET, NW   WASHINGTON,
          DC 20005
7053725   PEPE & HAZARD LLP  KRISTIN B. MAYHEW, ESQ. 30 JELLIFF LANE     SOUTHPORT, CT 06890-1436
5978725   PEPPER HAMILTON LLP  JOEL APPLEBAUM & HANNAH MUFSON 100 RENAISSANCE CENTER SUITE 3600    DETROIT, MI 48243-1157
6243476   PERDUE,BRANLON,FIELDER,COLLINS & MOTT  MICHAEL J. DARLOW 1235 NORTH LONG WEST SUITE 600    HOUSTON, TX 77008
6243487   PERRET DOISE  JOHN M. KOLWE, ESQ. PO DRAWER 3408    LAFAYETTE, LA 70502
5834058   PHARMACIA CORPORATION  STEVEN C. KANY, GENERAL COUNSEL 235 EAST 42ND STREET    NEW YORK, NY 10017-5755
6243470   PILLSBURY WINTHROP SHAW  PITTMAN LLP  KAREN B. DINE, ESQ. DAVID A CRICHLOW, ESQ 1540 BROADWAY    NEW YORK, NY 10036
6243469   PILLSBURY WINTHROP SHAW PITTMAN LLP  CRAIG A. BARBAROSH, ESQ. 650 TOWN CENTER DRIVE SUITE 550    COSTA MESA, CA 92626
6463574   PITNEY HARDIN LLP  ATTN: RICHARD M. METH, ESQ. PO BOX 1945    MORRISTOWN, NJ 07962
5967409   PITNEY, HARDIN, KIPP & SZUCH, LLP  SCOTT A. ZUBER, ESQ. PO BOX 1495    MORRISTOWN, NJ 07962-1945
6546279   PLUNKETT & GIBSON, INC.  PATRICK AUTRY, ESQ. 70 NE LOOP 410 SUITE 1100    SAN ANTONIO, TX 78216
6546283   PODVEY,SACHS,MEANOR,CATENACCI,HILDNE  STEVEN R. TOMBALAKIAN, ESQ. ROBERT K SCHEINBAUM, ESQ ONE RIVERFRONT PLAZA 8TH
          FLOOR  NEWARK, NJ 07102
5871793   POYNER & SPRULL LLP  JUDY D. THOMPSON, ESQ. ONE WACHOVIA CENTER 301 S COLLEGE ST SUITE 2300   CHARLOTTE, NC 28202
6200960   QAD, INC.  JASON PICKERING, ESQ. LEGAL DEPARTMENT 10,000 MIDLANTIC DRIVE    MOUNT LAUREL, NJ 08054
6243472   R. JONATHAN HART  EMILY E. GARRARD PO BOX 8161    SAVANNAH, GA 31412
5872344   RAMSEY, BEN, ESQ.  PO BOX 721601     HOUSTON, TX 77272
6243489   RECOVERY SPECIALIST   7300 CHAMAN HIGHWAY    KNOXVILLE, TN 37920
5839866   REED SMITH LLP  JOSEPH O'NEIL, ESQ. 599 LEXINGTON AVE    NEW YORK, NY 10022
5839868   REED SMITH LLP  COUNSEL FOR INDENTURE TRUSTEE ERIC SCHAFFER, ESQ 435 SIXTH AVENUE    PITTSBURGH, PA 15219
5872330   REED SMITH LLP  MIKE C. BUCKLEY, ESQ. 1900 HARRISON STREET    OAKLAND, CA 94612
5872332   REED SMITH LLP  ROBERT C. SHENFELD, ESQ. 333 SOUTH GRAND AVE SUITE 2900    LOS ANGELES, CA 90071
5978707   REED SMITH LLP  ELIZABETH ABDELMESICH, ESQ. 599 LEXINGTON AVE    NEW YORK, NY 10022
5978708   REED SMITH LLP  CONSTANTINE KARIDES, ESQ. 599 LEXINGTON AVE    NEW YORK, NY 10022
7050751   REED SMITH LLP  ANDREW L MORRISON 599 LEXINGTON AVENUE    NEW YORK, NY 10022
5978669   RIVERSIDE CLAIMS LLC  NEIL HERSKOWITZ PO BOX 626 PLANETARIUM STATION    NEW YORK, NY 10024-0540
5958079   ROBINSON & COLE LLP  MICHAEL R. ENRIGHT, ESQ. 280 TRUMBULL STREET    HARTFORD, CT 06103
