UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------- x | |
| ROGER REIFF, individually and on : <br> behalf of all others similarly situated, : <br> : <br> Plaintiff, : <br> :     1:07-cv-06011 (LAP) <br> : <br> -- against -- : <br> : <br> FRANK A. METZ, JR., SHEILA FELDMAN : <br> HELEN L. NELLING, SUSAN E. BEVINGTON, : <br> NANCY STEMME, CHRISTOPHER N. AST, : <br> EMPLOYEE BENEFITS PLAN COMMITTEE, : <br> PENSION AND SAVINGS FUND COMMITTEE, : <br> JOHN HUNTER, ROBERT CLAUSEN, ROBERT : <br> POTTER, MICHAEL E. MILLER, PAUL H. : <br> HATFIELD, J. PATRICK MULCAHY, SALLY G. : <br> NARODICK, PAUL DONOVAN, ROBERT H. : <br> JENKINS, WILLIAM D. RUCKELSHAUS, JOHN : <br> B. SLAUGHTER, PHILIP R. LOCHNER, JR., : <br> ROBERT T. BLAKELY,  NORTHERN TRUST : <br> COMPANY, and JOHN DOES 1-100, : <br> : <br> Defendants. : <br> ------------------------------------------------- X | |

## WITHDRAWAL OF LIMITED
## OBJECTION TO SETTLEMENT

On behalf of Bank of America, National Association, acting through U.S. Trust, Bank of America Private Wealth Management in its role as independent fiduciary of the Solutia Inc. Savings and Investment Plan sponsored by Solutia, Inc., the undersigned submits this Notice Withdrawing the Limited Objection to Settlement in this case filed on August 27, 2008.

1.      On August 27, 2008, the undersigned filed a limited, provisional objection to the attorneys' fees and reimbursement of expenses noted in Section 14 of the Notice of Proposed Class Action Settlement.

2.      As of that date, Class Counsel had not yet submitted their fee application or any supporting documentation but reserved the right to do so, and the Order required objections to all aspects of the proposed settlement to be filed by August 27.

3.      On September 3, 2008, Class Counsel filed its formal request for attorneys' fees with the Court.

4.      After reviewing Class Counsel's attorneys' fee application, the limited, provisional objection filed on August 27, 2008 is hereby withdrawn.

Dated:      New York, New York
            September 11, 2008

                                          KING & SPALDING LLP

                                          By _____
                                              Richard A. Cirillo (RC-7472)
                                              1185 Avenue of the Americas
                                              Suite 3400
                                              New York, NY 10036-4003
                                              Telephone: 212/556-2100
                                              Telecopier: 212/556-2222

                                          *Attorneys for Bank of America, National
                                          Association, acting through U.S. Trust, Bank
                                          of America Private Wealth Management as
                                          independent fiduciary of the Solutia Inc.
                                          Savings and Investment Plan sponsored by
                                          Solutia, Inc.*

Of Counsel:

Mike Stenglein, Esq.
Brad Thompson, Esq.
KING & SPALDING LLP
Littlefield Center
106 E. Sixth Street, Suite 900
Austin, Texas 78701
Phone: (523) 457-2003