7247075   ROPES & GRAY  MARK R. SOMERSTEIN, ESQ. 1211 AVENUE OF THE AMERICAS    NEW YORK, NY 10036-8704
5834071   ROPES & GRAY LLP.  STUART HIRSHFIELD, ESQ. 45 ROCKEFELLER PLAZA    NEW YORK, NY 10111
5676059   ROTHSCHILD INC  TODD SNYDER & JARED DERMONT 1251 AVENUE OF THE AMERICAS 51ST FLOOR    NEW YORK, NY 10011
5872357   SALTER, RUTH C., ESQ.   301 WEST BAY ST    JACKSONVILLE, FL 32202
6546286   SANDELL ASSET MANAGEMENT  SULEMAN LUNAT 40 WEST 57TH STREET    NEW YORK, NY 10019
5978714   SANDS, ANDERSON, MARKS & MILLER  WILLIAM GRAY & PAUL JACOBSON 801 EAST MAIN STREET PO BOX 1998   RICHMOND, VA
          23218-1998
6505587   SARRAF GENTILE LLP  RONEN SARRAF, ESQ. 11 HANOVER SQUARE    NEW YORK, NY 10005
5978735   SCHNEIDER, JOSEPH L., P.A.   1720 HARRISON STREET SUITE 1820    HOLLYWOOD, FL 33020
6551154   SCHOLD, JOHN, ESQ.   5051 ESTECREEK DRIVE    CINCINNATI, OH 45232
5834062   SECURITIES AND EXCHANGE COMMISSION  NATHAN FUCHS 233 BROADWAY 13TH FLOOR    NEW YORK, NY 10279
5975202   SEYBURN,KAHN,GINN,BESS AND SERLIN PC  JULIE C. CANNER 2000 TOWN CENTER SUITE 1500    SOUTHFIELD, MI 48075-1195
5978706   SHANNON, GRACEY, RATLIFF & MILLER LLP  JOHN Y. BONDS, III, ESQ. 777 MAIN ST SUITE 3800    FORT WORTH, TX 76102
5977806   SHANNON,MARTIN,FINKELSTEIN & SAYRE PC  MARK S. FINKELSTEIN, ESQ 2400 TWO HOUSTON CENTER 909 FANNIN STREET   HOUSTON,
          TX 77010
5978724   SHAW GUSSIS FISHMAN GLANTZ WOLFSON  KATHLEEN H. KLAUS 321 NORTH CLARK STREET SUITE 800    CHICAGO, IL 60610
5872345   SILBER PEARLMAN, LLP  J. TODD KALE THE CENTRUM 3102 OAK LAWN AVE, SUITE 400    DALLAS, TX 75219
5978702   SKADDEN,ARPS,SLATE,MEAGHER & FLOM LLP  TIMOTHY POHL & CHRIS L DICKERSON 333 WEST WACKER DRIVE    CHICAGO, IL
          60606-1285
5978703   SKADDEN,ARPS,SLATE,MEAGHER & FLOM LLP  B. SILVERBERG FOUR TIMES SQUARE    NEW YORK, NY 10036
5978704   SKADDEN,ARPS,SLATE,MEAGHER & FLOM LLP  SETH E. JACOBSON, ESQ. 333 WEST WACKER DRIVE    CHICAGO, IL 60606
5978719   SKELTON, BARNET B., JR., P.C.  BARNET B. SKELTON, JR., ESQ. 1111 BAGBY 47TH FLOOR    HOUSTON, TX 77002
6243477   SKLAR & PAUL, PC  ANDREW SKLAR, ESQ. 411 MARLTON PIKE E STE 200    CHERRY HILL, NJ 08034-2422
6920873   SMITH HULSEY & BUSEY  STEPHEN D. BUSEY TIM E SLEETH JOHN R SMITH, JR 225 WATER STREET SUITE 1800 JACKSONVILLE, FL
          32201
5834066   SMITH KATZENSTEIN & FURLOW  KATHLEEN M. MILLER, ESQ. 800 DELAWARE AVENUE - 7TH AVENUE PO BOX 410   WILMINGTON, DE
          19899
5833988   SOLUTIA INC.  JEFFRY N. QUINN, ESQ. 575 MARYVILLE CENTRE DRIVE    ST. LOUIS, MO 63141
5728788   SOUTH CAROLINA DEPARTMENT OF   HEALTH & ENVIRON CONTROL 2600 BULL STREET    COLUMBIA, SC 29201
5872351   SPENCER FANE BRITT & BROWNE LLP  FRANKE, NICHOLAS A ONE NORTH BRENTWOOD BLVD SUITE 1000    ST. LOUIS, MO 63105
7199957   SPENCER FANE BRITT BROWNE LLP  DANIEL D. DOYLE ONE NORTH BRENTWOOD BOULEVARD SUITE 1000    ST. LOUIS, MO 63105
5834070   SQUIRE SANDERS & DEMPSEY LLP.  G. CHRISTOPHER MEYER, ESQ. COUNSEL FOR FERRO CORPORATION 4900 KEY TOWER 127 PUBLIC
          SQUARE  CLEVELAND, OH 44114
7198512   STEMBER FEINSTEIN DOYLE & PAYNE LLC  ELLEN M. DOYLE ALLEGHANY BUILDING, 17TH FLOOR 429 FORBES AVENUE   PITTSBURGH,
          PA 15219
5978723   STEVENS & LEE PC  RONALD L. GLICK, ESQ. 1415 ROUTE 70 EAST SUITE 506    CHERRY HILL, NJ 08003
```

# EXHIBIT B

```
6546284    STEVENS & LEE, P.C.  BETH STERN FLEMING, ESQ. 1818 MARKET STREET 29TH FLOOR   PHILADELPHIA, PA 19103
7199896    STROOCK STROOCK & LAVAN LLP   KRIS HANSEN, ESQ. 180 MAIDEN LANE    NEW YORK, NY 10038-4982
6736833    STUTZMAN, BROMBERG, ESSERMAN & PLIFKA  SANDER L. ESSERMAN 2323 BRYAN STREET SUITE 2200   DALLAS, TX 75201
6736834    STUTZMAN, BROMBERG, ESSERMAN & PLIFKA  ROBERT T BROUSSEAU 2323 BRYAN STREET SUITE 2200   DALLAS, TX 75201
6736836    STUTZMAN, BROMBERG, ESSERMAN & PLIFKA  ANDREA L NIEDERMEYER 2323 BRYAN STREET SUITE 2200   DALLAS, TX 75201
5839894    SUMMERS, COMPTON, WELLS & HAMBURG  BONNIE L. CLAIR, ESQ. 8909 LADUE RD    ST. LOUIS, MO 63124
5872369    SWIDLER,BERLIN,SHEREFF, FRIEDMAN,LLP  NEIL P. FORREST, ESQ. 399 PARK AVE   NEW YORK, NY 10022-4614
5680052    TEAMSTERS LOCAL UNION 299  KEVIN MOORE, PRESIDENT 2741 TRUMBULL AVE    DETROIT, MI 48216
6546285    TENNESSEE DEPARTMENT OF ENVIRONMENT   AND CONSERVATION-SUPERFUND MARVIN E CLEMENTS, JR, ESQ C/O TN ATTORNEY GENERAL'S
           OFFICE PO BOX 20207  NASHVILLE, TN 37202
6532166    THE BANK OF NEW YORK C/O  KELLEY DRYE & WARREN LLP JENNIFER A. CHRISTIAN, ESQ. DAVID E RETTER, ESQ 101 PARK AVENUE
           NEW YORK, NY 10178
6532813    THE CALWELL PRACTICE, PLLC  STUART CALWELL 500 RANDOLPH STREET    CHARLESTON , WV 25302-2019
7212612    THE NORTHERN TRUST COMPANY C/O  KRAMER LEVIN NAFTALIS & FRANKEL LLP JONATHAN KOEVARY, ESQ. 1177 AVENUE OF THE
           AMERICAS   NEW YORK, NY 10036
7053727    THE ROGERS LAW FIRM   100 CAMBRIDGE STREET 20TH FLOOR    BOSTON, MA 02114
5839896    THELEN REID & PRIEST LLP  CRAIG E. FREEMAN, ESQ. 875 THIRD AVE    NEW YORK, NY 10022
5978737    THELEN REID & PRIEST LLP  MARGARET GARMS, ESQ. 101 SECOND STREET SUITE 1800   SAN FRANCISCO, CA 94105
7024730    THELEN REID & PRIEST LLP  KATHRYN MCQUEEN BARNES, ESQ. FREDRIC C NELSON, ESQ JOHN R FOOTE, ESQ 101 SECOND STREET
           SUITE 1800 SAN FRANCISCO, CA 94105-3601
5978721    TORYS LLP   JASON R. ADAMS, ESQ. 237 PARK AVENUE    NEW YORK, NY 10017
6455603    TRANSFER PRINT FOILS    52 COMMERCE DR    CRANBURY , NJ 08512-3501
6536647    TREMONT CITY BARREL FILL PRP GROUP C/O  DYKEMA GOSSETT PLLC BRENDAN BEST, ESQ. 39577 WOODWARD AVENUE SUITE 300
           BLOOMFIELD HILLS, MI 48304
6003403    TURNER, JEWEL
5830915    UNISYS CORPORATION  JANET FITZPATRICK, LEGAL ASSISTANT UNISYS WAY PO BOX 500, M/S E8-108    BLUE BELL, PA 19424
6738920    UNITED STATES BANKRUPTCY COURT   HONORABLE PRUDENCE C. BEATTY SOUTHERN DISTRICT OF NEW YORK ONE BOWLING GREEN    NEW
           YORK, NY 10004
6553419    UNITED STATES TRUSTEE FOR THE   SOUTHERN DISTRICT OF NEW YORK DAVID KELLEY 33 WHITEHALL STREET 21ST FLOOR  NEW YORK,
           NY 10004
7225979    VENTURINI & ASSOCIATES    230 PARK AVENUE SUITE 545    NEW YORK, NY 10169
5871834    VINSON & ELKINS   D. BOBBITT NOEL, JR., ESQ. 2300 FIRST CITY TOWER 1001 FANNIN    HOUSTON, TX 77002
6261068    VINSON & ELKINS   STEVEN M. ABRAMOWITZ JONATHAN S KRUEGER 666 FIFTH AVENUE 26TH FLOOR   NEW YORK, NY 10103-0040
5978705    VINSON & ELKINS LLP   JONATHAN S. KRUEGER 3700 TRAMMELL CROW CENTER 2001 ROSS AVE    DALLAS, TX 75201-2975
5834065    WARNER STEVENS & DOBY LLP.  MICHAEL D. WARNER, ESQ. 1700 CITY CENTER TOWER II 301 COMMERCE STREET   FORT WORTH, TX
           76102
5834053    WEIL GOTSHAL & MANGES LLP  MICHAEL WALSH ,ESQ. & J. RAPISARDI,ESQ 767 FIFTH AVENUE    NEW YORK, NY 10153
5834037    WELLS FARGO FOOTHILL INC.  BUSINESS FINANCE DIV. MANAGER 2450 COLORADO AVENUE    SANTA MONICA, CA 90404
5710994    WELLS FARGO FOOTHILL, INC.  BUSINESS FINANCE DIVISION MANAGER 400 NORTH PARK TOWN CENTER 1000 ABERNATHY ROAD
           ATLANTA, GA 30328
6920928    WHITE & CASE LLP  JOHN K. CUNNINGHAM, ESQ. WACHOVIA FINANCIAL CENTER 200 SOUTH BISCAYNE BLVD SUITE 4900  MIAMI, FL
           33131
6243497    WILLIAM S. LERACH   401 B STREET SUITE 1700    SAN DIEGO, CA 92101
6243498    WILLIAMS MULLEN HOFFEIMER NUSBAUM  DAVID A. GREER, ESQ. DOMINION TOWER 999 WATERSIDE DRIVE SUITE 1700  NORFOLK, VA
           23514
5839855    WILLKIE, FARR & GALLAGHER, LLP  SHELLEY C. CHAPMAN, ESQ. MYRON TREPPER 787 SEVENTH AVE    NEW YORK, NY 10019
5839856    WILLKIE, FARR & GALLAGHER, LLP  JOHN C. LONGSHIRE, ESQ. 787 SEVENTH AVE    NEW YORK, NY 10019
5839857    WILLKIE, FARR & GALLAGHER, LLP  STEVEN Z. SZANZER, ESQ. 787 SEVENTH AVE    NEW YORK, NY 10019
5978736    WOLF,BLOCK,SCHARR AND SOLIS-COHEN LLP  JARRETT M. BEHAR, ESQ. 250 PARK AVENUE SUITE 1000   NEW YORK, NY 10177
  TOTAL RECIPIENTS:       262
                                        *** End of Service List ***
```